E-filing

RECEIVED

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2

3   Name **Culler, Sr. Jerryal J.**

4      (Last)              (First)              (Initial)

5   Prisoner Number **H-31082      # BW- 111**

6   Institutional Address **P.O, Box 689**

7   **Soledad State Prison- Soledad, CA 93960**

8   =====================================================================

9                      UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
10  **Jerryal J. Culler, Sr.**

11  (Enter the full name of plaintiff in this action.)

12                      vs.                          Case No. _____
                                                    (To be provided by the clerk of court)
13  **California Dept. Of Corrections,**

14  **Soledad State prison, Soledad Medical**        COMPLAINT UNDER THE
                                                    CIVIL RIGHTS ACT,
15  **Dept. Dr, J. Chudy, CMO, Dr,T**               42 U.S.C §§ 1983

16  **Friederich, Dr, Gelwel, Dr, N. Locus,**
    (Enter the full name of the defendant(s) in this action)
17  **Dr, M. Dicus Dr. D. Phan , Lynn**

18  **Minmock, RN**
    [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.    Exhaustion of Administrative Remedies

20       [**Note:** You must exhaust your administrative remedies before your claim can go

21       forward. The court will dismiss any unexhausted claims.]

22       A.    Place of present confinement **Soledad State Prison (C,T,F,)**

23       B.    Is there a grievance procedure in this institution?

24             YES (**X**)      NO ( )

25       C.    Did you present the facts in your complaint for review through the grievance

26             procedure?

27             YES(**X**)      NO ( )

28       D.    If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                          - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___**Denied**_____

_____

2. First formal level___**Denied**_____

_____

3. Second formal level___**Denied**_____

_____

4. Third formal level ___**Denied, see EX. C**_____

_____

_____

E.　Is the last level to which you appealed the highest level of appeal available to you?

　　YES (☒)　　　NO ( )

F.　If you did not present your claim for review through the grievance procedure, explain

why._____

_____

_____

II.　Parties

A.　Write your name and your present address. Do the same for additional plaintiffs, if any.
**Jerryal J. Culler, Sr. # H-31082**

**Soledad State Prison (C.T.F.)**

**P.O.Box 689 # CW 212 , Soledad, ca 93960**

B.　Write the full name of each defendant, his or her official position, and his or her place of

employment.
**James E. Tilton, Dir. of Corr. P.O.Box 942883, Sacramento, CA**

**94283 Dr T. Friederich, Dr. Gelwel, Dr. N Locus and Lynn Minmock,**

**RN, all at Soledad State Prison Medical Dept. ,Soledad, CA 93960,**

COMPLAINT **Dr. M. Dicus and Dr. Dennis Phan, 917 Blanco Cr.**
**Salinas, CA 93901** - 2 -

1    <u>ADA violation, Deliberate Indifferance,Fourteenth Amendment</u>

2    <u>violation, Inadequete Appeals System, Due process and</u>

3    <u>Equal protection</u>

4    III.    Statement of Claim

5        State here as briefly as possible the facts of your case. Be sure to describe how each

6    defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7    cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8    numbered paragraph.

9                   **see, Attached pages, plus exhibits**

10

11

12

13

14

15

16

17

18

19

20

21

22    IV.    Relief

23        Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24    you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25                   **see, attached pages**

26

27

28

COMPLAINT             - 3 -

## STATMENT OF CLAIM

On 6-14-2000, I was  taken to Novato Community Hospital in Marin
County for renal failure ( creatinine 7.1, BUN 106) due to the wrong medication
being prescribed without consulting with Dr. Robert Parks and Dr.
Robert Wilken, ie; Cyclosporin and ACE Inhibitor.  At the time of
discharge it was explain to me by both Doctors not to allow anyone
to **ever again** prescribe those medicatio. ( see, EX. A at p. 1-2)
**On Mar. 3, 2003, I was prescribed a new medication by Dr. Chaplin**
L. Liu a Nephrologist ie; Cellcep. Who informed me if I had any
adverse effect from this medication to stop immediately. Howevever,
thismedication was never given to me at San Que itin. I was given
four substitutes medications , Acetaminophen, Diphenhydramine, Mycoph-
enolate, Atorvastatin

On 2-20-04, I was transfered to Corcoran S.H.U. where I WAS Prescribe
Cellcep, within two to three weeks I begun to show signs of adverse
effects from these medications. But it would reverse itself, until I
went to the hospital on 6-14-04 due to or assocated with electrocar-
diogram changes, diaphoresis, dizziness, possible coronary artery dis-
ease, [ I would learn later the dye used in the angio-gram, would
also cause an adverse reaction] **see, EX. A p.21-24.**
Soon after, on 6-23-04 I developed an adverse reaction to Cellcep
and on 8-10-04 it was discontinued. see, EX. A p.27-28.
On 12-6-05,I was scheduled for consultation with Dr. Dicus Nephrologist,
At beginning of the consultation, he stated and I quote, **I want to get**
**one thing streight, it is my way or the highway, no exception, end of**
quote. I listen very closely to his recommendation, I asked questions
and volunteed to have my medical records release to him from Mercy
Hospital. It was also stated that Soledad Medical Dept. had not sent

1

any medical records or lab results. His recommendation was I restart Cellcep. I again told him I had an allergic reaction to that medication. He looked at me strang as though I was challenging his authority, he insisted that the cause of this reaction was from the dye I received during the angio-plastis at Mercy Hospital. I told him I had the reaction before going to the hospital. He told me I was mistaken, are you going to follow my recommendation? I remain silent, with that said, he said he would see me in a month, he should have my medical records from Mercy. **see, EX. A at p. 40-43.**

Although I had reservatation and fear, I resart£dø Cellcep, I did as requested, within days I begun to show signs of allergic reaction. On 12-12-05, I saw Dr. Freiderich immediately showed him my legs, chest, arms and feet, ( I also had penil edma too) I asked to be taken off Cellcep. He stated this was Dr. Dicus recommendation and should be discussed with him, he could do nothing about it. **see, EX ß at p.** 44 /0 - / /

On the morning of 1-31-06, I was again scheduled for consultation with Dr. Dicus, as I being secured by the transportation officers, they had to use a make sift leg brace because my legs were huge and extremely painful and uncomfortable and my feet swallen four times thieir sizes. To be helpful I brough alone my medical records in case the medical dept. did not send them ( again they did not). During the consultation, I showed Dr. Dicus the effects cellcep was having on me, he became angry and stated this is not happening because cellcep. I begun to show him my medical records supporting my allegation, that made him extremely angry ( I could see then, I was not going to get through to him no matter what I show him , so I again listen quitly) **se, EX. B at p.** 12 - 18

On 2-13-06, I again saw Dr. Friederich explainning the severe pain and discomfort I WAS HAVING BECAUSE OF CELLCEP, I had gain 67  pounds of water weight. My entire body looked like something out of a horror movie. " **He again did nothing**", **SEE EX. B. at p.** 18 19 ( It must be noted, for the next 3 month my weight would fluate from a low of 180

2

· **to a high of 240)** On 3-28-06, I was again schedule to see Dr. Dicus,
this I refused, **see, EX. B. at p.23** On 4-25-06, after refusing to take
cellcep for four months of excruciating pain and discomfort it reversed
itself. I dropped water weight so fast, it was simply amazing, in one
week I had lost 55 pounds, from 225 to 170. On 5-4-06, because of the
sudden decrease of weight I experence the side effect, **see, EX. B. at
p. 26**

On 5--12-06, I was scheduled to see Dr. Phan, Nephrologist, **"again"**,
the medical dept. had not sent medical records nor had they sent requested
lab ( they had not did the latter). Again I took my own, he looked them
over, and misread Dr. Wilken and Dr. Parks diagnosis regarding the effects
of ACE inhibitor, **" stating the cause of my renal failure was not result
of ACE inhibitor"**, Then handed the records back to me, I quickly begun
read to re-read it for him, where it made it very clear I pointed, Dr.
Phan it says absolutely no use of Cyclosporin nor ACE inhibitors. He
did not look at me, just kept writting, then said I don't agree, besides
quite a bit of time has past, I thank it should be given another try.
I said I will not take an ACE inhibitor nor Cyclosporin, he said ok
we will try something else. Then concluded our consultation, then asked
the officers to bring my medical records and lab work next time, handing
them his recommendation to be given to the medical dept. Where he
discontinued cellcep and prescribed Lisinoprin, ( I would learn later
was an ACE inhibitor). SEE, EX. C. at p. 13

On the night of the 5-12-06, after taking Lisinopril, I stop peeing
almost immediately, I though it was strange but paid it not much
attention. Until the morning of 5-13-06, my groins and penis was huge
and my kidneys were on fire. ( my legs and feet were also swallen)

6 3

After breakfast I aksked the unit officer for pass to the infirmary,
there I asked if Lisinopril was an ACE inhibitor, it was That evening
I filed an emergency appeal (602) against Soledad Medical dept. for
ADA violation, Deliberate Indifference, Abuse of Power While Acting UNDER
Color Of State Law, Eight Amendment Violation, **later,** Due process
Violation against Soledad State Prison, Medical Dept. and C.DC.R.
for Inadequete Appeals Process. Stating facts that had occurred that
morning, explaining, I had developed an adverse reaction to Lisinopril.
I went to the drop in clinic, there I was met by Lynn Minimock, RN.

who asked what was my problem, I told her I was experencing an adverse
reaction to the medication Lisinopril an ACE inhibitor that I was
not suppose to given. I showed her my legs and explained, I had
stopped peeing, then showed her my medical records, she then said
what do you want me to do, come back on monday.I asked could see
the doctor, out of no where she said you are pissing me off, my
first reaction was to say, I am pissing you off, lady, ---before
I could complete a sentace, another R.N. step in saying come with
me, I have the same problem with ACE inhibitors. **see, EX C, at p.13**
AFTER THE R.N. check my weight, blood pressure, exam., my legs,
chest, and other areas of interest. He told me to wait while he
went to get my medical records so I could see the on call doctor.
**see, EX C. at p. 13-15**
After his return, he escorted me to seee Dr. Grewel who review my
medical records, which noted that I was absolutely not to take ACE
inhibitors.**see, EX. A at p. 1-2**

4

after briefely scanning my medical records and health care form,
he looked up at me and said what's your problem? I said I was given
Lisinopril an ACE inhibitor that I was not suppose to be given because
it causes an allegic reaction. He then said, how do you know? I
showed him my medical records from Novato Community Hospital, he
again briefly scan them and said I don't agree with them. I then
tried to show him my legs, chest. He looked at me angrily, and said
that doesn't prove anything, I pointed to the medical records, he
said something that seem odd, I quote, **that says you have an allergies
to the medications, it doesn't say you will have an adverse reaction,**
end of qoute. I said what? I asked can you please discontinue Lisinopril
and reissue my high blood pressure medication Clonidine, he said
no, I would like you to leave. I said sir, before I could complete
what I was saying, he step out to call security. R.N. Minimock came
to the door and said get out " security". So in order not to be
placed in restraints, I complied. The door officer, said go talk
to the Lt, he may can help you. I did as requested, a Lt. came back
with me, talked to both the door officer and R.N. who did the exam.
He then pull me to the side, said you need to 602 this matter there
is nothing I can do, this a medical issue. As I was about to leave
the R.N. came and said come back this evening you might can get
help then, the Lt responded, it would be best because right now
you will only end up in trouble, **see, EX. C at 16**
Nothing was done until 5-26-06, when I was called down to discuss
the 602 by Dr. Lucus, by this time I had gain 40 pounds of water
weight. After reviewing my medical records from ▯Novato hospt.,
letters from Dr. Liu, Dr. Joshi and Dr. thanit Hasadsi from Corcoran
Accute Care Hospt.

5

He then said, I don't agree with these Doctors, here is why, ACE inhibitors don't cause those adverse effect nor does cellcep. He spent the next 30 minutes trying to convinence me that this was a figment of my imagination. At this point I pull up my pants legs and said does this seem like this is my imagination? He looked at my legs and feet and said you are going to need a bigger pair of shoes. He started to draw a diagram trying to explain his theory.
**see, EX. C at p. 1 first level**
For the next two month my condition would become worse and the medical dept. would treat me like I had the bubonic plague. There was no montoring of my weight, Lab work, blood pressure checks, I gain between 210-240 pounds of fluid. Fluid would consentrate on my upper body at night making it hard to sleep, having to sleep on my right side to keep the pressure off my heart, using my inhaler more then usual, making it fell like I was having a heartattack. There was penil edma causing it to swall the size of the big end of a baseball bat, making it impossible to urinate. My groin would swall the size of a grapefruit, causing intense pain. In the day time the water would shift to my legs and feet making it extremely painful and uncomfortable to stand or walk.
On 7-19-06, I was seen by Dr. Friederich who tried to convinence me to continue Lisinopril, **see EX. C at p. 2l.** **HE FINALLY GIVE IN** order blood pressure checks and discontinued Lisinopril, made another f/u appointment with Dr. Phan., SeE, EX. C, at p. 2 2

9

On or about 7-23-06 I was again scheduled to see Dr. Phan, again I was
secured with make shift restrints for transport ( it must be noted, that
Dr. Phan had moved from his Salinas office to King City. address unknown)
During this visit, Dr. Phan asked why wasn't I taking Lisinoprin he
suggested. I said we discussed at our last visit you would not prescribe
an ACE inhibitor. He said he had change his mind. I said Dr. Phan I had an
allergic reaction to ACE inhibitor, which I explain to you. Doctors at
Novato Hospt. Dr. Wilken and Dr. Parks told me never take ACE inhibitors
or Cyclosprin again. He said that your opinion, I didn't see that ( while
he was talking I pulled out the medical records from Dr. Wilken and Dr.
Parks) from what I can remember I explain to you I wanted to try a new
medication. I then showed him my legs, pointing to them without words,
( he became angry). He asked, where is the lab work I asked you to bring,
did you bring it ? I said doctor I am an inmate, I can't order lab work.
( a female transportation officer interupted saying he can't oder lab work
it takes a doctor ). He started writting, then said I want you to take
Cyclosprin, are going to take it ? I said no. He then said, you won't
follow my suggestion, there is nothing I can do for you, with that we
concluded the visit, see, **EX.** C. at **p. 23** Dr. **Friederich notes. It must
be noted, petitioner is now taking Azathioprine a highly toxic medication
prescribed by Dr. Tamura, Nephrologist at UCSF.**
On 7-28-06, I was scheduled a F/u appointment with Dr. Friederich for
discussion regarding Dr. Phan visit , our conversation quickly turn to
Dr. Phan recommendation of Lisinopril. I again stated what Dr. Wilken

7

and Dr. Parks told me not to take ACE inhibitors. And how Dr. Phan now wanted to take Cyclosprin which I refused, I don't want to see him anymore, then asked, could I be seen by a Nephrologist at UCSF. He then said you claim Dr. Wilken and Dr. Parks said you are absolutely not to take those medication. I showed him again where they said it in thier report. He appeared to ignore me, while writting on an interdisciplinary progress notes, see, EX. C. at p.23, 25

On each visit I had with Dr. Friederich, Sept. 1, 4, 06, he would try to get me to take Lisinopril, see EX. C. at p. 26,27. On 8-1-06, I was appoved for UCSF consultation with a Nephrologist. On 8-4-06, Dr. Friederich scheduled me to see a Psych. for my refusal to take Lisinopril, see, EX. C. at p. 28

On 9-8-06, it appeared that the disease was reversing itself, I was putting off a lot of water, dropping weight down to 184 by 9-13-06. see EX. C. at p. 31, 32

On 10-6-06, my weight begun to increase again, in one week I was back to 197 pounds and rising to 235 pounds by the time I was scheduled to see Dr. Allegre on 11-6-06, I had developed pore canal in legs, 6 in my right and 8 in my left still visable, releasing fluid at night. I showed them to Dr. Allegre who quickly ordered lab work and F/ U's, see EX. C at p. 38, 39

On the night of 11-1-06, my body finally had enough, it's maximum weight had reach 245, I was awaken almost sufficating. Fluid had engulf my neck, choking off my airways. At that point the only thing I could think of to releived the pressure was to increase the dosage of Prednisone to 120 mg in about an hour of sevtting up, I begun to breath a little better. So at 6;00 am 11-2-06, I took another 120 mg, at 12;00pm another 120 mg, 6;00pm

1   again 120 mg.  For the next five (5) days I would repeat
2   this process, finally it reversed itself and my weight
3   dropped like a rock, so fast by the time I was scheduled
4   to  see  Dr.  Manjula  Tamura,  Nephrologist  of  U.C.S.F.
5   I  had  to  be  sent  to  the  emergency  room  at  U.C.S.F.
6   Medical  Center  for  evaluation.   See  Exhibit  C  at  p.
7   40, **also** see all of Exhibit D.

## CLAIM TWO

9       ADA  violations  by  Soledad  Medical  Department,
10  Soledad  State  Prison  Appeals  Department  and  California
11  Department  of  Corrections  and  Rehabilitation  for  refusal
12  to  recognize/accept/unwilling  to  acknowledge  the  kidney
13  disease  Nephropathy  as  a  disability  protected  under
14  ADA,  see  Thompson v. Davis,  295  F.3d  890,  895  (9th
15  Cir. 2002) also Exhibit C at p. 1-10, 50-52.

16      Inadequate  appeals  process  by  Soledad  State  Prison
17  Appeal's  Office  failing  to  follow  time  restraints  in
18  compliance  with  the  California  Code  of  Regulations
19  §§3000,  3084  and  3084.6,  applying  double  standards
20  and  refusal  to  address  issues  at  the  Director's  Level.
21  See  Exhibit  C  at  ps.  1,  2,  4  and  10.   It  violates  due
22  process.

## RELIEF

24      This  Honorable  Court  grant  a  permanent  injunction
25  ordering  Soledad  State  Prison  and  the  California  Depart-
26  ment  of  Corrections  and  Rehabilitation  to  transfer
27  me  to  San  Quentin  State  Prison  who  is  in  compliance
28  with  Plata v. Davis,  so  that  I  may  continue  my  treatment

9

1  at U.C.S.F. where a overseer has already been appointed
2  by the Northern District Court to monitor inmates.

### COMPENSATORY DAMAGES

4      Thirty million dollars ($30,000,00.000.00) against
5  Dr. Michael Discus, Dr. Dennis Phun, C.D.C.R. Soledad
6  State Prison for A.D.A. violation, deliberate indiffer-
7  ence, Eighth Amendment violation and emotional injury.

8      Twenty million dollars ($20,000.000.00) against
9  Dr. Joseph Chudy, C.M.O. Dr. Timothy Friederich, Dr.
10 N. Lucus, Dr. Gelwel and Lynn Minmock, R.N. for Disabi-
11 lity Discrimination, A.D.A. violation, abuse of power
12 while acting under Color of State Law and Eighth Amend-
13 ment violation and emotional injury while acting in
14 their official capacity.

### PUNITIVE DAMAGES

16     Fifteen million dollars ($15,000,000,.00) against
17 C.D.C.&R., Soledad State Prison.

18     Ten million dollars ($10,000,000.00) against
19 Soledad Medical Department.

20     Ten million dollars ($10,000,000.00) against Dr.
21 Michael Dicus, Dr. Dennis Phan.

### DEMAND FOR JURY TRIAL

### REQUEST FOR APPOINTMENT OF COUNSEL

24     I declare under penalty of perjury that the fore-
25 going is true and correct.

26
27
28 
3-14-08

Respectfully Requested
Jueful Cullen, Sr
H31082 #Ccoid21)

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____ **Denied** _____

_____

2. First formal level_____ **Denied** _____

_____

3. Second formal level_____ **Denied** _____

_____

4. Third formal level _____ **Denied, see EX. C** _____

_____

_____

E.   Is the last level to which you appealed the highest level of appeal available to you?

YES (☒)   NO ( )

F.   If you did not present your claim for review through the grievance procedure, explain

why._____

_____

_____

II.   Parties

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

Jerryal J. Culler, Sr. # H-31082

Soledad State Prison (C.T.F.)

P.O.Box 689 # CW 212 , Soledad, ca 93960

B.   Write the full name of each defendant, his or her official position, and his or her place of

employment.

James E. Tilton, Dir. of Corr. P.O.Box 942883, Sacramento, CA

94283 Dr T. Friederich, Dr. Gelwel, Dr. N Locus and Lynn Minmock,

RN, all at Soledad State Prison Medical Dept. ,Soledad, CA 93960,

COMPLAINT Dr. M. Dicus and Dr. Dennis Phan, 917 Blanco Cr.   -2-
Salinas, CA 93901

1   **ADA violation, Deliberate Indifferance, Fourteenth Amendment**

2   **violation, Inadequete Appeals System,** Due process and

3   Equal proteation

4   III.   Statement of Claim

5        State here as briefly as possible the facts of your case.  Be sure to describe how each

6   defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any

7   cases or statutes.  If you have more than one claim, each claim should be set forth in a separate

8   numbered paragraph.

9   **see, Attached pages, plus exhibits**

10

11

12

13

14

15

16

17

18

19

20

21

22   IV.   Relief

23        Your complaint cannot go forward unless you request specific relief.  State briefly exactly what

24   you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

25   **see, attached pages**

26

27

28

COMPLAINT                          - 3 -

## STATMENT OF CLAIM

On 6-14-2000, I was taken to Novato Community Hospital in Marin County for renal failure ( creatinine 7.1, BUN 106) due to the wrong medicatia being prescribed without consulting with Dr. Robert Parks and Dr. Robert Wilken, ie; Cyclosporin and ACE Inhibitor.  At the time of discharge it was explain to me by both Doctors not to allow anyone to ever again prescribe those medicatioa. ( see, EX. A at p. 1-2)

On Mar. 3, 2003, I was prescribed a new medication by Dr. Chaplin L. Liu a Nephrologist ie; Cellcep. Who informed me if I had any adverse effect from this medication to stop immediately. Howevever, thismedication was never given to me at San Que ntin. I was given four substitutes medications , Acetaminophen, Diphenhydramine, Mycoph- enolate, Atorvastatin

On 2-20-04, I was transfered to Corcoran S.H.U. where I WAS Prescribe Cellcep, within two to three weeks I begun to show signs of adverse effects from these medications. But it would reverse itself, until I went to the hospital on 6-14-04 due to or assocated with electrocar- diogram changes, diaphoresis, dizziness, possible coronary artery dis- ease, [ I would learn later the dye used in the angio-plastis Gram. would also cause an adverse reaction] see, EX. A p.21-24.

Soon after, on 6-23-04 I developed an adverse reaction to Cellcep and on 8-10-04 it was discontinued. see, EX. A p.27-28.

On 12-6-05, I was scheduled for consultation with Dr. Dicus Nephrologist, At beginning of the consultation, he stated and I quote, **I want to get one thing streight, it is my way or the highway, no exception, end of quote.** I listen very closely to his recommendation, I asked questions and volunteed to have my medical records release to him from Mercy Hospital. It was also stated that Soledad Medical Dept. had not sent

any medical records or lab results. His recommendation was I restart Cellcep. I again told him I had an allergic reaction to that medication. He looked at me strang as though I was challenging his authority, he insisted that the cause of this reaction was from the dye I received during the angio-plastis at Mercy Hospital. I told him I had the reaction before going to the hospital. He told me I was mistaken, are you going to follow my recommendation? I remain silent, with that said, he said he would see me in a month, he should have my medical records from Mercy. see, EX. A at p. 40-43.

Although I had reservatation add fear, I resartfd Cellcep, I did as requested, within days I beguin to show signs of allergic reaction. On 12-12-05, I saw Dr. Freiderich immediately showed him my legs, chest, arms and feet, ( I also had penil edma too) I asked to be taken off Cellcep. He stated this was Dr. Dicus recommendatio and should be discussed with him, he could do nothing about it. see, EX B at p. 10-11

On the morning of 1-31-06, I was again scheduled for consultation with Dr. Dicus, as I being secured by the transportation officers, they had to use a make sift leg brace because my legs were huge and extremely painful and uncomfortable and my feet swallen four times thieir sizes. To be helpful I brough alone my medical records in case the medical dept. did not send them ( again they did not). During the consultation, I showed Dr. Dicus the effects cellcep was having on me, he became angry and stated this is not happening because cellcep. I begun to show him my medical records supporting my allegation, that made him extremely angry ( I could see then, I was not going to get through to him no matter what I show him , so I again listen quitly) se, EX. B at p. 12-18

On 2-13-06, I again saw Dr. Friederich explainning the severe pain and discomfort I WAS HAVING BECAUSE OF CELLCEP, I had gain 67  pounds of water weight. My entire body looked like something out of a horror movie. " He again did nothing", SEE EX. B. at p. 19 ( It must be noted, for the next 3 month my weight would fluate from a low of 180

**to a high of 240)** On 3-28-06, I was again schedule to see Dr. Dicus, this I refused, **see, EX. B. at p.** 23 On 4-25-06, after refusing to take cellcep for four months of excruciating pain and discomfort it reversed itself. I dropped water weight so fast, it was simply amazing, in one week I had lost 55 pounds, from 225 to 170. On 5-4-06, because of the sudden decrease of weight I experence the side effect, **see, EX. B. at p.** 26

On 5--12-06, I was scheduled to see Dr. Phan, Nephrologist, **"again",** the medical dept. had not sent medical records nor had they sent requested lab ( they had not did the latter). Again I took my own, he looked them over, and misread Dr. Wilken and Dr. Parks diagnosis regarding the effects of ACE inhibitor, **" stating the cause of my renal failure was not result of ACE inhibitor",** Then handed the records back to me, I quickly begun read to re-read it for him, where it made it very clear I pointed, Dr. Phan it says absolutely no use of Cyclosporin nor ACE inhibitors. He did not look at me, just kept writting, then said I don't agree, besides quite a bit of time has past, I thank it should be given another try. I said I will not take an ACE inhibitor nor Cyclosporin, he said ok we will try something else. Then concluded our consultation, then asked the officers to bring my medical records and lab work next time, handing them his recommendation to be given to the medical dept. Where he discontinued cellcep and prescribed Lisinoprin, ( I would learn later was an ACE inhibitor). **SEE, EX. B. at p.** 13

On the night of the 5-12-06, after taking Lisinopril, I stop peeing almost immediately, I though it was strange but paid it not much attention. Until the morning of 5-13-06, my groins and penis was huge and my kidneys were on fire. ( my legs and feet were also swallen)

After breakfast I aksked the unit officer for pass to the infirmary,
there I asked if Lisinopril was an ACE inhibitor, it was That evening
I filed an emergancy appeal (602) against Soledad Medical dept. for
ADA violation, Deliberate Indifference, Abuse of Power While Acting uNdER
Color Of State Law, Eight Amendment Violation, latter, Due process
Violation against Soledad State Prison, Medical Dept. and C.DC.R.
for Inadequete Appeals Process. Stating facts that had occurred that
morning, explaining, I had developed an adverse reaction to Lisinopril.
I went to the drop in clinic, there I was met by Lynn Minimock, RN.

who asked what was my problem, I told her I was experencing an adverse
reaction to the medication Lisinopril an ACE inhibitor that I was
not suppose to given. I showed her my legs and explained, I had
stopped peeing, then showed her my medical records, she then said
what do you want me to do, come back on monday.I asked could see
the doctor, out of no where she said you are pissing me off, my
first reaction was to say, I am pissing you off, lady, ---before
I could complete a sentace, another R.N. step in saying come with
me, I have the same problem with ACE inhibitors. see, EX C, at p.13
AFTER THE R.N. check my weight, blood pressure, exam., my legs,
chest, and other areas of interest. He told me to wait while he
went to get my medical records so I could see the on call doctor.
see, EX C. at p. 13-15
After his return, he escorted me to seee Dr. Grewel who review my
medical records, which noted that I was absolutely not to take ACE
inhibitors.see, EX. A at p. 1-2

4

after briefely scanning my medical records and health care form, he looked up at me and said what's your problem? I said I was given Lisinopril an ACE inhibitor that I was not suppose to be given because it causes an allegic reaction. He then said, how do you know? I showed him my medical records from Novato Community Hospital, he again briefly scan them and said I don't agree with them. I then tried to show him my legs, chest. He looked at me angrily, and said that doesn't prove anything, I pointed to the medical records, he said something that seem odd, I quote, **that says you have an allergies to the medications, it doesn't say you will have an adverse reaction,** end of qoute. I said what? I asked can you please discontinue Lisinopril and reissue my high blood pressure medication Clonidine, he said no, I would like you to leave. I said sir, before I could complete what I was saying, he step out to call security. R.N. Minimock came to the door and said get out " security". So in order not to be placed in restraints, I complied. The door officer, said go talk to the Lt, he may can help you. I did as requested, a Lt. came back with me, talked to both the door officer and R.N. who did the exam. He then pull me to the side, said you need to 602 this matter there is nothing I can do, this a medical issue. As I was about to leave the R.N. came and said come back this evening you might can get help then, the Lt responded, it would be best because right now you will only end up in trouble, see, EX. C at 16

Nothing was done until 5-26-06, when I was called down to discuss the 602 by Dr. Lucus, by this time I had gain 40 pounds of water weight. After reviewing my medical records from ⅃Novato hospt., letters from Dr. Liu, Dr. Joshi and Dr. thanit Hasadsi from Corcoran Accute Care Hospt.

5

He then said, I don't agree with these Doctors, here is why, ACE
inhibitors don't cause those adverse effect nor does cellcep. He
spent the next 30 minutes trying to convinence me that this was
a figment of my imagination. At this point I pull up my pants legs
and said does this seem like this is my imagination? He looked at
my legs and feet and said you are going to need a bigger pair of
shoes. He started to draw a diagram trying to explain his theory.
**see, EX. C at p. 1 first level**
For the next two month my condition would become worse and the medical
dept. would treat me like I had the bubonic plague. There was no
montoring of my weight, Lab work, blood pressure checks, I gain
between 210-240 pounds of fluid. Fluid would consentrate on my upper
body at night making it hard to sleep, having to sleep on my right
side to keep the pressure off my heart, using my inhaler more then
usual, making it fell like I was having a heartattack. There was
penil edma causing it to swall the size of the big end of a baseball
bat, making it impossible to urinate. My groin would swall the size
of a grapefruit, causing intense pain. In the day time the water
would shift to my legs and feet making it extremely painful and
uncomfortable to stand or walk.
On 7-19-06, I was seen by Dr. Friederich who tried to convinence
me to continue Lisinopril, see EX. C at p. 21. HE **FINALLY GIVE IN**
order blood pressure checks and discontinued Lisinopril, made another
f/u appointment with Dr. Phan., see, EX. C. at p. 22

6

On or about 7-23-06 I was again scheduled to see Dr. Phan, again I was secured with make shift restrints for transport ( it must be noted, that Dr. Phan had moved from his Salinas office to King City. address unknown) During this visit, Dr. Phan asked why wasn't I taking Lisinoprin he suggested. I said we discussed at our last visit you would not prescribe an ACE inhibitor. He said he had change his mind. I said Dr. Phan I had an allergic reaction to ACE inhibitor, which I explain to you. Doctors at Novato Hospt. Dr. Wilken and Dr. Parks told me never take ACE inhibitors or Cyclosprin again. He said that your opinion, I didn't see that ( while he was talking I pulled out the medical records from Dr. Wilken and Dr. Parks) from what I can remember I explain to you I wanted to try a new medication. I then showed him my legs, pointing to them without words, ( he became angry). He asked, where is the lab work I asked you to bring, did you bring it ? I said doctor I am an inmate, I can't order lab work. ( a female transportation officer interupted saying he can't oder lab work it takes a doctor ). He started writting, then said I want you to take Cyclosprin, are going to take it ? I said no. He then said, you won't follow my suggestion, there is nothing I can do for you, with that we concluded the visit, see, **EX. C. at p. 23** Dr. **Friederich notes. It must be noted, petitioner is now taking Azathioprine a highly toxic medication prescribed by Dr. Tamura, Nephrologist at UCSF.**

On 7-28-06, I was scheduled a F/u appointment with Dr. Friederich for discussion regarding Dr. Phan visit , our conversation quickly turn to Dr. Phan recommendation of Lisinopril. I again stated what Dr. Wilken

7

and Dr. Parks told me not to take ACE inhibitors. And how Dr. Phan now
wanted to take Cyclosprin which I refused, I don't want to see him anymore,
then asked, could I be seen by a Nephrologist at UCSF. He then said you
claim Dr. Wilken and Dr. Parks said you are absolutely not to take those
medication. I showed him again where they said it in thier report. He
appeared to ignore me, while writting on an interdisciplinary progress
notes, **see, EX. C. at p.23, 25**

On each visit I had with Dr. Friederich, Sept. 1, 4, 06, he would try to
get me to take Lisinopril, **see EX. C. at p. 26,27**. On 8-4-06, I was appoved
for UCSF consultation with a Nephrologist. On 8-4-06, Dr. Friederich
scheduled me to see a Psych. for my refusal to take Lisinopril, **see, EX.
C. at p. 28**

On 9-8-06, it appeared that the disease was reversing itself, I was putting
off a lot of water, dropping weight down to 184 by 9-13-06. **see EX. C. at
p. 31, 32**

On 10-6-06, my weight begun to increase again, in one week I was back to
197 pounds and rising to 235 pounds by the time I was scheduled to see
Dr. Allegre on 11-6-06, I had developed pore canal in legs, 6 in my right
and 8 in my left still visable, releasing fluid at night. I showed them to
Dr. Allegre who quickly ordered lab work and F/ U's, **see EX. C at p. 38, 39**

On the night of 11-1-06, my body finally had enough, it's maximum weight
had reach 245, I was awaken almost sufficating. Fluid had engulf my neck,
choking off my airways. At that point the only thing I could think of to
releived the pressure was to increase the dosage of Prednisone to 120 mg
in about an hour of seytting up, I begun to breath a little better. So at
6;00 am 11-2-06, I took another 120 mg, at 12;00pm another 120 mg, 6;00pm

1 again 120 mg.  For the next five (5) days I would repeat
2 this process, finally it reversed itself and my weight
3 dropped like a rock, so fast by the time I was scheduled
4 to see Dr. Manjula Tamura, Nephrologist of U.C.S.F.
5 I had to be sent to the emergency room at U.C.S.F.
6 Medical Center for evaluation.  See Exhibit C at p.
7 40, **also** see all of Exhibit D.

<div align="center">CLAIM TWO</div>

9       ADA violations by Soledad Medical Department,
10 Soledad State Prison Appeals Department and California
11 Department of Corrections and Rehabilitation for refusal
12 to recognize/accept/unwilling to acknowledge the kidney
13 disease Nephropathy as a disability protected under
14 ADA, see <u>Thompson v. Davis</u>, 295 F.3d 890, 895 (9th
15 Cir. 2002) also Exhibit C at p. 1-10, 50-52.

16       Inadequate appeals process by Soledad State Prison
17 Appeal's Office failing to follow time restraints in
18 compliance with the California Code of Regulations
19 §§3000, 3084 and 3084.6, applying double standards
20 and refusal to address issues at the Director's Level.
21 See Exhibit C at ps. 1, 2, 4 and 10.  It violates due
22 process.

<div align="center">RELIEF</div>

24       This Honorable Court grant a permanent injunction
25 ordering Soledad State Prison and the California Depart-
26 ment of Corrections and Rehabilitation to transfer
27 me to San Quentin State Prison who is in compliance
28 with <u>Plata v. Davis</u>, so that I may continue my treatment

<div align="center">9</div>

1    at U.C.S.F. where a overseer has already been appointed

2    by the Northern District Court to monitor inmates.

3                  COMPENSATORY DAMAGES

4       Thirty million dollars ($30,000,00.000.00) against

5    Dr. Michael Discus, Dr. Dennis Phun, C.D.C.R. Soledad

6    State Prison for A.D.A. violation, deliberate indiffer-

7    ence, Eighth Amendment violation and emotional injury.

8       Twenty million dollars ($20,000.000.00) against

9    Dr. Joseph Chudy, C.M.O. Dr. Timothy Friederich, Dr.

10   N. Lucus, Dr. Gelwel and Lynn Minmock, R.N. for Disabi-

11   lity Discrimination, A.D.A. violation, abuse of power

12   while acting under Color of State Law and Eighth Amend-

13   ment violation and emotional injury while acting in

14   their official capacity.

15                    PUNITIVE DAMAGES

16       Fifteen million dollars ($15,000,000,.00) against

17   C.D.C.&R., Soledad State Prison.

18       Ten million dollars ($10,000,000.00) against

19   Soledad Medical Department.

20       Ten million dollars ($10,000,000.00) against Dr.

21   Michael Dicus, Dr. Dennis Phan.

22               DEMAND FOR JURY TRIAL

23        REQUEST FOR APPOINTMENT OF COUNSEL

24       I declare under penalty of perjury that the fore-

25   going is true and correct.

26      3-14-08

27 

28                             Respectfully Requested

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __14__ day of __MAR.__ , 20 _08_

_(Plaintiff's signature)_

COMPLAINT                                    - 4 -

# EXHIBIT A

A Sutter/CHS Affiliate

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

 

**COPY:**      Robert S. Wilkes, M.D.
**COPY:**      Robert Park, M.D.
**COPY:**      San Quentin

**DATE OF ADMISSION:**     6/06/00
**DATE OF DISCHARGE:**     6/14/00
**LOCATION:**              132B

This 42 year old black man was admitted to Novato Community Hospital on June 6, 2000 because of anasarca and was subsequently discharged back to San Quentin on June 14, 2000.

His initial evaluation by Dr. Law at San Quentin revealed that the patient's kidney problem which is a form of membranous glomerulonephropathy associated with severe nephrotic syndrome had deteriorated because of a BUN of 106 and a creatinine of 7.1. When he was transferred to Novato Community Hospital on 6/6/00, it was felt that the patient's kidney condition had deteriorated because of his intrinsic renal disease and it was felt that he might be a candidate for dialysis.

Upon presentation here, it was evident that the patient's weight gain of 195 was contributed mainly by significant anasarca and ascites.

Review of his medications at San Quentin revealed that 2 medications had been added to his regimen, I believe, within a short period of time, mainly Vasotec and Cyclosporin.

We felt that we should monitor the patient, aggressively diurese the patient and see whether withholding the use of Ace inhibitors and Cyclosporin would indeed reverse his abnormal renal parameters.    This was subsequently done over a period of 8 or 9 days.    The patient's creatinine had decreased from a high of 7.1 to a low of 3.2 upon discharge and his BUN had decreased from a high of 106 to 61 at the time of discharge.

The patient had a brisk diuresis and his weight prior to discharge was 152.8 pounds and at presentation on the 6th of June, his weight was 195 pounds, attesting to the fact that the patient is diuretic responsive.

It is our opinion that the patient's deterioration in renal function was based upon the use of Cyclosporin and/or Ace inhibitors and for that reason, we are requesting that these drugs not be used and that he be monitored.

CULLER, JERRYAL  (CDC-H-31082)
01092031

Page 1 of 2

 

A Sutter/CHS Affiliate

162 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

 

## DISCHARGE INSTRUCTIONS:

- 1) As best as possible, a renal diet.
- 2) He is allowed his hand held Ventolin aerosol inhaler to use as needed.
- 3) Clonidine 0.2 mg b.i.d.
- 4) Procardia-XL 30 mg every day.
- 5) Nephro-Vite multivitamin 1 per day.
- 6) Lasix 100 mg b.i.d. by mouth every other day.,
- 7) Zaroxolyn 10 mg 3x a week by mouth.
- 8) Aldactone 50 mg 3x a day.
- 9) Tylenol plain for non-specific pain.
- 10) Micro-K 20 mEq. twice a day.
- 11) Prednisone 60 mg every other day.
- 12) Absolutely no use of Cyclosporin.
- 13) Absolutely no use of ACE inhibitors.
- 14) Laboratory recommendations:
    - a) Chemistry-7 at least weekly.
    - b) Periodic CBC to monitor anemia because he did receive 2 units of packed cells while he was here because of a drop in hemoglobin to 8.6 without any overt bleeding.
- 15) Consultation with San Quentin nephrologist, Dr. Law, once he has had a chance to read the discharge and the admission history and physical summary.

## FINAL DIAGNOSIS:

- 1) • MEMBRANOUS GLOMERULONEPHRITIS.
- 2) NEPHROTIC SYNDROME WITH DAILY CREATININE EXCRETION OF 15-16 GRAMS PER DAY.
- 3) HYPERTENSION, CONTROLLED.
- 4) ANEMIA, PROBABLY AREGENERATIVE SECONDARY TO CHRONIC RENAL DISEASE.
- 5) NO EVIDENCE OF ACUTE OR CHRONIC BLOOD LOSS AT THIS TIME.
- 6) HISTORY OF PARANOIA SECONDARY TO PREDNISONE THERAPY BUT LESS WITH PREDNISONE EVERY OTHER DAY.

Robert S. Wilkes, M.D.

RSW/sc
d: 6/14/2000  t: 6/14/2000  #15096

CULLER, JERRYAL   (CDC-H-31082)
01092031

Page 2 of 2





**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

**COPY:** Robert Park, M.D.
**COPY:** Robert Wilkes, M.D.

**DATE OF SERVICE:** 6/6/00
**DATE OF ADMISSION:** 6/6/00

**REFERRING PHYSICIAN:** Robert Wilkes, M.D.
**CONSULTING PHYSICIAN:** Robert Park, M.D.

**LOCATION:** ADMITTED

**REASON FOR CONSULTATION: EVALUATION OF PATIENT WITH ANASARCA AND RENAL INSUFFICIENCY.**

**HISTORY OF PRESENT ILLNESS:** This patient is a 42 year old black male, San Quentin inmate, admitted to NCH because of worsening renal function with a creat. of 7.5.

This patient was first evaluated here in Aug. 1998, when he presented with a 4 months. history of nephrotic syndrome and 60 lb. weight gain associated with his anasarca. At that time he had severe hypoalbuminemia, hypercholesterolemia , and BUN 40, creat. 2.0.

24 hour urines done at NCH were incomplete but one collection which was incomplete, quantitative urine protein of 6.0 gm. and he had normalized his creat. during that admission.

He was treated with diuretics at that time because of bilateral pleural effusions, ascites and marked peripheral edema and it was presumed his nephrotic syndrome was due to glomerulonephritis. Other work up was done to r/o secondary cause of nephrotic syndrome and specifically he underwent work up to r/o cardiomyopathy, liver disease, malignancy and hypothyroidism.

The patient was admitted 9/21/98 to undergo diagnostic renal biopsy. He had successfully diuresed a significant amount of edema fluid and underwent percutaneous ultrasound guided biopsy in Sept. 1998 but the Bx. sample was considered suboptimal in that three cores were obtained and a total of 16 glomeruli were obtained. The glomeruli showed an increase in mesangial matrix with one possible glomerular tip lesion characterized by prominent epithelial cells in a macrophage as well as permanent epithelial cells. Relatively thin _Basement_ membranes were noted at that time and electromicroscopy was not able to further differentiate the specific renal diagnosis although the possibilities included minimal change nephropathy, a lesser possibility for focal segmental glomerulosclerosis (FSGS) and a third possibility was thin membrane disease or Alport's syndrome. It was felt by the renal pathologist at that time that minimal change nephropathy was the likely diagnosis. He continued to be treated for his nephrotic syndrome with high dose diuretics and he continued to diurese and in all he diurese approximately 60 lb. over a several month period.

CULLER, JERRY CDC H-31082
01092031

*A-3*

 

**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

He was admitted once again on 11/4/98 because of recurrent nephrotic syndrome and a weight regain from 150 to 210 lb. He had been unresponsive to Lasix but was only dosed to 40 mg. daily. He presented with recurrent bilateral pleural effusions, excessive ascites and marked peripheral edema .

His prior work up showed creat. clearance of 43 ml. per min., protein excretion 8. 7 gm and serologies were negative including serum protein electrophoresis , ANA, HIV and compliment studies.

He was diuresed successfully nd discharged back to maintain high dose prednisone to treat nephrotic syndrome, presumably secondary to minimal change nephropathy.

The patient then was readmitted one more time when he became psychotic on high dose prednisone and his renal function was still normal and creat. at 1.3. His prednisone was adjusted downward and weaned off by March 1999 after having a significant reduction in proteinuria.

He had recurrent anasarca which started in June 1999 and prednisone was restarted in 40 mg. daily. He had a partial response and states that his anasarca improved with diuresis and prednisone was continued.

By Feb. 2000 he became refractory and cyclosporin was started for reasons which are unclear. He was started at 300 mg. and his dose was gradually adjusted to 200 and then to 100 mg. daily.

Over the past 2-3 months azotemia has been noted with a creat. gradually rising from 1.2 progressively to 7.5. He states he has become more oliguric in the past 2 months ane he has had progressive weight gains of 50 lb. in the past several months. He states his urine volume has been less for the past 6 weeks and he is admitted feeling fatigued with occasional muscle cramping. Admitting labs currently reveal advanced azotemia, now with a BUN of 74, creat. 7.2, and severe hypoalbuminemia as well as anemia to Hgb. of 8.0.

I have been asked to provide nephrology consultation.

**PAST MEDICAL HISTORY:** UCD, no known allergies. He has no Hx. of I.V. drug abuse. he is a former smoker of 26 years.

**MEDICATIONS:**
Lasix 80 mg. t.i.d.
Cyclosporin 100 mg. q.d.
Zaroxolyn 10 mg. QDD
K-Dur 20 meq. b.i.d.
Vasotec 10 mg. QD



**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato CA 94948-1108

**COPY:** Robert Wilkes, M.D.
**COPY:** California Department of Corrections at San Quentin
**COPY:** Robert Park, M.D.

**DATE OF ADMISSION:** 6/6/00
**LOCATION:** 132B

**CHIEF COMPLAINT:** Profound swelling, weakness, anorexia, intermittent nausea.

**HISTORY OF THE PRESENT ILLNESS:** This 42-year-old black male was admitted because of increasing anasarca, ascites, anemia in the presence of worsening renal failure. He carries a possible diagnosis, based upon electromicroscopy of the kidneys that we did that was evaluated at UCSF in 1998, of focal glomerular sclerosis. And at the time of his discharge back to San Quentin, he was placed on a program of furosemide, Zaroxolyn, Aldactone, and Capoten and it was felt that the Capoten was not contraindicated because there was no change in his renal parameters while he was placed on Capoten. According to records from San Quentin, the patient's hemoglobin has dropped from 8 from a high of approximately 14.5 and his hematocrit has decreased to 23 from a high of 38.5% approximately 2-1/2 to 3 weeks ago. His previous creatinine of 1.5 has now increased to 7.4.

**MEDICATIONS PRIOR TO ADMISSION:**
1.  Lasix 80 mg three times a day.
2.  Zaroxolyn 10 mg per day.
3.  Prednisone 20 mg a day.
4.  K-dur 20 mEq twice a day.
5.  Cyclosporin 100 mg every a.m.
6.  Vasotec 5 mg b.i.d.
7.  Clonidine 0.1 mg b.i.d.
8.  Possible Procardia XL 30 mg a day.

**PAST MEDICAL HISTORY:**
1.  Focal glomerular sclerosis versus membranous nephrosclerosis.
2.  Nephrotic syndrome complicating his focal membranous sclerosis.
3.  Hypertension.
4.  Possible history of steroid-induced psychoses.

**FAMILY HISTORY:** Negative.

**ALLERGENIC HISTORY:** Negative.

CULLER, JERRY   CDC H-31082
01092031

$A - 5$

**HISTORY AND PHYSICAL REPORT**

 

**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato CA 94948-1108

**REVIEW OF SYSTEMS:**  At the time of interrogation, the patient's only complaint was weakness and progressive swelling and difficulty passing urine probably due to increasing penile edema.

**BLEEDING HISTORY:**  Negative.

**PHYSICAL EXAMINATION:**
GENERAL:  Quite alert, cognitive with cushingoid facies.
VITAL SIGNS:  Blood pressure 160/90, pulse 88-90.  Respirations 16 per minute. Temperature 99.7.
HEENT:  Head, ears, eyes, nose and throat examinations reveal cushingoid facies.  The neck was supple without neck vein distention.
CHEST:  The chest revealed bilateral lower one third dullness to percussion.
CARDIAC:  Regular sinus rhythm with left ventricular heave.
ABDOMEN:  The abdomen revealed 2+ ascites but no overt peritoneal signs to suggest bacterial peritonitis and no ballotable liver or spleen.
EXTREMITIES:  Upper extremities were negative.  Lower extremities revealed 4+ lower extremity edema up to the groin.
GENITOURINARY:  Penile and scrotal edema.
RECTAL:  Deferred.
NEUROLOGIC:  No gross localizing findings.

**DIAGNOSES:**
1.    Progressive nephropathy with previous documentation of nephrotic syndrome.
2.    Anemia, probably aregenerative secondary to worsening renal parameters.
3.    Probable end-stage renal disease.
4.    Possible reversible component to his renal failure with elimination or upon elimination of ACE inhibitors and/or cyclosporin.

**PLAN:**
1.    Two units of packed cells.
2.    Possible dialysis if no reversibility occurs.
3.    Nephrology consultation.

Robert Wilkes, M.D.

RW/ka
D: 6/7/00  T: 6/7/00  Job No. 14722

CULLER, JERRY   CDC H-31082
01092031

*A - 6*



**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

**COPY:** Robert Park, M.D.
**COPY:** Robert Wilkes, M.D.

**DATE OF SERVICE:** 6/6/00
**DATE OF ADMISSION:** 6/6/00

**REFERRING PHYSICIAN:** Robert Wilkes, M.D.
**CONSULTING PHYSICIAN:** Robert Park, M.D.

**LOCATION:** ADMITTED

**REASON FOR CONSULTATION: EVALUATION OF PATIENT WITH ANASARCA AND RENAL INSUFFICIENCY.**

**HISTORY OF PRESENT ILLNESS:** This patient is a 42 year old black male, San Quentin inmate, admitted to NCH because of worsening renal function with a creat. of 7.5.

This patient was first evaluated here in Aug. 1998, when he presented with a 4 months. history of nephrotic syndrome and 60 lb. weight gain associated with his anasarca. At that time he had severe hypoalbuminemia, hypercholesterolemia , and BUN 40, creat. 2.0.

24 hour urines done at NCH were incomplete but one collection which was incomplete, quantitative urine protein of 6.0 gm. and he had normalized his creat. during that admission.

He was treated with diuretics at that time because of bilateral pleural effusions, ascites and marked peripheral edema and it was presumed his nephrotic syndrome was due to glomerulonephritis. Other work up was done to r/o secondary cause of nephrotic syndrome and specifically he underwent work up to r/o cardiomyopathy, liver disease, malignancy and hypothyroidism.

The patient was admitted 9/21/98 to undergo diagnostic renal biopsy. He had successfully diuresed a significant amount of edema fluid and underwent percutaneous ultrasound guided biopsy in Sept. 1998 but the Bx. sample was considered suboptimal in that three cores were obtained and a total of 16 glomeruli were obtained. The glomeruli showed an increase in mesangial matrix with one possible glomerular tip lesion characterized by prominent epithelial cells in a macrophage as well as permanent epithelial cells. Relatively thin _basement_ membranes were noted at that time and electromicroscopy was not able to further differentiate the specific renal diagnosis although the possibilities included minimal change nephropathy, a lesser possibility for focal segmental glomerulosclerosis (FSGS) and a third possibility was thin membrane disease or Alport's syndrome. It was felt by the renal pathologist at that time that minimal change nephropathy was the likely diagnosis. He continued to be treated for his nephrotic syndrome with high dose diuretics and he continued to diurese and in all he diuresed approximately 60 lb. over a several month period.

CULLER, JERRY CDC H-31082
01092031
Page 1 of 4                                          **CONSULTATION REPORT**





**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

He was admitted once again on 11/4/98 because of recurrent nephrotic syndrome and a weight regain from 150 to 210 lb. He had been unresponsive to Lasix but was only dosed to 40 mg. daily. He presented with recurrent bilateral pleural effusions, excessive ascites and marked peripheral edema .

His prior work up showed creat. clearance of 43 ml. per min., protein excretion 8. 7 gm and serologies were negative including serum protein electrophoresis , ANA, HIV and compliment studies.

He was diuresed successfully nd discharged back to maintain high dose prednisone to treat nephrotic syndrome, presumably secondary to minimal change nephropathy.

The patient then was readmitted one more time when he became psychotic on high dose prednisone and his renal function was still normal and creat. at 1.3. His prednisone was adjusted downward and weaned off by March 1999 after having a significant reduction in proteinuria.

He had recurrent anasarca which started in June 1999 and prednisone was restarted in 40 mg. daily. He had a partial response and states that his anasarca improved with diuresis and prednisone was continued.

By Feb. 2000 he became refractory and cyclosporin was started for reasons which are unclear. He was started at 300 mg. and his dose was gradually adjusted to 200 and then to 100 mg. daily.

Over the past 2-3 months azotemia has been noted with a creat. gradually rising from 1.2 progressively to 7.5. He states he has become more oliguric in the past 2 months ane he has had progressive weight gains of 50 lb. in the past several months. He states his urine volume has been less for the past 6 weeks and he is admitted feeling fatigued with occasional muscle cramping. Admitting labs currently reveal advanced azotemia, now with a BUN of 74, creat. 7.2, and severe hypoalbuminemia as well as anemia to Hgb. of 8.0.

I have been asked to provide nephrology consultation.

**PAST MEDICAL HISTORY:** UCD, no known allergies. He has no Hx. of I.V. drug abuse. he is a former smoker of 26 years.

**MEDICATIONS:**
Lasix 80 mg. t.i.d.
Cyclosporin 100 mg. q.d.
Zaroxolyn 10 mg. QDD
K-Dur 20 meq. b.i.d.
Vasotec 10 mg. QD

CULLER, JERRY CDC H-31082
01092031
Page 2 of 4                                        **CONSULTATION REPORT**

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

Clonidine .1 mg. QD
Prednisone 40 mg. QD

## ADULT MEDICAL PROBLEMS:
1. Nephrotic syndrome.
2. Glomerulonephritis.
3. Mild hypertension.
4. Secondary hypercholesterolemia.
5. Asthma.

**FAMILY HISTORY:** Father died in his 50's from diabetes. Mother died 54 of cancer. One sister died from Lupus at age 27. One brother died at a young age from drowning. He has one sister in good health.

**SOCIAL HISTORY:** He was born in Arkansas.

He has son and he was previously married once.

**REVIEW OF SYSTEMS:** Essentially noncontributory.

**PHYSICAL EXAMINATION:** Reveals a young, black, male, alert and oriented with anasarca. BP 140/85, pulse 70.

HEENT – NC

LUNGS – diminished breath sounds at both bases consistent with bilateral pleural effusion. He has pitting edema presacrally.

HEART – S1, S2 present, 1/VI systolic murmur.

ABDOMEN – Soft, nontender. There is no palpable organomegaly. There may be ascites.

EXTREMITIES – scrotal edema and peripheral edema, pitting down to the feet judged at 4+.

**ADMISSION LABORATORY:** BUN 74, creat. 7.2, Phos. 5.0, Albumin 1.1, Hgb. 8.8.

## IMPRESSION:
1. PROGRESSIVE RENAL INSUFFICIENCY WITH RECURRENT NEPHROTIC SYNDROME.
   a) Rule out exacerbation by ace inhibitor.
2. GLOMERULONEPHRITIS PROBABLY SECONDARY TO FSGS VS THIN BASEMENT MEMBRANE DISEASE.
3. ANASARCA
4. SECONDARY HYPERCHOLESTEROLEMIA

CULLER, JERRY CDC H-31082
01092031

A-7

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

**PLAN AND DISCUSSION:** The patient will be reassessed with a 24 urine for creat. clearance, protein, and urinalysis. Enalapril will be discontinued since this was added recently and may be contributing to his azotemia. He will be transfused with 2 U. of packed red blood cells to improve his anemia and he will undergo repeat work up.

Minimal change nephropathy is highly unlikely in this patient given that he has had progressive renal insufficiency. Nephrotic syndrome responding to prednisone is a Hallmark of minimal change nephropathy, however, it is atypical and not expected to have progressive renal insufficiency with this condition. FSGS is probably the more likely diagnosis since it is associated with both progressive renal insufficiency, prominent nephrotic syndrome. There is a remaining possibility of thin basement membrane disease or Alport's syndrome, however, he has no family history and has no other features of Alport's syndrome including keratoconus or sensineural hearing losses. The patient will be reassessed for all of the above. I will follow the patient with you.

Robert Park, M.D.

RP/nc
D: 6/06/00  T: 6/06/00  # 14693

CULLER, JERRY CDC H-31082
01092031

A - 8

 

**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

**COPY:** Emergency Department
**COPY:** Big Valley

**DATE OF SERVICE:** 6/6/00

**LOCATION:** ER > ADMITTED /3ᒎ

**CHIEF COMPLAINT:** RENAL FAILURE.

**HISTORY OF PRESENT ILLNESS:** This 42 year old man is sent from San Quentin because of progressive renal failure and possible need for dialysis. Over the past 2 months. he has had progressive swelling of his ankles and weakness. He has a history of kidney disease but he · thought it was nil and was not progressive. According to Dr. Wilkes, who believes he remembers him, did have progressive glomerulonephritis and was expected to require dialysis at some point. He has never had dialysis. He denies fever, chills, and has some progressive shortness of breath and nonproductive cough.

**PAST MEDICAL HISTORY:** Asthma, hypertension and kidney disease.

**REVIEW OF SYSTEMS:** No fever, shaking chills. HEENT = no headache or visual changes. Pulmonary – he has had occasional nonproductive cough, no pleuritic pain. Heart – no pain with exertion. GI – no vomiting or diarrhea. Neuro – motor function , cranial nerves = no numbness, weakness, or paresthesias.

**PHYSICAL EXAMINATION:** Temp. 97.5, pulse 96, resp. 26. BP 151/87. $O_2$ sat on room air 98% indicating excellent oxygenation. Head atraumatic, neck supple, Oral mucous membranes are wet. Pupils mid position, equal and react to light. Chest clear to auscultation , no retractions or accessory muscle use , no rales. Heart regular., no gallop, murmur, rub. No JVD . TM's clear. Abdomen soft and nontender. Extremities – no tenderness. He has 4+ ankle edema extending to his knees bilaterally.

Creat. 6.8. EKG shows sinus rhythm with rate 101 and chest x-ray shows small bilateral pleural effusions and signs of mild congestive heart failure.

**IMPRESSION:** RENAL FAILURE.

TREATMENT: Patient is discussed with Dr. Park and Dr. Wilkes and admitted for creat. clearance and probable dialysis.

---

Kurt Kunzel, M.D.

KK/nc D: 6/06/00 T: 6/06/00 # 14684

---

CULLER, JERRY CDC H-31082
01092031
Page 1 of 1                 /A - 9

**EMERGENCY DEPARTMENT REPORT**



**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato, CA 94948-1108

**COPY:** Emergency Department
**COPY:** Big Valley

**DATE OF SERVICE:** 6/6/00

**LOCATION:** ER > ADMITTED /3⊃

**CHIEF COMPLAINT:** RENAL FAILURE.

**HISTORY OF PRESENT ILLNESS:** This 42 year old man is sent from San Quentin  because of progressive renal failure and possible need for dialysis. Over the past 2 months. he has had progressive swelling of his ankles and weakness. He has a history of kidney disease but he · thought it was nil and was not progressive. According to Dr. Wilkes, who believes he remembers him, did have progressive glomerulonephritis and was expected to require dialysis at some point. He has never had dialysis. He denies fever, chills, and has some progressive shortness of breath and nonproductive cough.

**PAST MEDICAL HISTORY:** Asthma, hypertension and kidney disease.

**REVIEW OF SYSTEMS:** No fever, shaking chills. HEENT = no headache or visual changes. Pulmonary – he has had occasional nonproductive cough, no pleuritic pain. Heart – no pain with exertion. GI – no vomiting or diarrhea.  Neuro – motor function , cranial nerves  = no numbness, weakness, or paresthesias.

**PHYSICAL EXAMINATION:** Temp. 97.5, pulse 96, resp. 26. BP 151/87. $O_2$ sat on room air 98% indicating excellent oxygenation. Head atraumatic, neck supple, Oral mucous membranes are wet. Pupils mid position, equal and react to light. Chest clear to auscultation , no retractions or accessory muscle use , no rales. Heart regular., no gallop, murmur, rub. No JVD . TM's clear. Abdomen soft and nontender. Extremities – no  tenderness.  He has 4+ ankle edema extending to his knees bilaterally.

Creat. 6.8.  EKG shows sinus rhythm with rate 101 and chest x-ray shows small bilateral pleural effusions and signs of mild congestive heart failure.

**IMPRESSION:** RENAL FAILURE.

TREATMENT: Patient is discussed with Dr. Park and Dr. Wilkes and admitted for creat. clearance and probable dialysis.

---

Kurt Kunzel, M.D.

KK/nc  D: 6/06/00  T: 6/06/00  # 14684



**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato CA 94948-1108

**COPY:** Robert Wilkes, M.D.
**COPY:** California Department of Corrections at San Quentin
**COPY:** Robert Park, M.D.

**DATE OF ADMISSION:** 6/6/00
**LOCATION:** 132B

**CHIEF COMPLAINT:** Profound swelling, weakness, anorexia, intermittent nausea.

**HISTORY OF THE PRESENT ILLNESS:** This 42-year-old black male was admitted because of increasing anasarca, ascites, anemia in the presence of worsening renal failure. He carries a possible diagnosis, based upon electromicroscopy of the kidneys that we did that was evaluated at UCSF in 1998, of focal glomerular sclerosis. And at the time of his discharge back to San Quentin, he was placed on a program of furosemide, Zaroxolyn, Aldactone, and Capoten and it was felt that the Capoten was not contraindicated because there was no change in his renal parameters while he was placed on Capoten. According to records from San Quentin, the patient's hemoglobin has dropped from 8 from a high of approximately 14.5 and his hematocrit has decreased to 23 from a high of 38.5% approximately 2-1/2 to 3 weeks ago. His previous creatinine of 1.5 has now increased to 7.4.

**MEDICATIONS PRIOR TO ADMISSION:**
1.  Lasix 80 mg three times a day.
2.  Zaroxolyn 10 mg per day.
3.  Prednisone 20 mg a day.
4.  K-dur 20 mEq twice a day.
5.  Cyclosporin 100 mg every a.m.
6.  Vasotec 5 mg b.i.d.
7.  Clonidine 0.1 mg b.i.d.
8.  Possible Procardia XL 30 mg a day.

**PAST MEDICAL HISTORY:**
1.  Focal glomerular sclerosis versus membranous nephrosclerosis.
2.  Nephrotic syndrome complicating his focal membranous sclerosis.
3.  Hypertension.
4.  Possible history of steroid-induced psychoses.

**FAMILY HISTORY:** Negative.

**ALLERGENIC HISTORY:** Negative.

CULLER, JERRY   CDC H-31082
01092031                        A - 11

 

**NOVATO COMMUNITY HOSPITAL**
*A Sutter/CHS Affiliate*

1625 Hill Road
P.O. Box 1108
Novato CA 94948-1108

**REVIEW OF SYSTEMS:** At the time of interrogation, the patient's only complaint was weakness and progressive swelling and difficulty passing urine probably due to increasing penile edema.

**BLEEDING HISTORY:** Negative.

**PHYSICAL EXAMINATION:**
GENERAL: Quite alert, cognitive with cushingoid facies.
VITAL SIGNS: Blood pressure 160/90, pulse 88-90. Respirations 16 per minute. Temperature 99.7.
HEENT: Head, ears, eyes, nose and throat examinations reveal cushingoid facies. The neck was supple without neck vein distention.
CHEST: The chest revealed bilateral lower one third dullness to percussion.
CARDIAC: Regular sinus rhythm with left ventricular heave.
ABDOMEN: The abdomen revealed 2+ ascites but no overt peritoneal signs to suggest bacterial peritonitis and no ballotable liver or spleen.
EXTREMITIES: Upper extremities were negative. Lower extremities revealed 4+ lower extremity edema up to the groin.
GENITOURINARY: Penile and scrotal edema.
RECTAL: Deferred.
NEUROLOGIC: No gross localizing findings.

**DIAGNOSES:**
1.    Progressive nephropathy with previous documentation of nephrotic syndrome.
2.    Anemia, probably aregenerative secondary to worsening renal parameters.
3.    Probable end-stage renal disease.
4.    Possible reversible component to his renal failure with elimination or upon elimination of ACE inhibitors and/or cyclosporin.

**PLAN:**
1.    Two units of packed cells.
2.    Possible dialysis if no reversibility occurs.
3.    Nephrology consultation.

---

Robert Wilkes, M.D.

RW/ka
D:  6/7/00  T: 6/7/00  Job No. 14722

---

CULLER, JERRY    CDC H-31082
01092031                    A-12

**HISTORY AND PHYSICAL REPORT**

| NUMBER | REQ. NO. | REPORT STATUS | TYPE | PAGE NO. |
|---|---|---|---|---|
| 591189 | 009768 | FINAL | S | 1 |

**UNILAB**

| PATIENT NAME | | PATIENT TELEPHONE | BRANCH |
|---|---|---|---|
| CULLER, JERRY | | | 5B |

| AGE | DATE OF BIRTH | SEX | COLLECTION DATE | TIME |
|---|---|---|---|---|
| 42 | 02/27/1958 | M | 02/28/00 | 10:00AM |

| PHYSICIAN | PATIENT ID |
|---|---|
| LIU/DIALYSIS | H31082 |

| DATE RECEIVED | DATE REPORTED | TIME REPORTED |
|---|---|---|
| 02/28/00 | 03/01/00 | 06:12 |

4810945   ACCOUNT ID   415-454-14

CALIFORNIA STATE PRISON
DEPARTMENT OF CORRECTIONS
SAN QUENTIN, CA 94964

| COMMENTS | FASTING |
|---|---|
| | TOTAL VOLUME |

| TEST | PATIENT RESULTS | OUT OF RANGE RESULTS | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| DIALYSIS PANEL | | | | |
| ELECTROLYTES WITHOUT CO2 | | | | |
| SODIUM | 142 | | MEQ/L | 135 - 148 |
| POTASSIUM | 4.7 | | MEQ/L | 3.5 - 5.5 |
| CHLORIDE | 103 | | MEQ/L | 95 - 110 |
| CHEMISTRIES | | | | |
| BUN | 10 | | MG/DL | 6 - 25 |
| CREATININE | 1.1 | | MG/DL | 0.5 - 1.5 |
| GLUCOSE | 94 | | MG/DL | 70 - 115 |
| CALCIUM | 9.3 | | MG/DL | 8.5 - 10.5 |
| PHOSPHORUS | 3.8 | | MG/DL | 2.4 - 4.8 |
| URIC ACID | 4.9 | | MG/DL | 3.5 - 9.0 |
| TOTAL PROTEIN | | 5.3 L | G/DL | 6.0 - 8.0 |
| ALBUMIN | | 2.3 L | G/DL | 3.5 - 5.0 |
| GLOBULIN, TOTAL | 3.0 | | G/DL | 2.0 - 4.0 |
| A/G RATIO | | 0.8 | RATIO | 1.0 - 2.5 |
| ENZYMES & BILIRUBIN | | | | |
| LDH | 156 | | IU/L | 90 - 225 |
| AST (SGOT) | 17 | | IU/L | 3 - 45 |
| BILIRUBIN, TOTAL | 0.2 | | MG/DL | 0.1 - 1.5 |
| GGT | | 78 H | IU/L | 2 - 65 |
| ALT (SGPT) | 17 | | IU/L | 3 - 50 |
| ALKALINE PHOSPHATASE | 100 | | IU/L | 30 - 128 |
| LIPIDS | | | | |
| CHOLESTEROL, TOTAL | | 744 H | MG/DL | 100 - 199 |
| | VERIFIED BY REPEAT ANALYSIS. | | | |
| TRIGLYCERIDES | | 375 H | MG/DL | 35 - 200 |
| IRON, TOTAL | 53 | | MCG/DL | 35 - 180 |
| CBC WITH DIFFERENTIAL | | | | |
| WHITE BLOOD COUNT | 8.3 | | 10-3/MM-3 | 4.0 - 10 |
| RED BLOOD COUNT | 5.57 | | 10-6/MM-3 | 4.30 - 5. |
| HEMOGLOBIN | 16.5 | | G/DL | 13.5 - 16 |
| HEMATOCRIT | 51.2 | | % | 39.0 - 55 |
| MCV | 92 | | U-3 | 80 - 10 |
| MCH | 29.6 | | UUG | 26.0 - 3 |
| MCHC | 32.2 | | % | 31.0 - 3 |
| RED CELL DIST. WIDTH | | 15.5 H | % | 11.5 - 1 |
| DIFFERENTIAL TYPE | MANUAL | | | |
| NEUTROPHILS | | 36 L | % | 45 - 7 |
| LYMPHOCYTES | | 53 H | % | 20 - 4 |

Faxed to DR. L
BC.

REPORT CONTINUED ON NEXT PAGE

RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE AND/OR SEX DEPENDENT RANGES

| REQ. NO. | REPORT STATUS | TYPE | PAGE NO. | | | |
|---|---|---|---|---|---|---|
| **06 27825** | 009729 | FINAL | S | 1 | | **U** |
| **CULLER, JERRYAL** | PATIENT TELEPHONE | | | BRANCH SB | | **UNILAB** |

| AGE | DATE OF BIRTH | SEX | COLLECTION DATE | TIME | | PHYSICIAN | PATIENT ID | SEQ. NO. |
|---|---|---|---|---|---|---|---|---|
| 42 | 02/27/1958 | M | 04/03/00 | 9:01AM | | LAU/DIALYSIS | H-31082 | |
| DATE RECEIVED | | DATE REPORTED | TIME REPORTED | | | 4810945 | ACCOUNT ID 415-454-1460 | |
| 04/03/00 | | 04/05/00 | 06:23 | | | CALIFORNIA STATE PRISON | | |
| COMMENTS | | | | FASTING | | DEPARTMENT OF CORRECTIONS | | |
| | | | | TOTAL VOLUME | | SAN QUENTIN, CA 94964 | | LOC 1 |

| TEST | PATIENT RESULTS | OUT OF RANGE RESULTS | UNITS | REFERENCE RANGE | LA |
|---|---|---|---|---|---|
| **DIALYSIS PANEL** | | | | | |
| ELECTROLYTES WITHOUT CO2 | | | | | |
| SODIUM | 138 | | MEQ/L | 135 – 148 | S |
| POTASSIUM | 4.4 | | MEQ/L | 3.5 – 5.5 | S |
| CHLORIDE | 105 | | MEQ/L | 95 – 110 | S |
| | | | | | |
| CHEMISTRIES | | | | | |
| BUN | 17 | | MG/DL | 6 – 25 | S |
| CREATININE | 1.2 | | MG/DL | 0.5 – 1.5 | S |
| GLUCOSE | 70 | | MG/DL | 70 – 115 | S |
| CALCIUM | 8.6 | | MG/DL | 8.5 – 10.5 | S |
| PHOSPHORUS | 3.5 | | MG/DL | 2.4 – 4.8 | S |
| URIC ACID | 4.9 | | MG/DL | 3.0 – 9.0 | S |
| **TOTAL PROTEIN** | | **4.0 L** | G/DL | 6.0 – 8.0 | S |
| **ALBUMIN** | | **1.6 L** | G/DL | 3.5 – 5.0 | S |
| GLOBULIN, TOTAL | 2.4 | | G/DL | 2.0 – 4.0 | S |
| **A/G RATIO** | | **0.7 L** | RATIO | 1.0 – 2.5 | S |
| | | | | | |
| ENZYMES & BILIRUBIN | | | | | |
| LDH | 169 | | IU/L | 90 – 225 | S |
| AST (SGOT) | 21 | | IU/L | 3 – 45 | S |
| BILIRUBIN, TOTAL | 0.1 | | MG/DL | 0.1 – 1.5 | S |
| GGT | 59 | | IU/L | 2 – 65 | S |
| ALT (SGPT) | 8 | | IU/L | 3 – 50 | S |
| ALKALINE PHOSPHATASE | 97 | | IU/L | 30 – 128 | S |
| | | | | | |
| LIPIDS | | | | | |
| CHOLESTEROL, TOTAL | | **554 H** | MG/DL | 100 – 199 | S |
| VERIFIED BY REPEAT ANALYSIS. | | | | | |
| TRIGLYCERIDES | | **206 H** | MG/DL | 35 – 200 | S |
| | | | | | |
| IRON, TOTAL | 49 | | MCG/DL | 35 – 180 | S |
| | | | | | |
| CBC WITH DIFFERENTIAL (AUTOMATED) | | | | | |
| WHITE BLOOD COUNT | 8.6 | | 10-3/MM-3 | 4.0 – 10.5 | S |
| RED BLOOD COUNT | 4.89 | | 10-6/MM-3 | 4.30 – 5.90 | S |
| HEMOGLOBIN | 14.7 | | G/DL | 13.9 – 18.0 | S |
| HEMATOCRIT | 44.1 | | % | 39.0 – 55.0 | S |
| MCV | 90 | | U-3 | 80 – 100 | S |
| MCH | 30.0 | | UUG | 26.0 – 34.0 | S |
| MCHC | 33.3 | | % | 31.0 – 37.0 | S |
| RED CELL DIST. WIDTH | 13.4 | | % | 11.5 – 14.5 | S |
| DIFFERENTIAL TYPE | AUTO | | | | S |
| NEUTROPHILS | 75 | | % | 45 – 75 | S |
| LYMPHOCYTES | 21 | | % | 20 – 45 | S |

REPORT CONTINUED ON NEXT PAGE

**RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE AND/OR SEX DEPENDENT RANGES**

SM0817825    CULLER, JERRYAL    H-111                     **REPORT**

| ACCESSION NUMBER | REQ. NO. | REPORT STATUS | TYPE | PAGE NO. |
|---|---|---|---|---|
| SM0913877 | 4518 | FINAL | S | 1 |

| PATIENT NAME | | PATIENT TELEPHONE | BRANCH |
|---|---|---|---|
| CULLER, JERRYAL | | | SB |

**U**

**UNILAB**
RE-REPORTED: 05/03/00 07:39

| AGE | DATE OF BIRTH | SEX | COLLECTION DATE | TIME |
|---|---|---|---|---|
| 42 | 02/27/1958 | M | 04/27/00 | 8:16AM |

| DATE RECEIVED | DATE REPORTED | TIME REPORTED |
|---|---|---|
| 04/27/00 | 04/28/00 | 04:06 |

| PHYSICIAN | PATIENT ID | SEQ. N |
|---|---|---|
| LEWIS | H31082 | |
| 4810945 | ACCOUNT ID  415-454-1460 | |

CALIFORNIA STATE PRISON
DEPARTMENT OF CORRECTIONS
SAN QUENTIN, CA 94964

COMMENTS — FASTING — TOTAL VOLUME

| TEST | PATIENT RESULTS | OUT OF RANGE RESULTS | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **BASIC CHEMISTRY** | | | | |
| ELECTROLYTES WITHOUT CO2 | | | | |
| SODIUM | 141 | | MEQ/L | 135 - 148 |
| POTASSIUM | 4.8 | | MEQ/L | 3.5 - 5.5 |
| CHLORIDE | 110 | | MEQ/L | 95 - 110 |
| | | | | |
| CHEMISTRIES | | | | |
| BUN | 24 | | MG/DL | 6 - 25 |
| **CREATININE** | | **2.0  H** | **MG/DL** | **0.5 - 1.5** |
| GLUCOSE | 87 | | MG/DL | 70 - 115 |
| **CALCIUM** | | **7.4  L** | **MG/DL** | **8.5 - 10.5** |
| PHOSPHORUS | 4.4 | | MG/DL | 2.4 - 4.8 |
| URIC ACID | 4.8 | | MG/DL | 3.0 - 9.0 |
| **TOTAL PROTEIN** | | **3.3  L** | **G/DL** | **6.0 - 8.0** |
| VERIFIED BY REPEAT ANALYSIS. | | | | |
| **ALBUMIN** | | **1.2  L** | **G/DL** | **3.5 - 5.0** |
| VERIFIED BY REPEAT ANALYSIS. | | | | |
| GLOBULIN, TOTAL | 2.1 | | G/DL | 2.0 - 4.0 |
| **A/G RATIO** | | **0.6  L** | **RATIO** | **1.0 - 2.5** |
| | | | | |
| ENZYMES & BILIRUBIN | | | | |
| LDH | 206 | | IU/L | 90 - 225 |
| AST (SGOT) | 19 | | IU/L | 3 - 45 |
| BILIRUBIN, TOTAL | 0.1 | | MG/DL | 0.1 - 1.5 |
| **GGT** | | **70  H** | **IU/L** | **2 - 65** |
| ALT (SGPT) | 7 | | IU/L | 3 - 50 |
| ALKALINE PHOSPHATASE | 82 | | IU/L | 30 - 128 |
| | | | | |
| LIPIDS | | | | |
| **CHOLESTEROL, TOTAL** | | **449  H** | **MG/DL** | **100 - 199** |
| **TRIGLYCERIDES** | | **248  H** | **MG/DL** | **35 - 200** |
| | | | | |
| IRON, TOTAL | 39 | | MCG/DL | 35 - 180 |

| | REG. NO. | REPORT STATUS | TYPE | PAGE NO. |
|---|---|---|---|---|
| 508 | 9649 | FINAL PATIENT TELEPHONE | S | 1 |
| | | | BRANCH | SB |

**U UNILAB**

| | SEX | COLLECTION DATE | TIME | | PHYSICIAN | | PATIENT ID | | SEQ. N |
|---|---|---|---|---|---|---|---|---|---|
| C___ER, JERRY | | | | | LIU | | | | |
| AGE | DATE OF BI___ 05/27/1958 | M | 05/22/00 | 2:15PM | 4810945 | | ACCOUNT ID 415-454-1460 | | |
| 4? | DATE REPORTED | TIME REPORTED | | | CALIFORNIA STATE PRISON | | | | |
| 05/22/00 | 05/24/00 | 06:05 | | | DEPARTMENT OF CORRECTIONS | | | | |
| | COMMENTS | | FASTING | | SAN QUENTIN, CA 94964 | | | | 10 |
| | | | TOTAL VOLUME | | | | | | 1 |

| TEST | PATIENT RESULTS | OUT OF RANGE RESULTS | UNITS | REFERENCE RANGE | L |
|---|---|---|---|---|---|
| Chart/Patient ID: H=31082 | | | | | |
| **DIALYSIS PANEL** | | | | | |
| ELECTROLYTES WITHOUT CO2 | | | | | |
| SODIUM | 136 | | MEQ/L | 135 – 148 | |
| **POTASSIUM** | | 3.4  L | MEQ/L | 3.5 – 5.5 | |
| CHLORIDE | 105 | | MEQ/L | 95 – 110 | |
| CHEMISTRIES | | | | | |
| BUN | | 28  H | MG/DL | 6 – 25 | |
| CREATININE | | 2.5  H | MG/DL | 0.5 – 1.5 | |
| GLUCOSE | 99 | | MG/DL | 70 – 115 | |
| CALCIUM | | 7.0  L | MG/DL | 8.5 – 10.5 | |
| PHOSPHORUS | 3.8 | | MG/DL | 2.4 – 4.8 | |
| URIC ACID | 3.5 | | MG/DL | 3.0 – 9.0 | |
| TOTAL PROTEIN | | 3.6  L | G/DL | 6.0 – 8.0 | |
| | VERIFIED BY REPEAT ANALYSIS. | | | | |
| ALBUMIN | | 1.4  L | G/DL | 3.5 – 5.0 | |
| | VERIFIED BY REPEAT ANALYSIS. | | | | |
| GLOBULIN, TOTAL | 2.2 | | G/DL | 2.0 – 4.0 | |
| A/G RATIO | | 0.6  L | RATIO | 1.0 – 2.5 | |
| ENZYMES & BILIRUBIN | | | | | |
| LDH | 179 | | IU/L | 90 – 225 | |
| AST (SGOT) | 20 | | IU/L | 3 – 45 | |
| BILIRUBIN, TOTAL | 0.1 | | MG/DL | 0.1 – 1.5 | |
| GGT | 61 | | IU/L | 2 – 65 | |
| ALT (SGPT) | 9 | | IU/L | 3 – 50 | |
| ALKALINE PHOSPHATASE | 93 | | IU/L | 30 – 128 | |
| LIPIDS | | | | | |
| **CHOLESTEROL, TOTAL** | | 516  H | MG/DL | 100 – 199 | S |
| | VERIFIED BY REPEAT ANALYSIS. | | | | |
| TRIGLYCERIDES | | 273  H | MG/DL | 35 – 200 | S |
| IRON, TOTAL | | 34  L | MCG/DL | 35 – 180 | S |
| | VERIFIED BY REPEAT ANALYSIS. | | | | |
| CBC WITH DIFFERENTIAL (AUTOMATED) | | | | | |
| WHITE BLOOD COUNT | 7.2 | | 10-3/MM-3 | 4.0 – 10.5 | S |
| RED BLOOD COUNT | | 4.18  L | 10-6/MM-3 | 4.30 – 5.90 | S |
| HEMOGLOBIN | | 12.7  L | G/DL | 13.9 – 18.0 | S |
| HEMATOCRIT | | 36.7  L | % | 39.0 – 55.0 | S |
| MCV | 88 | | U-3 | 80 – 100 | S |
| CH | 30.4 | | UUG | 26.0 – 34.0 | S |

REPORT CONTINUED ON NEXT PAGE

**RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE AND/OR SEX DEPENDENT RANGES**

CULLER, JERRY AL                                    **REPORT**

**UNILAB**

| ACCESSION NUMBER | REQ. NO. | REPORT STATUS | TYPE | PAGE NO. |
|---|---|---|---|---|
| SM1102810 | 5553 | | S | 1 |

PATIENT NAME
CULLER, JERRYL

| AGE | DATE OF BIRTH | SEX | COLLECTION DATE | TIME | PHYSICIAN | PATIENT ID |
|---|---|---|---|---|---|---|
| 42 | 02/27/1958 | M | 06/05/00 | 12:30PM | VONG | H 31082 |

| DATE RECEIVED | DATE REPORTED | TIME REPORTED | | ACCOUNT ID |
|---|---|---|---|---|
| 06/05/00 | 06/07/00 | 06:02 | 4810945 | 415-454-146 |

COMMENTS

CALIFORNIA STATE PRISON
DEPARTMENT OF CORRECTIONS
SAN QUENTIN, CA 94964

| TEST | PATIENT RESULTS | OUT OF RANGE RESULTS | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| Chart/Patient ID: H=31082 | | | | |
| **DIALYSIS PANEL** | | | | |
| ELECTROLYTES WITHOUT CO2 | | | | |
| SODIUM | 141 | | MEQ/L | 135 — 148 |
| POTASSIUM | 4.1 | | MEQ/L | 3.5 — 5.5 |
| CHLORIDE | 109 | | MEQ/L | 95 — 110 |
| CHEMISTRIES | | | | |
| BUN | | 74  H | MG/DL | 6 — 25 |
| VERIFIED BY REPEAT ANALYSIS. | | | | |
| CREATININE | | 7.4  H | MG/DL | 0.5 — 1.5 |
| GLUCOSE | 91 | | MG/DL | 70 — 115 |
| CALCIUM | | 7.2  L | MG/DL | 8.5 — 10.5 |
| PHOSPHORUS | | 5.0  H | MG/DL | 2.4 — 4.8 |
| URIC ACID | 6.9 | | MG/DL | 3.0 — 9.0 |
| TOTAL PROTEIN | | 3.6  L | G/DL | 6.0 — 8.0 |
| VERIFIED BY REPEAT ANALYSIS. | | | | |
| ALBUMIN | | 1.1  L | G/DL | 3.5 — 5.0 |
| VERIFIED BY REPEAT ANALYSIS. | | | | |
| GLOBULIN, TOTAL | 2.5 | | G/DL | 2.0 — 4.0 |
| A/G RATIO | | 0.4  L | RATIO | 1.0 — 2.5 |
| ENZYMES & BILIRUBIN | | | | |
| LDH | | 274  H | IU/L | 90 — 225 |
| AST (SGOT) | 41 | | IU/L | 3 — 45 |
| BILIRUBIN, TOTAL | 0.2 | | MG/DL | 0.1 — 1.5 |
| GGT | 36 | | IU/L | 2 — 65 |
| ALT (SGPT) | 27 | | IU/L | 3 — 50 |
| ALKALINE PHOSPHATASE | 96 | | IU/L | 30 — 128 |
| LIPIDS | | | | |
| CHOLESTEROL, TOTAL | 134 | | MG/DL | 100 — 199 |
| TRIGLYCERIDES | 110 | | MG/DL | 35 — 200 |
| IRON, TOTAL | | 8  L | MCG/DL | 35 — 180 |
| CBC WITH DIFFERENTIAL, (AUTOMATED) | | | | |
| WHITE BLOOD COUNT | 7.0 | | 10-3/MM-3 | 4.0 — 10.5 |
| RED BLOOD COUNT | | 2.67  L | 10-6/MM-3 | 4.30 — 5.90 |
| HEMOGLOBIN | | 8.0  L | G/DL | 13.9 — 18.0 |
| HEMATOCRIT | | 22.8  L | % | 39.0 — 55.0 |
| MCV | 85 | | U-3 | 80 — 100 |
| MCH | 29.9 | | UUG | 26.0 — 34.0 |
| HC | 35.0 | | % | 31.0 — 37.0 |

REPORT CONTINUED ON NEXT PAGE

**RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE AND/OR SEX DEPENDENT RANGES**

CULLER, JERRYL

**REPORT**

| ACCESSION NUMBER | REG. NO. | REPORT STATUS | TYPE | PAGE NO. | | | | |
|---|---|---|---|---|---|---|---|---|
| SM1245911 | 9797 | FI | S | 1 | | **U** | | |
| PATIENT NAME | | PATIENT TELEPHONE | | BRANCH | | **UNILAB** | | |
| CULLER, JERRYAL | | | | SB | | | | |

| AGE | DATE OF BIRTH | SEX | COLLECTION DATE | TIME | PHYSICIAN | PATIENT ID | SE |
|---|---|---|---|---|---|---|---|
| 42 | 02/27/1958 | M | 07/27/00 | 7:48AM | TRINH | | |
| DATE RECEIVED | DATE REPORTED | | TIME REPORTED | | 4810945 | ACCOUNT ID 415-454-1480 | |
| 07/27/00 | 07/28/00 | | 07:34 | | CALIFORNIA STATE PRISON | | |

COMMENTS

FASTING

TOTAL VOLUME
3200

CALIFORNIA STATE PRISON
DEPARTMENT OF CORRECTIONS
SAN QUENTIN, CA 94964

10
1

| TEST | PATIENT RESULTS | OUT OF RANGE RESULTS | UNITS | REFERENCE RANGE | LA |
|---|---|---|---|---|---|
| Chart/Patient ID: H-31082 | Room/Location: 2N86 | | | | |
| **PROTEIN. TOTAL URINE/24 HR** | | | | | |
| TOTAL VOLUME | | 3200 H | ML | 600 - 2000 | S |
| URINE PROTEIN CONCENTRATION | 275 | | MG/DL | | S |
| VERIFIED BY REPEAT ANALYSIS. | | | | | |
| PROTEIN, TOTAL URINE/24 HR | | 8800 H | MG/24 HR | 0 - 150 | S |
| | | | | | |
| CREATININE CLEARANCE | | | | | |
| CREATININE, SERUM | 1.1 | | MG/DL | 0.5 - 1.5 | S |
| | | | | | |
| CREATININE CLEARANCE, 24 HR | | | | | |
| TOTAL VOLUME | | 3200 H | ML | 600 - 2000 | S |
| CREATININE, URINE | 32 | | MG/DL | | S |
| CREATININE, URINE/24 HR | 1024 | | MG/24 HR | 600 - 1800 | S |
| CREATININE CLEARANCE | | 61 L | ML/MIN | 90 - 139 | S |
| ** PLEASE NOTE: CREATININE CLEARANCE HAS BEEN CORRECTED | | | | | |
| FOR BODY SURFACE AREA. | | | | | |

UNILAB DIRECTOR: GERALD E. SIMON, MD
DIRECT PROFESSIONAL INQUIRIES TO: BRANCH:415-925-2820 LAB:916-927-9900
LAST PAGE OF REPORT (LAB SITES DEFINED ON BACK OF REPORT)

**RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE AND/OR SEX DEPENDENT RANGES**

1A - 18

**REPORT**

CULLER, JERRYAL

To UHR

**CHAPLIN L. LIU, M.D.**
NEPHROLOGY AND INTERNAL MEDICINE
13847 EAST 14TH STREET, SUITE 209
SAN LEANDRO, CALIFORNIA 94578
TELEPHONE: (510) 895-9505

DIPLOMATE:
AMERICAN BOARD OF NEPHROLOGY

OMATE:
IICAN BOARD OF INTERNAL MEDICINE

March 27, 2002

Donald Calvo, M.D.
Chief Medical Officer
San Quentin State Prison

RE: Jerryal Culler  H310982

San Quentin Renal Clinic

**History of present illness.**
34 year old Black gentleman with steroid dependent Minimal change kidney disease associated with severe nephritic syndrome complains of persistent leg swelling and weakness. The patient had a renal biopsy done in 1998 which pointed to the diagnosis. Over the last four years, the patient continues to have significant proteinuria associated with hypoalbuminemia but his renal function continued to be stable.  His current creatinine is 0.9 but his serum albumin is 1.2.  the patient had been on supplemental nutrition because of hypoalbuminemia but current does not have resource ordered.  The patient also has hypertension long standing and severe dyslipidemia due to nephritic syndrome and significant protein urine loss.
     In 2000, the patient had acute renal failure because of the use of ace inhibitors and cyclosporine. The patient has been on large doses of lasix and also had been on zaroxolyn in the past. The patient did not require dialysis.  But his creatinine increased to 7 during that time. He was hospitalized at Novato Community hospital at that time.
     The patient has occasional bouts of severe asthma and wheezing which is relieved by intravenous lasix in the drop in clinic. He says these bouts are usually aggravated by cold air.
     The patient refused to take medications such as chlorambucil or cytoxan because of risks of increased impotency.

**Past Medical History**
Minimal change disease with biopsy proven disease at Novato Community hospital in 1998 by Dr. Robert Parks.
Hyperlipidemia
Asthma.
Hypertension
History of acute renal failure due to ace inhibitors and cyclosporine.
Allergies none but should not take ace inhibitors or cyclosporine.
Medications are noted for
Lasix 60 mg po q d or bid. Clonidine .1 mg po bid. KCL 20 meq po q d. Lipitor 30 mg po q pm.

**Physical examination**
Well developed thin Black gentleman in no obvious distress.
Vitals are noted for blood pressure of 130/90. Pulse of 80. Respiratory rate of 16.
HEENT is noted for no significant periorbital edema.
Neck is supple without jvd, thyromegaly, adenopathy or bruits.
Lungs are noted to be clear to auscultation
Heart is regular rate and rhythm. No  gallop. no murmur. No friction rub
Abdomen is nontender nondistended.
Extremities +3  edema.

A-19

Neurologic is nonfocal

**Laboratory results** as noted for

2/22/02. albuin 1.2 cholesterol 826. triglyceride of 262. LDL 726. sodium 138. Potassi8um 4.8 bicarbonate of 23. bun 10. creatinine 0.9 glucose of 108. calcium 7.2. bilirubin 0.1 wbc 7.8 hemoglboin 13.7 hematocrit of 44.7 urinalysis +3 proteinuria.

1/01.Sodium 142.Potassium 4.0 Chloride 107. Bun 6. Creatinine 1.0 Glucose 86. Calcium 7.7. Phosphate 3.1 Uric acid 4.8 Protein 4.1 Albumin 1.4 LDH 166. Biii 0.1 GGT 52. Alt 9. Alkaline phosphatase 87. Cholesterol 508. Triglycerides 321. Iron 34. WBC 13.5 Hemoglobin 14.9 Hematocrit of 48.7

8/00. The patient has a total protein of 8.8 gms. Creatinine of 1.1 toal volume of 3200. Creatinine of 1 gm. Creatinine clearance of 61.1 ml/min.

**Assessment and plan**

Nephrotic syndrome which appears to be dependent to prednisone.

Severe Hypoalbuminemia due to nephrotic sydrome currently on resource

Dyslipidemia due to nephrotic syndrome and prednisope

Hypertension

Asthma

Recurrtent Mild upper respiratory infection.

The patient is very complicated and his minimal change disease is unlikely to improve with current medications . Since he refuses to take chlorambucil or cytoxan and can't take cyclosporine, I suggested the patient take cellcept 500 mg po bid . Cellcept can be an effective immunomodulator to down regulate the immune responses suspected of causing this disease.

The patient is clearly at long term risk of developing progressive disease resulting in renal failure and dialysis long term. The patient is also at risk for thrombotic disease such as pulmonary embolism or Deep vein thrombosis. He may eventually require anticoagulation .

His blood pressure needs to be controlled and I have asked that he increase his clonidine to .1 mg po tid. Blood pressure control could attenuate the progression of renal disease.

The patient needs to have more nutrition and I really stress the use of resource three times a day as a reasonable treatment for this in lieu of effectively treating his minimal change disease. His albumin may improve with the use of resource. If his albumin improves then his will be less symptomatic and his Dyslipidemia may imjprove.

His dyslipidemia needs aggressive treatment and may need the use of lipitor 40 mg po q 1800 pm and other drugs to control his cholesterol.

The patient does not need a chrono for leaving immediately from the cafeteria after meals to his housing unit because of his minimal change disease although he is very insistent that this is the case. I would suggest that the reason he needs to go back to the housing unit is because of the increased risk of exacerbation of asthma resulting in significant respiratory distress. Perhaps also exacerbated by hypoalbuminemia. Hence it may be prudent to expedite his return to the housing unit during cold days. The patient states he doesn't mind staying in warm weather. His asthma should be looked into and possibly treated if appropriate.

The patient needs to have close monitoring of his labs every six to eight weeks. A smac 12 and cbc should be done at that time.

Chaplin L. Liu, M.D

A-20
(A) - (A1)

To: UHR  H-31082

### CHAPLIN L. LIU, M.D.
NEPHROLOGY AND INTERNAL MEDICINE
13847 EAST 14TH STREET, SUITE 209
SAN LEANDRO, CALIFORNIA 94578
TELEPHONE: (510) 895-9505

DIPLOMATE:
AMERICAN BOARD OF INTERNAL MEDICINE

DIPLOMATE:
AMERICAN BOARD OF NEPHROLOGY

March 5, 2003

MAR 1 8 2003

Donald Calvo, M.D.
Chief Medical Officer
San Quentin State Prison

**RE: Jerryal Culler H31082 2N36L** — AQ2009-

**San Quentin Renal Clinic**

**History of present illness.**

45 year old Black gentleman with steroid dependent Minimal change kidney disease associated with severe nephrotic syndrome complains of intermittent colds. Patient states that when he has a cold he feels his face , abdomen and legs swell up. He also has associated wheezing. He thinks this is associated with the kidney's shutting down. The patient had a renal biopsy done in 1998 which revealed minimal change nephropathy. Over the last five years, the patient continues to have significant proteinuria associated with hypoalbuminemia but his renal function continues to be stable. His current creatinine is 1.0 but his serum albumin is 1.4. The patient takes supplemental resource for nutrition and hypoalbuminemia but recently was noted to have indices suggestive of hypothyroidism. In December, the patient was started on 25 micrograms of synthyroid. The patient is being greated for dyslipidemia due to nephrotic syndrome. He continues to take clonidine .1 mg po tid for hypertension and over the last year, his blood pressure appeared to be better controlled.

In 2000, the patient had acute renal failure because of the use of ace inhibitors and cyclosporine. The patient has been on large doses of lasix and also had been on zaroxolyn in the past. The patient did not require dialysis.

The patient continues to refuse medications such as chlorambucil , cyclosporine or cytoxan . the patient was placed on Mycophenylate 500 mg po bid but apparently after one month, the medication was not renewed.

Medications are noted for Lasix 60 mg po q d or bid. Clonidine .1 mg po tid. KCL 20 meq po q d. Lipitor 80 mg po q pm. Albuterol qid prn. prednisone 20 mg po q d.

**Physical examination**

Well developed thin Black gentleman in no obvious distress with periorbital edema.
Blood pressure of 136/86. pulse of 80. Respiratory rate of 20.
Integument noted for atrophy. No rash or cyanosis.
HEENT is noted for periorbital edema.
Neck is supple without jvd, thyromegaly, adenopathy or bruits.
Lungs are noted to be clear to auscultation .
Heart is regular rate and rhythm. No gallop. no murmur. No friction rub
Abdomen is nontender nondistended.
Extremities +3 edema.
Neurologic is nonfocal

**Laboratory results** as noted for
1/30/03. sodium 145. potassium 4.3 bun 8. creatinine 1.0. glucose of 141. Calcium 8.7 Phosphate 3.8. Albumin 1.4. gamma gpt 81. cholesterol 514. Triglycerides 428. wbc 9.0. hematocrit of 47.
12/11/02. tsh 10.44. T4 4.2. 12/7/02. tsh 4.85. t3uptake 46. free T4 1.15.
11/25/02. cholesterol 836. triglycerides 381. wbc 7.8 hematocrit of 53.6 tsh 10.79.

1 102 - 102




8/5/02. calcium 7.5 albumin 1.7 cholesterol 502. triglycerides 330. hematocrit of 56.4

2/22/02. albumin 1.2 cholesterol 826. triglyceride of 262. LDL 726. sodium 138. Potassi8um 4.8 bicarbonate of 23. bun 10. creatinine 0.9 glucose of 108. calcium 7.2. bilirubin 0.1 wbc 7.8 hemoglobin 13.7 hematocrit of 44.7 urinalysis +3 proteinuria.

1/01.Sodium 142.Potassium 4.0 Chloride 107. Bun 6. Creatinine 1.0 Glucose 86. Calcium 7.7. Phosphate 3.1 Uric acid 4.8 Protein 4.1 Albumin 1.4 LDH 166. Bili 0.1 GGT 52. Alt 9. Alkaline phosphatase 87. Cholesterol 508. Triglycerides 321. Iron 34. WBC 13.5 Hemoglobin 14.9 Hematocrit of 48.7

8/00. The patient has a total protein of 8.8 gms. Creatinine of 1.1 toal volume of 3200. Creatinine of 1 gm. Creatinine clearance of 61.1 ml/min.

**Assessment and plan**

Severe Nephrotic syndrome due to steroid dependent minimal change nephropathy persistent and severe.

Severe Hypoalbuminemia due to nephrotic sydrome

Dyslipidemia due to nephrotic syndrome and prednisone

Hypertension improved.

Asthma

The patient is very complicated and his minimal change disease is unlikely to improve without more aggressive medication. I feel he should continue with Cellcept 500 mg po bid indefinitely unless he has adverse symptoms to this medication. He may have actually improved with Cellcept since his albumin actually improved to 1.7 at one time. His symptoms of swelling associated with colds is more suggestive of nephrotic syndrome associated with capillary leaking fluids into the interstitial spaces.

I also asked that the patient take the prednisone at a dose of 40 mg   po q o d and 20 mg  po q o d for one month then go back on prednisone 20 mg po q d thereafter.

I am of the opinion that he does not have hypothyroidism. His tsh level is low due to hypoalbuminemia. If his tsh increased to 15 , he would be clearly hypothyroid. But at this time with a free T4 level that is normal, I really doubt he has hypothyroidism.

His dyslipidemia should be more aggressively treated. He should increase his lipitor to at least 40 mg po qpm. Patient may benefit from the use of niaspan 1 gms po bid not to exceed 2 gms. If his albumin level improves, his dyslipidemia should also improve. Patient is noted to have insulin resistance probably related to chronic prednisone use.

The patient is clearly at long term risk of developing progressive disease resulting in renal failure and dialysis long term. The patient is also at risk for thrombotic disease such as pulmonary embolism or Deep vein thrombosis. He may eventually require anticoagulation such as warfarin daily.

His blood pressure appears better controlled on clonidine three times a day.

The patient needs to have close monitoring of his labs every six to eight weeks. A smac 12 and cbc should be done at that time. Patient will need a 24 hour urine collection for creatinine clearance and protein excretion on a routine basis at least once a year probably twice a year would be prudent. Since that means he gets to stay in the infirmary, he may not be happy about that prospect.

Chaplin L. Liu, M.D

4A / Rotunda

```
                    *** PATIENT PROFILE ***
         Includes Current Prescriptions as of 02/17/2004
```
```
*****************************************************************
31082  CULLER,JERRYAL J                      CURRENT UNIT: 2EY-048S
LERGIES:     NKA         DOB 02 07 58   HT:    ft  in      WT: 170
=================================================================
ART      Rx/Qty  DRUG                        PHYSICIAN        STOP
=================================================================
/06/2004 90632   DIPHENHYDRAMINE 50MG-PM     BRENNER      05/06/2004
            3    3 IN THE EVENING                          2EY-048S
-----------------------------------------------------------------
2/11/2004 83730  MYCOPHENOLATE 500MG TABS    WILSON       04/11/2004
IN         60    TAKE 1 TAB/CAP 2 TIMES A DAY              2EY-048S
-----------------------------------------------------------------
2/11/2004 83733  PREDNISONE 20MG             WILSON       04/11/2004
HN         30    TAKE 1 TABLET WITH FOOD DAILY             2EY-048S
-----------------------------------------------------------------
2/11/2004 83734  ATORVASTATIN 20MG           WILSON       04/11/2004
HN         30    TAKE 1 TAB/CAP DAILY WITH SUPPER          2EY-048S
-----------------------------------------------------------------
02/11/2004 83738 CLONIDINE 0.1MG             WILSON       04/11/2004
RHN        90    TAKE 1 TAB/CAP 3 TIMES A DAY ( EVERY 8 HOURS) 2EY-048S
-----------------------------------------------------------------
02/11/2004 83741 POTASSIUM CHL 20MEQ PWDR    WILSON       04/11/2004
RHN        30    1 DOSE EVERYDAY AS DIRECTED               2EY-048S
-----------------------------------------------------------------
02/11/2004 83745 FUROSEMIDE 40MG             WILSON       04/11/2004
RHN        30    TAKE 1 TAB/CAP DAILY AS DIRECTED          2EY-048S
-----------------------------------------------------------------
02/11/2004 83749 ASPIRIN EC 81MG             WILSON       04/11/2004
RHN        30    TAKE 1 TAB/CAP DAILY WITH FOOD            2EY-048S
-----------------------------------------------------------------
02/11/2004 83752 ALBUTEROL INHALER 17GM      WILSON       04/11/2004
RHN         1    INHALE 2 PUFFS EVERY 4 TO 6 HOURS AS NEEDED 2EY-048S
-----------------------------------------------------------------
```

02.20.04
New arrival @ CSP- Corcoran                    SHU

MD Signature  INMATE COPY

Also see MD orders

```
=================================================================
PAGE 1              ***** END OF PROFILE *****     PRINTED: 02/17/2004
```

For RPR & referrals for
Yard MDS & PHW

Faxed to
Yard &
copy to pharmacy
02.20.04  2180

H31082

# Adventist Health
## *San Joaquin Community Hospital*

2615 Eye Street Bakersfield, CA 93303

CC:  Corcoran State Prison CSP - Dr. Johnson
Nelson Madrilejo, M.D.    *[1034]
Mercy Hospital Medical Records

DATE OF CONSULTATION:    **06/14/2004**

REFERRING PHYSICIAN:
CONSULTING PHYSICIAN:    Brijesh Bhambi, M.D.    *[1089]

CARDIOLOGY CONSULTATION

## HISTORY OF PRESENT ILLNESS:

The patient is a 46-year-old gentleman with hypertension and nephrotic syndrome. He has been having dizzy spells and he was sent to my office for stress test. A treadmill study was performed. He developed 1 millimeters ST segment depression on treadmill exercise that persisted for a few minutes into recovery. More importantly, several minutes into recovery, he developed dizziness with diaphoresis. The patient remained dizzy and diaphoretic for an extended period of time. In view of that, I contacted Dr. Johnson at Corcoran State Prison and decision was made to hospitalize the patient. I discussed the matter with Dr. Madrilejo and direct admission to San Joaquin Community Hospital was impossible because of lack of any beds, so the patient was admitted to Mercy Hospital.

## PAST MEDICAL HISTORY:

Remarkable for hypertension and nephritis. There is no history of diabetes, myocardial infarction, stroke, peptic ulcer disease or gastrointestinal bleed.

SOCIAL HISTORY: Divorced. There is no smoking or ETOH abuse.

FAMILY HISTORY: Positive for premature coronary artery disease, father had bypass surgery at age 52.

MEDICATIONS: Clonidine 0.1 t.i.d., Lasix 40 per day, and Albuterol inhaler.

## REVIEW OF SYSTEMS:

General: Unremarkable. Head and neck: Unremarkable. Central nervous system: A history of dizziness, no stroke. Cardiac: No known coronary artery disease. He has hypertension. GU: Remarkable for nephritis. Musculoskeletal: Unremarkable. Endocrine: No diabetes or thyroid problem. Psychiatric: Well adjusted.

## PHYSICAL EXAMINATION:

On physical examination this is a well-developed gentleman who appears pale and diaphoretic. Blood pressure is 100/60 and afebrile. Respiratory rate is 16/unlabored. HEENT: Normocephalic and atraumatic. Sclerae are anicteric. Conjunctivae are normal, no xanthelasma. Oral cavity is unremarkable. Neck: Supple. Carotids are

| CONSULTATION/HISTORY & PHYSICAL EXAMINATION | Patient: CULLER, JERRYAL |
|---|---|
| | MRN:  567-70-3 |
| | Admission Date: 06/16/2004 |
| Kaiser#: | Bhambi, MD^Brijesh^K^^^, M.D.    U |
| | 0390 02 |
| San Joaquin Community Hospital | Page 1 of 2 |

14-24

H-31082

## Adventist Health
## *San Joaquin Community Hospital*

2615 Eye Street Bakersfield, CA 93303

3+ with no bruits. There is no jugular venous distention, thyromegaly or lymphadenopathy. Cardiac: Regular first and second heart sound, no murmurs or gallops. Lungs: Clear to auscultation and percussion and breathing is unlabored. Abdomen: Soft, nontender and no palpable hepatosplenomegaly. Extremities: No edema. Central nervous system: No deficit. Psychiatric: Affect is normal. Skin: Unremarkable.

### ASSESSMENT AND PLAN:
Abnormal stress test associated with electrocardiogram changes, diaphoresis and dizziness, possible multivessel coronary artery disease.

The patient will be hospitalized and arrangements for cardiac catheterization will be made. The procedure, indications, alternatives, risks and benefits have been reviewed and he understands and wishes to proceed. Patient will be started on aspirin, Lovenox, Lipitor, serial enzymes and electrocardiograms will be performed to rule out myocardial infarction.

Hypertension - this will be optimized.

Thank you very much for this consultation.

_____
Brijesh Bhambi, M.D.    *[1089]

D: BB, 06/16/2004 09:45:12, Voice Job: 1099666.  T: dlm, 06/16/2004 10:41:37, Text Job: 1399360
###SJ: CONSULTATION

| | |
|---|---|
| **CONSULTATION/HISTORY &** | Patient: **CULLER, JERRYAL** |
| **PHYSICAL EXAMINATION** | MRN: **567-70-3** |

Kaiser#:

Admission Date: **06/16/2004**
Bhambi, MD' Brijesh'K'^^, M.D.      U
0390 02

San Joaquin Community Hospital

Page 2 of 2

# ═Adventist Health
## *San Joaquin Community Hospital*

2615 Eye Street Bakersfield, CA 93303

CC:  Corcoran State Prison CSP - Dr. Johnson
Nelson Madrilejo, M.D.   *[1034]

DATE OF PROCEDURE:   **06/16/2004**

NAME OF PROCEDURE:
1.  Cinefluoroscopy.
2.  Left heart catheterization.
3.  Left ventricular angiography.
4.  Bilateral selective coronary angiography.
5.  Right ileofemoral angiography.

INDICATIONS: Abnormal stress test/hypertension.

INFORMED CONSENT:
Prior to the procedure indications, alternatives, benefits and risks including, but not limited to bleeding, vessel perforation, infection, stroke and loss of life were fully explained to the patient. He understood and wished to proceed.

DESCRIPTION OF PROCEDURE:
Under aseptic conditions and local anesthesia, right femoral artery was punctured and 6 French was introduced and 6 French catheters were used for angiography.

The patient tolerated the procedure well. At the conclusion of the procedure, sheath was pulled and Syvek patch was used for hemostasis and patient was transferred to holding for further care.

CINEFLUOROSCOPY REPORT:
No significant coronary calcification was present.

HEMODYNAMICS:
End-diastolic pressure is 10 millimeters. There is no gradient across the aortic valve.

ANGIOGRAPHY REPORT:

LEFT VENTRICULAR ANGIOGRAPHY:
Left ventricular angiography reveals a well preserved systolic performance, ejection fraction of 60%.

BILATERAL SELECTIVE CORONARY ANGIOGRAPHY:
Revealed mild luminal plaquing in the coronary arteries with 20-30% disease in the left anterior descending coronary artery. There were no significant lesions noted elsewhere.

| **CARDIOVASCULAR LABORATORY REPORT** | Patient: **CULLER, JERRYAL** |
| --- | --- |
|  | MRN:   **567-70-3** |

O 0390 02
Kaiser#:
San Joaquin Community Hospital

Procedure Date:   06/16/2004

Page 1 of 2

**Adventist Health**
## *San Joaquin Community Hospital*

2615 Eye Street Bakersfield, CA 93303

CC:  Corcoran State Prison CSP - Dr. Johnson
Nelson Madrilejo, M.D.   *[1034]

DATE OF PROCEDURE:   06/16/2004

NAME OF PROCEDURE:
1.  Cinefluoroscopy.
2.  Left heart catheterization.
3.  Left ventricular angiography.
4.  Bilateral selective coronary angiography.
5.  Right ileofemoral angiography.

INDICATIONS: Abnormal stress test/hypertension.

INFORMED CONSENT:
Prior to the procedure indications, alternatives, benefits and risks including, but not limited to bleeding, vessel perforation, infection, stroke and loss of life were fully explained to the patient. He understood and wished to proceed.

DESCRIPTION OF PROCEDURE:
Under aseptic conditions and local anesthesia, right femoral artery was punctured and 6 French was introduced and 6 French catheters were used for angiography.

The patient tolerated the procedure well. At the conclusion of the procedure, sheath was pulled and Syvek patch was used for hemostasis and patient was transferred to holding for further care.

CINEFLUOROSCOPY REPORT:
No significant coronary calcification was present.

HEMODYNAMICS:
End-diastolic pressure is 10 millimeters. There is no gradient across the aortic valve.

ANGIOGRAPHY REPORT:

LEFT VENTRICULAR ANGIOGRAPHY:
Left ventricular angiography reveals a well preserved systolic performance, ejection fraction of 60%.

BILATERAL SELECTIVE CORONARY ANGIOGRAPHY:
Revealed mild luminal plaquing in the coronary arteries with 20-30% disease in the left anterior descending coronary artery. There were no significant lesions noted elsewhere.

| **CARDIOVASCULAR LABORATORY REPORT** | Patient: CULLER, JERRYAL<br>MRN:   567-70-3 |
|---|---|

O 0390 02
Kaiser#:

Procedure Date:   06/16/2004

```
                        *** PATIENT PROFILE ***
             Includes Current Prescriptions as of 01/13/2005

*************************************************************************
H-31082  CULLER, JERRYAL                          CURRENT UNIT: 3A3-231L
ALLERGIES: ACE INH, CYCLOSPORIN    DOB: 02/27/1958  HT:   ft  in    WT:   0
=========================================================================
START       Rx/Qty  DRUG                          PHYSICIAN         STOP
=========================================================================
11/18/2004 956228  PREDNISONE 20MG               TEEGORDEN,BYRON 02/16/2005
DD            30   1 QD *** NAM ***                              3A3-231L
-------------------------------------------------------------------------
12/18/2004 956229  RESOURCE PLUS                 TEEGORDEN,BYRON 02/16/2005
RM            90   1 TID     REST MET *** NAM ***                3A3-231L
-------------------------------------------------------------------------
12/29/2004 956222  ATORVASTATIN 20MG TABS        TEEGORDEN,BYRON 02/16/2005
RM            30   TAKE 1 TABLET DAILY                           3A3-231L
-------------------------------------------------------------------------
12/29/2004 956223  FUROSEMIDE 40MG               TEEGORDEN,BYRON 02/16/2005
RM            30   TAKE 1 TABLET DAILY                           3A3-231L
-------------------------------------------------------------------------
12/29/2004 956224  ASPIRIN EC 81MG TAB           TEEGORDEN,BYRON 02/16/2005
RM            30   TAKE 1 TABLET DAILY                           3A3-231L
-------------------------------------------------------------------------
12/29/2004 956225  ALBUTEROL INHALER 17GM        TEEGORDEN,BYRON 02/16/2005
RM             1   INHALE 2 PUFFS EVERY 4 HOURS AS NEEDED        3A3-231L
-------------------------------------------------------------------------
12/29/2004 956227  ACETAMINOPHEN 325MG           TEEGORDEN,BYRON 02/16/2005
RM            60   TAKE 2 TABLETS 3 TIMES A DAY AS NEEDED        3A3-231L
-------------------------------------------------------------------------
01/06/2005 965215  CLONIDINE 0.2MG                    DANG,J      01/19/2005
LOS           26   TAKE 1 TABLET TWICE A DAY  (NF APPROVED)      3A3-231L
-------------------------------------------------------------------------
```

LO 1/13/05

↑ catapres 0.3g tid

Labs

(9/13/04)

6.1 / 15 / 243
    / 46
143 / 103 / 131
3.8 / 10 /

RTC /mo

call Nephrologist for report

```
==========================================================================
PAGE 1        / 1, #    ***** END OF PROFILE *****   PRINTED: 01/13/2005
```

UA → Trace Blood
         protein > 300

7/26/04 → Cholestrol 246
          TG 224(H)

Complete chart review ...

No Nephrologist report in chart

Dang MD

```
                      *** PATIENT PROFILE ***
            Includes All Prescriptions From 03/28/2004
            Discontinued Drugs Are Marked with *
**************************************************************************
H-31082  CULLER, JERRYAL                     CURRENT UNIT: 4A2L-03L
ALLERGIES:                   DOB:  /  /    HT:  ft in      WT:   0
==========================================================================
START      Rx/Qty  DRUG                       PHYSICIAN        STOP
==========================================================================
03/22/2004 886460  CELLCEPT 250MG*            LOAIZA, AUGUSTO *04/06/2004
SP            60  2 BID(NF APPRV) ********NAM********           4A2L-03L
--------------------------------------------------------------------------
03/22/2004 886462  PREDNISONE 20MG*           LOAIZA, AUGUSTO *04/21/2004
SP            30  1 QD *****NAM********                         4A2L-03L
--------------------------------------------------------------------------
03/24/2004 887356  ATORVASTATIN 20MG TABS*    LOAIZA, AUGUSTO *03/30/2004
SP            30  TAKE 1 TABLET DAILY                           4A2L-03L
--------------------------------------------------------------------------
03/24/2004 887357  CLONIDINE 0.1MG*           LOAIZA, AUGUSTO *03/30/2004
SP             0  1 Q8H NON-FORMULARY NEEDS APPRV               4A2L-03L
--------------------------------------------------------------------------
03/24/2004 887358  FUROSEMIDE 40MG            LOAIZA, AUGUSTO  05/23/2004
SP            30  TAKE 1 TABLET DAILY                           4A2L-03L
--------------------------------------------------------------------------
03/24/2004 887359  ASPIRIN EC 81MG TAB        LOAIZA, AUGUSTO  06/22/2004
SP           .30  TAKE 1 TABLET DAILY                           4A2L-03L
--------------------------------------------------------------------------
03/24/2004 887360  ALBUTEROL INHALER 17GM     LOAIZA, AUGUSTO  06/22/2004
SP             1  INHALE 2 PUFFS EVERY 4 TO 6 HOURS AS NEEDED   4A2L-03L
--------------------------------------------------------------------------
03/30/2004 888703  ATORVASTATIN 40MG TAB      MIKELATOS, S     06/28/2004
MC             0  TAKE 1 TAB EACH EVENING (SENT 30 TABS ON 03/24/04 4A2L-03L
--------------------------------------------------------------------------
03/30/2004 888707  RESOURCE PLUS              MIKELATOS, S     06/28/2004
MC            90  1 TID  ***NAM*** (NF APPROVED)                4A2L-03L
--------------------------------------------------------------------------
03/30/2004 888713  CLONIDINE 0.1MG            MIKELATOS, S     06/28/2004
MC            90  TAKE 1 TABLET 3 TIMES A DAY(NON-FORM APPROVED) 4A2L-03L
--------------------------------------------------------------------------
04/06/2004 886460  CELLCEPT 250MG*            LOAIZA, AUGUSTO *04/21/2004
G             60  2 BID(NF APPRV) ********NAM********           4A2L-03L
--------------------------------------------------------------------------
```

INMATE COPY



№ 790901

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☑     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME CULVER | CDC NUMBER H31082 | HOUSING 4A2L Q3 |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) TTA RENEWAL

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☑ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: 6-23-04 0600 | Received by: XX |
|---|---|
| Date / Time Reviewed by RN: 0600 | Reviewed by: |

S: "SENT OUT TO HOSPITAL ON     Pain Scale:  1  2  3  4  5  6  7  8  9  10
MONDAY 6-21-04" "I HAVE EDEMA TO MY LEGS"
"ITS REAL UNCOMFORTABLE"

O:  T: 97⁸  P: 70  R: 18  BP: 108/76  WEIGHT:
AMBULATES C STEADY GAIT. Ø VISIBLE
EDEMA TO LE'S. Ø DISTRESS NOTED.

A: ALTERATION IN COMFORT AEB IM STATEMENT

P: DUCAT FOR MD LINE
☐ See Nursing Encounter Form

E: EDUCATE ABOUT MD LINE

| APPOINTMENT SCHEDULED AS: 6-30-04 | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☑ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY  GAJANDOR RN | | NAME OF INSTITUTION  KSP-COR | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED  1051 |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

| DATE | TIME | PROBLEM # | |
|------|------|-----------|---|
| | | 7-21-04 | PT Walks in to state that his resource is about to expire and request refill on his Dietary Supplement. |

**DATE**

I/M INITIATED/FOLLOW-UP MD LINE
T 96.8 P 84 R 18 B/P 128/70
RX ALLERGIES Ace INH® Cycalon
WT 175 HT 70"
CHIEF COMPLAINT(S): ___

PE: Un changed

A. Request refill on resource plus
P- renewal of resource
E- RTC in 2-3 wks for F/U, on general
condition.                    /s/ di Krus.

| 8/10/04 | | S/ Adverse reaction to cellcept to anasarca |
| 0810 | | O/ Ext ⊕ putting ⊕LE  Parole 9/14/04 |
| | | Nephrologist said to stop cellcept if |
| | | any adverse affects |
| | | A/ nephritis / minimal change disease |
| | | P/ ① referral to nephrology |
| | | ② D/C Cellcept |
| | | /s/ |

INSTITUTION    CSP    CORCORAN

ROOM / WING  4A2I-3u

CDC NUMBER, NAME (LAST, FIRST, MI)

Culler, J.
H-31082
2-21-58

**OUTPATIENT INTERDISCIPLINARY**
**PROGRESS NOTES**

DC 7254 (8/89)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

A-31

(1) Cardiac    Asthma    (3. Renal (?) MCD

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (*if no pharmacy profile attached*) and adherence since last visit: _____

See attached

**RN SIGNATURE**

Complaints/Problems:  (Discuss in space provided)
CV / Hypertension:  Chest Pain: ☐ Yes  ☒ No     SOB: ☐ Yes  ☒ No     Diabetes Mellitus:  # of hypoglycemic reactions since last visit: _____
Asthma: # attacks since last visit?                          Seizure Disorder: # seizures since last visit: _____
   # short acting beta agonist canisters in last month: ____    Discussion: No dyspnea. No orthopnea.
   # visits to ETA for asthma since last visit: ____           Wakes c swollen eyes a
   # times awakening with asthma symptoms per week: ____       down.
Additional History: Hx MCD. ACEI precipitated acute Renal failure in past
   Hx Cyclosporine + ACEI sensitivity.
CCP compliance *(e.g. diet, exercise, medications)*: Good

EXAM: HEENT/Neck: No lesions          Rectal:
Heart: RSR S(N)                        Neurological: Non focal
Lungs: CTA                             Other (specify):
Abdomen: Full, nontender, no masses
Extremities/Pulses: 4+ pitting edema both legs

Comments on BP or Glucose Monitoring:

ASSESSMENT:  Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. MCD c Nephrotic Syndrome | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. Asthma | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: Continue currents, except D/C Enalapril
Diagnostics:
Labs: BMP q 3wk starting 6/22/05
Monitoring: ☐ BP / Frequency: _____     ☐ Glucose / Frequency: _____   ☐ Peak flow  ☐ Other:
   ( ___ X day / week / month )              ( ___ X day / week / month )
Education provided: ☒ Nutrition  ☐ Exercise  ☐ Smoking  ☒ Test Results  ☒ Medication Management
☐ Other (specify):
Referral: ☒ Specialist (indicate type): Nephrology   ☐ Other Chronic Care Program
Interval to next visit: ☐ 90 Days   ☒ 30 Days   ☐ Other _____ Days   ☐ Discharge from CCP (specify):

PROVIDER SIGNATURE _____  DATE 7-08-05
                                        7-8-05
INSTITUTION                              6/15/05
CSP - Corcoran

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Culler, Jerryal
H-31082
3A1-250U
DOB: 2.27.58

**CHRONIC CARE
FOLLOW-UP VISIT**

## CALIFORNIA STATE PRISON-CORCORAN
## ACUTE CARE HOSPITAL

**DATE OF ADMISSION:**                    November 16, 2004

**REQUESTING PHYSICIAN:**                 Thanit Hasadsri, MD

**HISTORY OF PRESENT ILLNESS:**          The patient is being seen today for high risk problems at
the request of Dr. Hasadsri. The patient is a 46-year-old
male with history of ~~nephritic~~ syndrome-minimal change disease, hypertension, bronchial asthma,
hyperlipidemia. Basically the patient is asymptomatic today. He does not have any history of leg
swelling, difficulty breathing, no history suggestive of any pulmonary problems. No history
suggestive of any renal vein thrombosis. No history suggestive of any decreased exercise tolerance.
No history suggestive of any exacerbation of bronchial asthma. No history of any compromise from
dyslipidemia.

Review of systems as given below is unremarkable.

**PAST HISTORY:**                         Includes history of ~~nephritic~~ syndrome-minimal change
disease which was diagnosed by biopsy at ~~a~~ Nevada
hospital, as per patient. He also has a history of hypertension and bronchial asthma. No history
suggestive of ER visits or hospitalizations or intubations for bronchial asthma. No history
suggestive of any long term steroid use for bronchial asthma.

**ALLERGIES:**                            As per the chart and patient - ACE inhibitors and
cyclosporine.

**MEDICATIONS:**                          Aspirin, Clonidine, Lasix, atorvastatin, Albuterol and
Resource.

**SOCIAL HISTORY:**                       Denies any drug use, intravenous drug abuse, alcohol
or smoking.

**FAMILY HISTORY:**                       No kidney problems in the family. No history of
diabetes or coronary artery disease in the family.

**REVIEW OF SYSTEMS:**                    No history of fever. No history of constitutional ~~systems~~ symptoms
No history of weight loss. No history suggestive of any
eye or ENT problems. No history suggestive of any cardiopulmonary problems. No history of any
side effects of steroids at this time. No history of any GI/GU problems. No history
suggestive of any anemia or endocrine problems. No history suggestive of any musculoskeletal
symptomatology. No history suggestive of any neurological symptoms.

NAME: **CULLER, JERRYAL**
INTERNAL MEDICINE CONSULTATION          CDC #: H31082
                                        DOB: 2/27/58

## PHYSICAL EXAMINATION:

**GENERAL:**  He is alert, awake and oriented in no distress.

**VITAL SIGNS:**  Stable with blood pressure 120/70, pulse rate 74/min, respiratory rate 16, temperature 99.

**SKIN:**  Unremarkable. No superficial lymphadenopathy.

**HEENT:**  Unremarkable. Patient does have some bulging eyes, no exophthalmus.

**NECK:**  No thyromegaly. No JVD. No carotid bruit. No lymphadenopathy.

**CHEST/LUNGS:**  Clear to auscultation.

**HEART:**  $S_1$ and $S_2$ normal. No murmur, no gallop.

**ABDOMEN:**  Benign. No liver or spleen palpable. Bowel sounds are present.

**EXTREMITIES:**  No pedal edema. No calf tenderness. No clinical evidence of ~~DVP~~. DVT ⊕ (BSRAC MD) 11/22/04

**NEUROLOGICAL:**  No focal neurological deficits.

**LABORATORY DATA:**  CBC normal 9/14/04. Glucose 131, creatinine 1.1, albumin 2.8, phosphorus 2.0, ALT 59. Urine with large amount of proteins and trace blood present with a few granular casts. Cholesterol 246, LDL 147.

change ⊕ G (BSRAC MD)

**ASSESSMENT:**
1. Nephrotic syndrome minimal kidney disease.
2. Hypertension in good control.
3. Hyperlipidemia under fair control.
4. Bronchial asthma stable.
5. Elevated glucose.
6. CAD s/p angiogram (6/16/04) - mild disease of LAD, Normal EF ⊕ G (BSRAC MD) 11/22/04

**PLAN:**
1. Continue prednisone for now. Because the patient seems to be dependent on it; will request nephrology consult to see if prednisone can be withdrawn and other immunosuppressants needed. Continue Resource. This might help in bringing up the albumin. CBC and chemistries ordered. Flu vaccine.
2. Continue Clonidine. Educated about weight and blood pressure.
3. Continue atorvastatin and repeat lipids and adjust medications if necessary.

2

**INTERNAL MEDICINE CONSULTATION**
NAME: **CULLER, JERRYAL**
CDC #: **H31082**
DOB: **2/27/58**

4.    Education done about good technique of inhaler use.
5.    Fasting blood sugar and hemoglobin A1c.

**ARVINDRA BRAR, M.D.**

AB/gob
D: T: 11/16/04
ORIG:    Inpatient Record
cc:    Unit Health Record

**INTERNAL MEDICINE CONSULTATION**

NAME:    **CULLER, JERRYAL**
CDC #:    **H31082**
DOB:    **2/27/58**

## CALIFORNIA STATE PRISON-CORCORAN
## COMPLEX MEDICAL EXAM
### 12/20/04

*(No chart available to doctor during this examination.)*

### CHIEF COMPLAINT:
No active chief complaint currently.

### HISTORY OF PRESENT ILLNESS:
Mr. Culler is a 46-year-old black male with history of nephritis and minimal change disease documented by renal biopsy in 1998. He says he has not seen a nephrologist in over a year. He currently denies any dysuria, frequency, nocturia, hematuria, discharge, no joint swelling, joint pain or increasing weight. He denies any fever, chills. He also denies any chest pain, shortness of breath, nausea or vomiting. He mentioned that June 16, 2004 he had an angiogram done in Mercy Hospital in Bakersfield which was negative. He denies any myocardial infarction. He currently says that he ran out of his high blood pressure pills a week ago and has not been on any high blood pressure medication since he ran out. Currently he also denies any shortness of breath. During the last month he has used no inhaler for his asthma. He has not awakened once during the past week with asthma. He has not gone to the emergency room with asthma. In fact, he said his last asthma attack was seven (7) years ago. He ran out of his blood pressure pills but has not had any chest pain.

### PAST MEDICAL HISTORY:
Medical –Minimal change disease and nephritis, asthma, hypertension and hypercholesterolemia. Hospitalization/ Surgical – Renal biopsy done in 1998 and cardiac catheterization in June 2004. He was also in the hospital for renal failure in 2000 in Marin County. He was told his renal failure was from side effects to cyclosporine and Ace inhibitors. Childhood illnesses – Whooping cough, chicken pox and mumps. Immunizations - Up to date. TB status –Code 22. HIV - Negative. Hepatitis C - Negative.

### MEDICATIONS:
Lipitor, Lasix, aspirin, Ventolin, and clonidine. He ran out of clonidine a week ago. Tylenol, prednisone and Resource.

### ALLERGIES:
Ace inhibitors and cyclosporine.

### SOCIAL HISTORY:
The patient is negative for drugs, tobacco and alcohol. Length of stay in prison is 13 years. He is a "lifer". Sexual preference is females. He is currently divorced. He has six children.

### FAMILY HISTORY:
The patient's mother died of lymphoma. His father died of diabetes and coronary artery disease. He had one brother who drowned. He had a sister who died of lupus. He has one living sister. Family history is positive for diabetes, hypertension, heart disease and cancer. It is negative for sickle cell or kidney disease.

### REVIEW OF SYSTEMS:
General: Negative for weight loss, weight gain, night sweats. Skin is negative for rash, moles, or sores. Head is negative for headache, rhinitis, sore throat, or sinusitis. Chest is negative for coughing, shortness of breath, dyspnea on exertion, paroxysmal nocturnal dyspnea, myocardial infarction, or heart attack. GI is negative for nausea, vomiting, heartburn, or melena. GU is negative for dysuria, hematuria, or discharge. Musculoskeletal is negative for any joint swelling, joint pain, limitation, swelling, paralysis or strokes. Neurological is negative for

**COMPLEX HISTORY & PHYSICAL**    NAME: **CULLER, JERRYAL**
CDC #: **H-31082**
DOB: **02/27/58**

weakness, numbness, gait disturbance or headaches. Hematological is negative for sickle cell anemia or bleeding tendency. Endocrinological is negative for excessive thirst, urination or appetite.

## PHYSICAL EXAMINATION:

| | |
|---|---|
| **GENERAL:** | The patient is a well-developed well-nourished black male in no acute distress. |
| **VITAL SIGNS:** | Temperature is 98.9°, pulse 92, respirations 16 and blood pressure 162/105. Vital signs were obtained at 10:08 a.m. Height: 5'10" Weight: 172 pounds. |
| **SKIN:** | Warm and dry. |
| **HEENT:** | The head is atraumatic and normocephalic. There are no Battle signs. Anicteric sclerae. Mucous membranes are moist. |
| **NECK:** | Supple. No JVD. No carotid bruits. No thyroid mass. Trachea is midline. |
| **LUNGS:** | Chest is clear to auscultation and percussion. |
| **HEART:** | $S_1$ and $S_2$ are heard. PMI is heard at 6th intercostal space and mid-clavicular line. There is no murmur or $S_3$. |
| **ABDOMEN:** | Abdomen is benign. |
| **GENITALIA:** | Within normal limits. There were no ulcers on the penis, no warts, no discharge. |
| **RECTAL:** | The patient refused rectal examination. |
| **EXTREMITIES:** | There is no clubbing, cyanosis or edema. |
| **NEUROLOGICAL:** | The patient appears completely intact. |

## IMPRESSION:
1. Currently I have no laboratories on this patient. I do not have his chart available.
2. Nephritis with minimal change disease.
3. Asthma. — good control
4. Hypertension. — poor control 2° to meds running out.
5. Hypercholesterolemia. — No chart ∴ I don't Know his levels

## RECOMMENDATION/DISCUSSION:
1. In view of the fact that patient has not seen a nephrologists in over a year, he should have a nephrology follow-up consultation.
2. In view of the fact that patient ran out of his hypertensive medication, Catapres, a week ago, I will refill the Catapres. **Please make sure he does not run out of Catapres again. He is allergic to Ace inhibitors.**
3. We should get a CBC, panel 2, urinalysis, pro-time and fasting lipid panel to evaluate his renal status. I currently have no chart or laboratories on this patient.
4. Education: I have educated the patient in that if he has any swelling or joint pains or renal failure such as uremia or pericarditis, chest pain or shortness of breath, he is to please let us know. The patient has been informed to watch his fluids carefully and his salt intake carefully. I informed the patient to please take care not to let his medication run out, even though he stated the MTA did not give him his medication when he handed him his empty bag.
5. I have also instructed the patient to please avoid smoking and potato chips because of his asthma history and hypertension.
6. I asked the patient not to eat any fat, just to eat lean heart-healthy food that the prison gives him.
7. The patient is asked to follow-up with his yard doctor.

**JOHNNY DANG, M.D.**

JD/lb
D:  12/20/04   R:  12/20/04   T:  12/21/04
ORIG:   Unit Health Record
c:      Dr. Dang
        Dr. Hasadsri

**COMPLEX HISTORY & PHYSICAL**

NAME: **CULLER, JERRYAL**
CDC #: **H-31082**
DOB: **02/27/58**

CULLER,JERRYAL H3108    PT
J.CDC
JOSHI,SUDHIR

KERN HOSP    AT BAKERSFIELD
2215 Truxt    Avenue
Bakersfield, California 93301

3A03 ~ 231L

Pol #: H31082

INMATE CLINIC CONSULTATION

DATE OF CONSULTATION:    01/04/2005

NEPHROLOGY CONSULTATION

Consultation requested by Dr. Dang from Corcoran State Prison.

**REASON FOR CONSULTATION:** Followup of minimal change disease.

**HISTORY OF PRESENT ILLNESS:** This patient is a 46-year-old African-American male with history of hypertension and nonsignificant coronary artery disease. The patient also has history of minimal change disease as per the patient, and the patient states that he had biopsy of the kidney done in 1998 in Novato Hospital in Marin County, and he was told he has minimal change disease. The patient was initially started on prednisone along with cyclosporine, but the patient did not tolerate cyclosporine and states that he developed severe lower extremity edema and hypertension out of control, so it was stopped. Then, the patient was changed to CellCept, and the patient states that he did not even tolerate that because of similar problems.

Currently, the patient is on prednisone 20 mg, and for the last one-and-a-half years, he has been on 20 mg p.o. q.d. The patient states that currently he is in the best state of his health, and he has good urine output. No lower extremity swelling, and he is doing well. The patient also states that he did not tolerate ACE inhibitors because his creatinine went up to 7 and BUN went up to 90, so that was stopped.

**PAST MEDICAL HISTORY:** As above.

**PAST SURGICAL HISTORY:** Noncontributory.

**CURRENT MEDICATIONS:** The patient is on prednisone 20 mg p.o. q.d., Resource t.i.d., and clonidine 0.2 mg p.o. b.i.d. The patient states that he did not take his morning dose of clonidine today. The patient is also on atorvastatin 20 mg p.o. q.d., Lasix 40 mg p.o., aspirin 81 mg p.o. q.d., albuterol inhaler, and Tylenol p.r.n.

**ALLERGIES:** AS PER THE PATIENT, ALLERGIC TO ACE INHIBITORS, CELLCEPT, AND CYCLOSPORINE.

**PHYSICAL EXAMINATION:** BP 158/107. Pulse 76. Respirations 16. Temperature 98.6. Pain scale is 0/10. Height 5 feet 10 inches. Weight 175 pounds. GENERAL: The patient is alert, awake, oriented times four, not in any distress. LUNGS: Clear to auscultation bilaterally. HEART: Good heart tones. ABDOMEN: Soft. BACK: No CVA tenderness. EXTREMITIES: No edema.

**INVESTIGATIONS:** BUN 11, creatinine 1.1, glucose 112, sodium 138, potassium 3.9, chloride 104, bicarb 33, calcium 9.5. Urinalysis: Clear, yellow, specific gravity 1.022, pH 5, protein 3+, nitrite negative, leukocyte negative. In June the patient's serum creatinine



A-38

J583862        J1320  19                    CULLER,JERRYA  .31082 OPT

was 1.  White count 9.2, hematocrit 54.7, platelets 317.

REVIEW OF SYSTEMS:  The patient reports good urine output.  No shortness of breath.  The patient reports that his blood is too thick.

ASSESSMENT AND PLAN:
1.    Minimal change disease.  The patient sounds to be in remission.  The patient states that he is steroid dependent, but the patient is worried about long-term side effects of prednisone and really wants to taper down the steroids.
2.    Hypertension.  Blood pressure is high, but the patient did not take his morning dose of clonidine.
3.    Polycythemia.  The patient needs hematology evaluation.
4.    The patient has been on steroids for awhile, and the patient's minimal change disease is steroid dependent.  The patient understands the risks of being on long-term prednisone therapy.  At the same time, he understands the risk of tapering down the prednisone, although he understands that he will never be off prednisone completely, but he really wants to try a slow prednisone taper, and he understood the risks and benefits of prednisone tapering.

RECOMMENDATIONS:  I recommend a very slow taper of prednisone, so currently the patient is on prednisone 20 mg p.o. q.d., but I will recommend taper as follows  1)  Start with prednisone 20 mg p.o. every other day alternating with prednisone 17.5 mg p.o. every other day for six weeks, then decrease it to 17.5 mg p.o. q.d. for six weeks, then decrease it to 17.5 mg p.o. every other day alternating with 15 mg p.o. every other day for six weeks, then decrease it to 15 mg p.o. every day and continue 15 mg every day until seen by nephrologist.

2)  Return to clinic in four months with CMP, CBC, 24-hour urine for protein and creatinine.

3)  During the prednisone taper, if at any point, there are signs or symptoms of minimal change disease flareup, go back to prednisone 20 mg p.o. q.d. and make an urgent referral to nephrologist or admit to the hospital depending on the patient's condition.

4)  Control hypertension.  Goal BP for this patient will be BP less than 130/85.

5)  Refer to hematologist for polycythemia.

JOB#48000
DATE DICT: 01/04/2005 12:04
DATE TRANS: 01/04/2005 12:5

A-39

EXHIBIT B

GENERAL ADULT    Charting Complete ___    **PAST MEDICAL HISTORY:**

CIRCLE POSITIVES *Strike Negatives*  Leave Blank if not reviewed
TIME SEEN: _____ /5/0    ☐ Nursing notes reviewed

☐ NO PERTINENT MEDICAL HISTORY
☐ UNABLE TO OBTAIN HX DUE TO ALOC / ACUITY

**HPI: Levels 1-3: 1-3 Elements   Levels 4&5: 4+ Elements**

Historian: Patient / Family / EMS / Interpreter _____ CTF

L4: 1 ELEMENT REQUIRED  L5: REQUIRES 2 OF 3 Past/Family/Social

CC: _____

_____ 47 _____ c _____
_____ syndrome + _____ steroid
_____ dependence _____
_____ onset _____
_____ BP) today _____ Silvadene 100% _____
_____ 1BP 10-12, _____

| CARDIAC | RESP | GI | GU | OTHER |
|---|---|---|---|---|
| Angina | Asthma | Divertics | CRF | CA-Tx: |
| Arrhythmias | COPD | Gallstones | Dialysis | Chemo/Rad |
| Cath | Pneumonia | GERD | PID | CVA/TIA |
| CHF | Pneumothorax | GI Bleed | Pyelo | Dementia |
| Hypertension | PE | Hepatitis | Stones | IDDM/NIDDM |
| Murmur | TB/+ppd | Pancreatitis | UTI | Migraines |
| MI | | PUD | BPH | Seizures |
| PVD/DVT | | | Nephrotic | Thyroid |

| QUALITY | TIME COURSE | SEVERITY/PAIN | CONTEXT |
|---|---|---|---|
| Burning | Onset: _____ | Mild | None |
| Colicky | Lasted: _____ | Moderate | Walking |
| Dull | Chronic | Severe | At rest |
| Sharp | Continuous | Worst ever | Exertion |
| Tingling | Gone on arrival | Pain 1-10 _____ | After eating |
| | Intermittent | | |

Medications: ☑ Nursing Notes Reviewed ☐ See ED Record _____
Allergies: ☐ NKDA _____ cyclosporine, Cellcept, ACE/ _____
Old records: ☐ Reviewed ☐ Unavailable _____

| EXACERBATED BY | RELIEVED BY | ASSOCIATED S&S | RECENTLY SEEN SIMILAR S&S |
|---|---|---|---|
| Nothing | Nothing | Nausea/Vomiting | _____ |
| Exercise | Positioning | SOB | _____ |
| Position | Rest | Diaphoresis | Last Liquids _____ |
| Respiration | EMS Tx: | Fever | Last Ate _____ |
| Cough | | Dizziness | Last BM _____ |

CIRCLE OR SHADE AREAS:
PAIN = P
CONTUSIONS - C
ABRASIONS - A
RADIATION →
TENDERNESS - T

**ROS:    Level 4: 2-9 systems    Level 5: 10+systems**

☐ UNABLE TO OBTAIN ROS DUE TO ALOC / ACUITY
Neg
☐ GEN - Fever, Weak, Weight loss _____
☐ EYES - Pain, Visual Δ, Diplopia _____
☐ ENT - Ear pain, Congestion, Sore throat _____
☐ CV - Chest pain, Palpitations, Edema _____
☐ RESP - SOB, Cough, Sputum _____
☐ GI - Abd Pain, N/V/D, Melena, Constipation _____
☐ GU - Dysuria, Freq, Pregnancy, Vag D/c, Spotting _____
☐ NEURO - Headache, Syncope, Sz (AMS) _____
☐ MS - Muscle/Joint Pain, Swelling _____
☐ SKIN - Rash, Itch, Bruise, Trauma _____
☐ PSYCH - Anxiety, Depression, Suicidal _____
☐ IMMUN/ALLERG - UTD, Allergies _____
☐ ENDOCRINE i.e. - Weight loss/gain, Polyuria, Polydipsia, Heat & Cold Intolerance _____
☐ AS ABOVE ALL OTHER SYSTEMS CHECKED & NEG

**PAST SURGICAL HX:**    ☐ NO PRIOR SURGERIES

| | | | | |
|---|---|---|---|---|
| T&A | AAA | G _____ | Ectopic | ORIF _____ |
| Ear Tubes | CABG | P _____ | Ovarian Cyst | Transplant: |
| Appy | Valve | TAB _____ | Hysterectomy | |
| Hernia | Pacemaker | SAB _____ | Tubal Lig. | Cancer: _____ |
| Cholecys | AICD | C Sec _____ | Vasectomy | |
| Splenectomy | PTCA/Stent | D&C | TURP | |
| | Card-cath | | | |

**SOCIAL HX:**    Accompanied to ED: Spouse / Family / Other

Married  Divorced  Single _____ CTF _____
**Domestic Violence** _____
Tobacco: ☐ None; (+)Smoking _____ PPD x _____ years
Etoh: ☐ None; Social Reg.: _____ per day / wk
Drugs: ☐ None; Inhaled IV IM PO _____

**FAMILY HX:**    ☑ NO PERTINENT HISTORY

| | CVA | HTN | CARDIAC | DM | CA - Type |
|---|---|---|---|---|---|
| Grandparents | | | | | |
| Father | | | | | |
| Mother | | | | | |
| Siblings | | | | | |

**AM Natividad** MEDICAL CENTER

1441 CONSTITUTION BLVD.
P.O. BOX 81611
SALINAS, CA 93912-1611
(831) 755-4111

**GENERAL ADULT**

3107 (8/03)

V700488281    M000585607
CULLER, JERRYAL
02/27/1958   47      M
QUINTERO, MARIO R.
10/07/05    F/C   CTF

B-1

**PHYSICAL EXAM: Level 4: 2-7 Systems Level 5: 8 Systems**

☐ Male ☐ Female  Age ____  Wt ____
GEN: T _98°_  BP _132/88_  P _106_  R _18_
☑ Alert ☐ NAD  Confused  Distress - Mild Moderate  Severe
☐ Nml Hydration, Moist MM,    Tenting Turgor  ↓  Dry MM

**HEENT:**
☑ PERRL
☑ EOMI Nml                Unequal  Pale  Injected  D/c  Icterus R/L
☐ Nml Fundi              Nystagmus  Acuity OD____ OS____
☐ Nml TM's               Dysconjugate  Corneal-Abrasion/FB___
☐ Nml Nose               Dull  Bulge  Inject  Red D/c  Cerumen
☐ Nml Pharynx           Epistaxis R/L  Discharge R/L
                              Red  Vesicles____  Exudates____

**NECK:**
☑ Supple                 Meningismus  Mass  ↑  Lymph nodes
☑ Nml ROM              Tender  Bruit R/L  JVD ____

**RESP:**
☑ Non-Labored,          Retraction  Tripoding  Accessory Use
   No-Retraction          Stridor ↑  Exp.Phase ↓  Insp.Phase
☑ Nml Equal BS         Rhonchi  Rales
                              Tender Chest wall  Wheeze ____

**CV:**
☑ Nml No Murmur, Rub   Murmur Grade _____ /6 sys / dias
☑ Nml Pulses, Cap refill   Tachy/Brady - Reg - Irreg. Irreg

**GI:**
☑ Non-Tender to Palp    Tender ____ Rebound  Percussion
☑ No Organomegaly :     ↑ Liver ↑ Spleen  Guarding  Murphy
☑ Nml Bowel Sounds    BS: ↑↓  Pitch  Rigidity  Rushes
☑ Non-Distended        Distended  Mass (Pulsatile +/-)  Obese
☐ Rectal Non-Tender,    ↓ Tone  Mass ____
   No Mass, Nml Tone     Hemorrhoids ____
☐ Heme Negative        Heme + ____ Color ____

**GU:**
☑ No CVAT to Percussion   CVAT Percussion ____
☐ Nml Male Ext Genitalia   D/c____ Penis____ Testes____
☐ Nml Fem Ext Genitalia   D/c____ Cervix____ Adnexa____

**SKIN:**
☑ Nml Color, Dry, Warm    Pale  Cyanosis  Diaphoresis
                                 Rash ____ Bruise ____

**M/S:**
☑ Non-tender, Nml ROM    ↓ ROM  Clubbing  Edema
   Tender Back              Homan's  Tender Calf R/L
   Tender Pelvis Extremity ____  Deformity ____

**NEURO/PSYCH:**
☑ Nml Symmetric, Motor   Hemiplegia  Toes ↑  Ataxia
   Sensory, Reflexes, Gait   Contractures  Motor ↓  Sensory ↓
☑ A&O X 3                Disoriented ____ Aphasia ____
☑ Nml CN II-XII           DTR's ↑  ↓ ____
☑ Nml Baseline Mental Status ____

---

**MEDICAL DECISION MAKING:  Required for ALL Levels**

Pulse Ox _99_ % Nml/Low on: RA NC / Mask ____ LPM / %
EKG: Rate ____ Rhythm ____
Intervals: Nml / Prolonged; ST ____
Interpretation ____
Rhythm Strip Rate: ____ Rhythm ____
ABG: ____
CXR (EDMD/Radiologist)  Cardiomegaly  CHF  PTX  Mass  Effusion  MD Drawn
Infiltrates ____
Other Studies: ____

*CIRCLED LABS ARE REVIEWED AND CONSIDERED NORMAL OR NORMAL VARIANTS*

| CBC | | Chem | | Cardiac / LFT | UA - Dip | Other |
|---|---|---|---|---|---|---|
| WBC 3.7 | | Glucose | | Myoglobin | Leuks | Gluc Stick |
| Hgb 19 | | Na 136 | | CK | Nitrates | U Preg: pos neg |
| Hct 57.1 | | K 5.1 | | Troponin | Protein | S Preg: pos neg |
| Platelets | | CL | | Amylase | Glucose 100 | |
| Segs 90 | | CO2 | | Lipase | Ketones | 1.032 |
| Bands 1 | | BUN | | Bili T/D | Urobili | |
| lymphs | | Creatinine | | AST | Blood | 2.0 |
| Monos | | Ca++ | | ALT | WBC 1 | |
| A/b 1.6 | | ALPhos 497 | | RBC 4 | | |
| | | PTT | | PT/INR | Bact rare | |

**ED COURSE:  Include Rx doses and Times - Required**
☐ O2: N/C / MASK ____ LPM; ☐ Cardiac Monitor  ☐ IV: NS D5 LR
☐ IV Bolus ____ cc's  rate @ ____ cc/Hr  ☐ Multiple IVs
☐ Cath ☐ Antibiotics: IM/IV/PO: ____

Reeval time ____   Improved   Unchanged   Worsened

Reeval time ____   Improved   Unchanged   Worsened

Physician & Patient Face-to-Face Time: ____

☐ I conducted an independent history and/or exam.
**CRITICAL CARE:**          Minutes: ☐ See Addendum
Consultation: Dr. _Kaluba_   Admit/Discharge/Follow-Office
ED Care Transferred to Dr. ____    @ ____
Differential DX Considered:  Required for Levels 4 & 5
_Sepsis, Addisonian crisis, pyelo,_
_pneumonia, ACI, MI, pulm._
Clinical Impressions: Required for ALL Levels ☐ See ED Record
_Acute ACI Rt pulm inf light_
_prob Addisonian crisis._
_Hx/o Nephrotic syndrome_
DISPOSITION: ADMIT/DISCHARGE/ EXPIRED:@ ____
ED Discharge Condition: Improved  Unchanged  Worsened
Transferred ____ Discharge instructions: Discussed / Given
Plan ____

Signature ____   M. Quintero, MD  G60779  ID# ____
PA/NP Signature ____    ID# ____
☐ Dictated Addendum # ____   ☐ Additional Template ____
PMD ____    cc ____

## HISTORY AND PHYSICAL EXAMINATION

**DATE:** 10/7/05  10 pm

**CHIEF COMPLAINT:** Headache.

**HISTORY:** Primary language: ☐ Spanish ☒ English ☐ Other: ___     Hx from: ☐ Patient ☐ Interpreter ☐ Other: ___

47 yo ♂ c̄ hx of renal disease — recently transferred
to local prison. + steroids were inadvertently discontinued
Pt last took 15 mg of prednisone on 10/27/05 — He
noted ↑ HA — I don't see documentation of a
low BP — normotensive since arrival to ED +
Paramedic BP's OK —

**PAST MEDICAL HISTORY**  Previous angiogram  **PAST SURGICAL + OB HX** Renal
1) Per pt minimal Δ disease dx 1998 —     Mercy 13/02
off of Pred for 90 days in past — said     2) Bx 01
he "blew up" — had renal bx 1998.     3) htn c dx of renal
No hx of DM.
2) Asthma — he describes as seasonal — does not use albuterol ED

**MEDICATIONS:**  ☐ None (include herbal remedies, nutritional supplements, vitamins)

| | | |
|---|---|---|
| Per pt: Clonidine 0.1mg TID | Prednisone 15 mg ED | |
| K tabs ? dose | | |
| Lasix 20 mg ED | | |
| Albuterol prn | | |

**MEDICATION INTOLERANCE:** ☐ NKDA

| Medicine | Reaction cell cept | Medicine | Reaction |
|---|---|---|---|
| cyclosporin — says creatnine ↑↑ | also c ACE inhib | | |

**FAMILY MEDICAL HISTORY:**

☒ Diabetes ↓ father  ☐ High Blood Pressure  ☐ Stroke  ☐ Cancer  ☐ Heart Attack  ☐ Emphysema  ☐ Asthma  ☐ TB  ☐ Other:
**Comments:** ⊖ colon CA
⊖ prostate CA

**SOCIAL HISTORY:** Prisoner

Occupation: ___   Living Situation: ___   Country of Birth: ___
Tobacco Use: ☐ Never ☒ Quit ☐ Current  Details: Prison D/C'd 7/05  min = Pack Yrs cig/day 730 yrs
Current Alcohol User: ☒ No ☐ Yes: ☐ Every day ☐ Socially ☐ Rarely  Details: moderate none × 10 yrs
Hx of Blood Transfusion ☒ No ☐ Yes  Details: ___     Hx of IV Drug Use ☒ No ☐ Yes  Details: ___

**REVIEW OF SYSTEMS:** Negative except where noted below

| | | |
|---|---|---|
| GEN: fevers / night sweats / Δ appetite / wt change | CV: PND / orthop / claudication / CP syncope / edema | MS: weakness / joint stiffness / myalgias / back pain |
| EENT: epistaxis / vision loss / hoarseness / Δ hearing | GI: dysphagia / Δ stools / GERD / BRBPR / abd pain | IMMUN-HEME: adenopathy / easy bruising or bleeding |
| ENDO: polyuria / -dipsia / heat or cold intolerance | GU: dysuria / nocturia / dribbling / hematuria / SUI sx | NEURO: paralysis / tremor / HA / seizures / LOC |
| Rest.: daily cough / wheeze / + PPD / DOE / hemoptysis | DERM: rashes / skin lesions / mole or nail changes | SLEEP: always sleepy / snore / nap > 1x/wk /wake up tired |

## ⋀⋀ **Natividad** MEDICAL CENTER

1441 CONSTITUTION BLVD.
P.O. BOX 81611
SALINAS, CA 93912-1611
(831) 755-4111

**PATIENT HISTORY & PHYSICAL**

0737 (10/03)

V700488281
CULLER, JERRYAL          M000585607
02/27/1958  47
QUINTERO, MARIO R.       M
10/07/05   F/C  CTF

## GENERAL ADULT

CIRCLE POSITIVES ~~Strike Negatives~~    Charting Complete

TIME SEEN: _____    ☐ Leave Blank if not reviewed / Nursing notes reviewed

**HPI: Levels 1-3: 1-3 Elements  Levels 4&5: 4+ Elements**

Historian: Patient / Family / EMS / Interpreter _____ CTF

CC: _____

_____

_____

_____

_____

_____

_____

| QUALITY | TIME COURSE | SEVERITY/PAIN | CONTEXT |
|---|---|---|---|
| Burning | Onset: _____ | Mild | None |
| Colicky | Lasted: _____ | Moderate | Walking |
| Dull | Chronic | Severe | At rest |
| Sharp | Continuous | Worst ever | Exertion |
| Tingling | Gone on arrival | Pain 1-10_____ | After eating |
| | Intermittent | | |

| EXACERBATED BY | RELIEVED BY | ASSOCIATED S&S | RECENTLY SEEN SIMILAR S&S |
|---|---|---|---|
| Nothing | Nothing | Nausea/Vomiting | |
| Exercise | Positioning | SOB | |
| Position | Rest | Diaphoresis | Last Liquids _____ |
| Respiration | EMS Tx | Fever | Last Ate _____ |
| Cough | | Dizziness | Last BM _____ |



CIRCLE OR SHADE AREAS:
PAIN = P
CONTUSIONS - C
ABRASIONS - A
RADIATION →
TENDERNESS - T

**ROS:    Level 4: 2-9 systems   Level 5: 10+ systems**

☐ UNABLE TO OBTAIN ROS DUE TO: ALOC / ACUITY

Neg

☐ GEN - Fever, Weak, Weight loss _____
☐ EYES - Pain, Visual Δ, Diplopia _____
☐ ENT - Ear pain, Congestion, Sore throat _____
☐ CV - Chest pain, Palpitations, Edema _____
☐ RESP - SOB, Cough, Sputum _____
☐ GI - Abd Pain, N/V/D, Melena, Constipation _____
☐ GU - Dysuria, Freq, Pregnancy, Vag D/C, Spotting _____
☐ NEURO - Headache, Syncope, Sz (AMS) _____
☐ MS - Muscle/Joint Pain, Swelling _____
☐ SKIN - Rash, Itch, Bruise, Trauma _____
☐ PSYCH - Anxiety, Depression, Suicidal _____
☐ IMMUN/ALLERG - UTD, Allergies _____
☐ ENDOCRINE i.e. - Weight loss/gain, Polyuria, Polydipsia, Heat & Cold Intolerance _____
☐ AS ABOVE ALL OTHER SYSTEMS CHECKED & NEG

## ⋀⋀⋀ Natividad MEDICAL CENTER

1441 CONSTITUTION BLVD.
P.O. BOX 81611
SALINAS, CA 93912-1611
(831) 755-4111

**GENERAL ADULT**

3107 (8/03)

---

**PAST MEDICAL HISTORY:**

☐ NO PERTINENT MEDICAL HISTORY

☐ UNABLE TO OBTAIN HX DUE TO: ALOC / ACUITY

1-4 ELEMENT REQUIRED (ONE REQUIRES 2 OF 3 Past/Family/Social)

| CARDIAC | RESP | GI | GU | OTHER |
|---|---|---|---|---|
| Angina | Asthma | Divertics | CRF | CA-Tx: |
| Arrhythmias | COPD | Gallstones | Dialysis | Chemo/Rad |
| Cath | Pneumonia | GERD | PID | CVA/TIA |
| CHF | Pneumothorax | GI Bleed | Pyelo | Dementia |
| Hypertension | PE | Hepatitis | Stones | IDDM/NIDDM |
| Murmur | TB/+ppd | Pancreatitis | UTI | Migraines |
| MI | | PUD | BPH | Seizures |
| PVD/DVT | | | | Thyroid |

Medications: ☑ Nursing Notes Reviewed ☐ See ED Record

Allergies: ☐ NKDA  cyclobenzine, colloid, ACE-in, etc.

Old records: ☐ Reviewed ☐ Unavailable _____

**PAST SURGICAL HX:**    ☐ NO PRIOR SURGERIES

| T&A | AAA | G_____ | Ectopic | ORIF_____ |
|---|---|---|---|---|
| Ear Tubes | CABG | P_____ | Ovarian Cyst | Transplant: |
| Appy | Valve | TAB_____ | Hysterectomy | |
| Hernia | Pacemaker | SAB_____ | Tubal Lig. | Cancer:_____ |
| Cholecys | AICD | C Sec_____ | Vasectomy | |
| Splenectomy | PCTA/Stent | D&C | TURP | |

**SOCIAL HX:**    Accompanied to ED: Spouse / Family / Other

Married Divorced Single _____

Domestic Violence _____

Tobacco: ☐ None; (+Smoking) _____ PPD x _____ years

Etoh: ☐ None; Social Reg.: _____ per day / wk

Drugs: ☐ None; Inhaled IV IM PO _____

**FAMILY HX:**    ☑ NO PERTINENT HISTORY

| | CVA | HTN | CARDIAC | DM | CA - Type |
|---|---|---|---|---|---|
| Grandparents | | | | | |
| Father | | | | | |
| Mother | | | | | |
| Siblings | | | | | |

V700488281    M000585607
CULLER, JERRYAL
02/27/1958   47    M
QUINTERO, MARIO R.
10/07/05   F/C  CTF

| Date/Time | |
|---|---|
| 10.8.05 | IM Attending — [illegible] |
| | (S) feels fine |
| | O BP 140/80 p 60 [illegible] puffy eyes |
| | [illegible] |
| | [illegible] |
| | A: [illegible] [illegible] [illegible] syncope [illegible] hypotension |
| | => adrenal insufficiency 2° to steroid withdrawal |
| | Plan: DC back to CTF |
| | continue meds as before. |
| | [signature] |
| | called CTF infirmary: accepted by Dawn R.N. [signature] |
| | |

**Natividad** MEDICAL CENTER
1441 CONSTITUTION BLVD.
P.O. BOX 81611
SALINAS, CA 93912-1611
(831) 755-4111

**PROGRESS RECORD**

FORM 0714 (5/05)

V700488281 M000585607
CULLER, JERRYAL
02/27/1958 47 M
SOLORIO, LAURA
10/08/05 F/C CTF

**PHYSICAL EXAMINATION:** on arrival VS   RA

T: $98^8$  BP: 132/88  P: 106  O2 sat: 99  % on   FIO2   RR: 18  Pain Score   /10

GEN APPEARANCE: Alert                    DISTRESS: NAD

HEAD: atraumatic                         SKIN: dry warm

EYES: ⊕ proptosis (No hx
      thyroid disease per pt)   ABDOMEN: soft ⊖ HSM ⊖ Hp
      ⊖ lid lag.

ENMT: ⊖ facial asym                      GEN-URO:

NECK: ⊖ LA                               HEME / LYMPH:

CHEST: lungs CTA                         NEURO: Alert O×3
                                               no focal weakness

CARDIOVASC (inc pulses): RRR tachy       LABS/ FILMS/ ECG:
      ⊖ m appresc                        $\frac{136}{5.1} | \frac{105}{31} \langle 135 \frac{9}{0.9} \frac{19}{57} \rangle 247$

MUSCOSKEL: well developed                CXR: ⊖ infil       91% neut
                                         ECG: NSR ↑ ↓ P, -ve.  UA 4+ prot.

**ASSESSMENT & PLAN:** Discussed with ☐ Patient   ☐ Other:       Records: ☐ Reviewed NMD's   ☐ Requested from:

① Apparent adrenal crisis 2° withdrawal of prednisone
   due to transferring prisons - asx currently
② Sig Renal Disease - Probable Nephrotic Syndrome
   ē hypercoag per pt (prev on coumadin), albumin
   is < 2.0 and sig edema ē lasix.
③ htn 2° to ②
④ Hx asthma
⑤ Polycythemia ? 2° to #2  ⑥ ↑ Risk for osteoporosis
Plan ① I don't think we need to do more renal w/u
      but pt should be followed @ prison by nephrology
     ② No lasix, K+, clonidine for now
     ③ Restart Prednisone 15 mg po 6 day.
     ④ Can prob go back to prison in am

MD Signature _____  Date _____  Time _____
                                    Soloni

13-6

## PHYSICAL EXAM: Level 4: 2-7 Systems Level 5: 8 Systems

☑ Male ☐ Female  Age ____  Wt ____
GEN:  T _94_ BP (32/88) P _106_ R _18_
☑ Alert ☐ NAD  Confused  Distress - Mild Moderate Severe
☐ Nml Hydration, Moist MM,  Tenting Turgor ↓ Dry MM

**HEENT:**
☑ PERRL  Unequal Pale Injected D/c Icterus R/L
☑ EOMI Nml  Nystagmus Acuity OD ___ OS ___
☐ Nml Fundi  Dysconjugate Corneal-Abrasion/FB ___
☐ Nml TM's  Dull Bulge Inject Red D/c Cerumen
☐ Nml Nose  Epistaxis R/L Discharge R/L
☐ Nml Pharynx  Red Vesicles ___ Exudates ___

**NECK:**
☑ Supple  Meningismus Mass ↑ Lymph nodes
☑ Nml ROM  Tender Bruit R/L JVD ___

**RESP:**
☑ Non-Labored,  Retraction Tripoding Accessory Use
No-Retraction  Stridor ↑ Exp.Phase ↓ Insp.Phase
☑ Nml Equal BS  Rhonchi Rales
  Tender Chest wall Wheeze ___

**CV:**
☑ Nml No Murmur, Rub  Murmur Grade ___ /6 sys / dias
☑ Nml Pulses, Cap refill  Tachy/Brady - Reg - Irreg. Irreg

**GI:**
☑ Non-Tender to Palp  Tender ___ Rebound Percussion
☑ No Organomegaly :  ↑ Liver ↑ Spleen Guarding Murphy
☑ Nml Bowel Sounds  BS: ↑↓ ↑ Pitch Rigidity Rushes
☑ Non-Distended  Distended Mass (Pulsatile +/-) Obese
☐ Rectal Non-Tender,  ↓ Tone Mass ___
No Mass, Nml Tone  Hemorrhoids ___
☐ Heme Negative  Heme + ___ Color ___

**GU:**
☑ No CVAT to Percussion  CVAT Percussion ___
☐ Nml Male Ext Genitalia  D/c ___ Penis ___ Testes ___
☐ Nml Fem Ext Genitalia  D/c ___ Cervix ___ Adnexa ___

**SKIN:**
☑ Nml Color, Dry, Warm  Pale Cyanosis Diaphoresis
  Rash ___ Bruise ___

**M/S:**
☑ Non-tender, Nml ROM  ↓ ROM Clubbing Edema
Tender Back ___  Homan's Tender Calf R/L
Tender Pelvis Extremity ___  Deformity ___

**NEURO/PSYCH:**
☑ Nml Symmetric, Motor  Hemiplegia Toes ↑ Ataxia
Sensory, Reflexes, Gait  Contractures Motor ↓ Sensory ↓
☑ A&O X 3  Disoriented ___ Aphasia ___
☑ Nml CN I-XII  DTR's ↑ ↓ ___
☑ Nml Baseline Mental Status ___

## MEDICAL DECISION MAKING: Required for ALL Levels

Pulse Ox _99_ %/Nml/Low on: RA NC / Mask ____ LPM / %
EKG: Rate ___ Rhythm ___
Intervals: Nml / Prolonged; ST ___
Interpretation ___
Rhythm Strip Rate: ___ Rhythm ___
ABG: ___  MO Drawn
CXR EDMD/Radiologist Cardiomegaly CHE PTX Mass Effusion
Infiltrates ___
Other Studies: ___

CIRCLED LABS ARE REVIEWED AND CONSIDERED NORMAL OR NORMAL VARIANTS

| CBC | Chem | Cardiac | UA Dip | Other |
|---|---|---|---|---|
| WBC 3.7 | Glucose | Myoglobin | Leuks | Gluc Stick |
| Hgb/9 | Na 136 | CK | Nitrates | U Preg: pos neg |
| Hct 52 | K 5.1 | Troponin | Protein | S Preg: pos neg |
| Platelets | CL | Amylase | Glucose /140 | |
| Segs 90 | CO2 | Lipase | Ketones | 1.032 |
| Bands / | BUN | Bili T/D | Urobili | |
| lymphs | Creatinine | AST | Blood | 2.0 |
| Monos | Ca++ | ALT | WBC / | |
| A/6.1.6 | | ALPhos 447 | RBC Y | |
| PTT | | PT/INR | Bact rare | |

ED COURSE: include Rx notes and Times Required
☐ O2: N/C / MASK ___ LPM; ☐ Cardiac Monitor ☐ IV: NS D5 LR
☐ IV Bolus ___ cc's rate @ ___ cc/Hr ☐ Multiple IV's
☐ Cath ☐ Antibiotics: IM/IV/PO: ___

Reeval time ___  Improved  Unchanged  Worsened

Reeval time ___  Improved  Unchanged  Worsened

Physician & Patient Face-to-Face Time:

☐ I conducted an independent history and/or exam.
**CRITICAL CARE:** ___ Minutes, ☐ See Addendum
Consultation: Dr. _Caluba_  Admit/Discharge/Follow-Office
ED Care Transferred to Dr. ___ @ ___
Differential DX Considered: Required for Levels 4 & 5
Sepsis, Addisonian crisis, pyelo,
___
Clinical Impressions: Required for ALL Levels ☐ See ED Record
___
___
DISPOSITION: ADMIT / DISCHARGE / EXPIRED:@ ___
ED Discharge Condition: Improved Unchanged Worsened
Transferred ___ Discharge instructions: Discussed / Given
Plan ___

Signature ___  M. Quintero, MO G60729  ID# ___
PA/NP Signature ___  ID# ___
☐ Dictated Addendum # ___  ☐ Additional Template ___
PMD ___  CC ___

B-7

Discharge to: CTF

Admit date was: 10.8.05

Discharge Diagnosis:

1. Adrenal insufficiency sec. to Steroid withdrawal
2.
3.

4.
5.
6.

Next Appointment: (Date/Clinic/Physician)

1.

2.

Diet: 4 gm protein, low fat.   Activity: as before

Return to work:

Other Instructions:   take medications as prescribed
need to take Prednisone 15 mg daily
as maintenance,

Per Patient : Amiodine 0.1mg TID PO
Lasix 20 mg PO daily         Abdulaf whah
Prednisone 15 mg PO daily    K Drus ? PRN

Fax to: ☐ Blanco Circle - 422-1147   ☐ Peds Clinic - 759-6595   ☐ Internal Medicine, Surgery - 769-8632
☐ Woman's Health Clinic - 769-8655   ☐ Ortho Clinic - 759-6565   ☐ Surgery - 755-6264
☐ Family Practice Clinic - 755-4122   ☐ Other

| DISPENSE | LABEL IN SPANISH ☐ | | DRUGS ARE DISPENSED ON BASIS OF GENERIC NAMES | | | |
|---|---|---|---|---|---|---|
| | DRUG NAME & FORM | STRENGTH | QUANTITY | | DIRECTIONS | REFILL |
| ☐ 1. | | | | | | |
| ☐ 2. | | | | | | |
| ☐ 3. | | | | | | |
| ☐ 4. | | | | | | |
| ☐ 5. | | | | | | |
| ☐ 6. | | | | | | |
| ☐ 7. | | | | | | |
| ☐ 8. | | | | | | |
| ☐ 9. | | | | | | |
| ☐ 10. | | | | | | |
| ☐ 11. | | | | | | |
| ☐ 12. | | | | | | |

PRESCRIPTION

Signed: Kasonba / KASSUBA (PRINTED NAME)   Date: 10.8.05   Time: 10.43

**ΛΛΛ Natividad** MEDICAL CENTER

1441 CONSTITUTION BLVD.
P.O. BOX 81611
SALINAS, CA 93912-1611
(831) 755-4111

**DISCHARGE CARE PLAN/ORDERS**

0145 (6/01)

PATIENT IDENTIFICATION AREA

V700488281   M000585607
CULLER, JERRYAL
02/27/1958   47   M
SOLORIO, LAURA
10/08/05   F/C   CTF

S   B-8

*Danni - RN*

**USE BALL
POINT PEN**

**PRESS
FIRMLY**

T 4013

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Weight | Height | Diagnosis | |
|--------|--------|-----------|--|

Allergies & Sensitivities    ☐ NKA

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|------|------|----------------------------------------------------------------------------------------|
|      |      | ☐ Outpatient Procedure: _____ (procedure) for _____ (medical reason). |
|      |      | ☐ Place in Outpatient Observation Services for _____ (medical reason). |
|      |      | ☐ Admit as Inpatient for _____ (medical reason). |

Physician Signature: _____

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #1 |
|--------------|--------------|-------------------------------------|
| 10.8.0X | 10.45 | |

DC hah to CTF
DC IV                 lasmrl

M00585607    M    CTF

V7004888281
CULLER, JERRYAL
02/27/1958    47
SOLORIO, LAURA    F/C
10/08/05

CHART

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|-----------------------|-------------|-------------------|-------------|------------------------------------------|

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER AND SIGNATURE #2 |
|--------------|--------------|-------------------------------------|

M00585607    M    CTF

V7004888281
CULLER, JERRYAL
02/27/1958    47
SOLORIO, LAURA    F/C
10/08/05

CHART

| Physician's Signature | Date & Time | Nurse's Signature | Date & Time | DO NOT WRITE ORDER UNLESS NUMBER APPEARS |
|-----------------------|-------------|-------------------|-------------|------------------------------------------|

**Physician's Orders**

T4013  Rev. 4/00

B-9

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/12/05 | 15:00 | ① | F/u Nephrology Consult<br>- chest ✓ + PPD form<br>to UM Nurse |
| | | ② | 24° Urine for Protein +<br>Cr Cl , Lipid Panel, Cmp |
| | | ③ | Prednisone 15 mg<br>QAM X 3 mo     T. Frieder_ |
| | | ④ | Calcium Carbonate 648 mg<br>T QAM X 3 mo |

**Timothy Friederichs, M.D.**
~~Physician & Surgeon~~
**CTF Soledad**

ALLERGIES:
- Ace Inhibitor / Cyclosporine
- Coumsop

INSTITUTION  CTF

ROOM/WING  X-110L

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

H 31082

Culler, J

13-10

**PHYSICIAN'S ORDERS** 

CDC 7221 (2/00)     OSP 05 90611     DEPARTMENT OF CORRECTIONS
STATE OF CALIFORNIA

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICE
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

D 2342

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Culler Jerry a | H 3102 2 | CTF |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 2-27-58 | LIFER | M |

PRINCIPLE DIAGNOSIS    Minimal Change Nephropathy    ICD - 9 CODE          CPT CODE(S)

REQUESTED SERVICE(S)    Nephrology Consult          # OF DAYS RECOMMENDED

Please circle all that apply: (Diagnostic Procedure/Consultation)    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    EMERGENT    URGENT    (ROUTINE)    1-18-05

For the purpose of retrospective review, if emergent or urgent, please justify: ____ tentatively

Proposed Provider: ____ Dr. Dicus ____    Anticipated Length of Stay: 1/2 da.

Expected disposition (i.e.: outpatient follow up, return to institution, transfer): ____

Medical Necessity (briefly describe the clinical situation, the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): Minimal Δ Glomerulonephritis -1998 P 10 psy on Prednisone 15 mg daily

Estimated time for service delivery, recovery, rehabilitation and follow-up: ____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): ____ Saw Dr. Dicus 12-6-05 24° urine for protein + Cr Cl order

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ____ + Lipid Pane

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED /DEFERRED BY | DATE |
|---|---|---|
| T. FRIEDRICHS MD | JMC | 12 19 05 |

| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |
|---|---|---|
| Friedrich | 12/12/05 | |

DATE OF CONSULTATION    1/31/06    PRINTED NAME OF CONSULTANT    MICHAEL D'cus

FINDINGS: BP @ 108/70 @ 128/80 . Minimal edema @ present 24° urine 4.65, eRCl 90

RECOMMENDATIONS: ① TRIAL cellcept 500mg PO BID. ② Monthly BMP, CBC ③ 24° urine for protein in 3/06

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: F/U 3/06 c̄ CMP, 24° urine results

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| Wilson | 1/31/06 | |
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

B-11

JEC-23-2005-R1082-CV-01894-WHM COR-DOCUMENT 1-2 Filed 03/28/2008 Page 55 of 64 FAX NO. 831 755 7975 P. 02

RAYMOND R. CARRILLO, M.D.
MICHAEL DICUS, M.D.
G. GOPAL KRISHNA, M.D.
BARBARA L. REVER, M.D., M.P.H.
DENNIS PHAN, M.D.

DIPLOMATE AMERICAN BOARDS
OF INTERNAL MEDICINE
AND NEPHROLOGY

917 BLANCO CIRCLE
SALINAS, CALIFORNIA 93901
TELEPHONE (831) 755-7999

Name: Jerryal Culler $H 31087$                    Date: December 6, 2005
DOB: 02/27/58
Referring Physician: Timothy Friederichs, M.D., California Training Facility

### Reason for Consultation:
History of minimal change disease with apparent steroid dependence.

### History of Present Illness:
Mr. Culler is a 47-year-old African-American male with a past medical history notable for diagnosis of minimal change disease in 1998. At that point in time, he presented with worsening anasarca. Biopsy was performed in Marin, California, and per Mr. Culler, he was being treated by physicians at University of California at San Francisco Medical Center. The biopsy was positive for minimal change disease. He reports that he did have initial improvement in his anasarca with high dose steroids.

Mr. Culler subsequently went into the prison system and was transferred to Southern California. He had a repeat flare at that point in time. In addition, he was undergoing problems with chest pain and shortness of breath. His regimen at that point in time included either an ACE inhibitor or an angiotensin receptor blocker, as well as CellCept and cyclosporin. These were being used in an attempt to lower his overall steroid intake. Because of the chest pain and shortness of breath, he underwent a treadmill stress test which was positive. A subsequent angiogram was performed the angiogram was complicated by acute renal failure, which Mr. Culler reports may have also been due to either the CellCept and/or angiotensin receptor blocker.

The history is somewhat difficult to obtain, as he frequently was confused about the timing and administration of certain medications. Mr. Culler subsequently that he had an allergy to CellCept because of this acute renal failure. In addition, he also reports an allergy to the ACE/ARB for the same reason. Mr Culler has now been transferred to Soledad California Training Facility where he remains on prednisone. Mr. Culler reports that his steroid dose has recently been lowered to 15 mg a day. He was briefly hospitalized in October with possible pneumonia and fevers. Laboratory work from Natividad Medical Center showed his BUN and creatinine were 11 and 1.1, hemoglobin 18, and albumin markedly depressed at 1.6. Urinalysis at that time was notable for significant glycosuria, 4+ protein and with a few red and white cells. Per Mr. Culler, a 24-hour-urine was done at that time, however, no results of a 24-hour-urine were



Re: Jerryal Culler                                                                                          Page 2
December 6, 2005

available from Natividad Medical Center. Mr. Culler has subsequently been referred to
our office for evaluation of the steroid-dependent minimal change disease.

## Past Medical History:
1.    Minimal change disease, as detailed above.
2.    History of acute renal failure, more likely secondary to the angiogram than
      any concurrent medications.

## Past Surgical History:
None.

## Medications:
1.  Prednisone 15 mg q.d.
2.  Lipitor 10 mg q.d.
3.  Lasix, dose unknown to patient, and no medication list provided.
4.  Clonidine, also dose unknown to patient, however, Mr. Culler does take the
    medication three-times a day.

## Allergies:
Mr. Culler reports acute renal failure with CellCept, ACE inhibitors, ARBs and
cyclosporin, however, again this is somewhat questionable given the timing
of the acute renal failure episode with the cardiac catheterization.

## Social History:
Habits: The patient denies any current tobacco or ethanol use. He denies any
current illicit substances.

## Family History:
Noncontributory.

## Review of Systems:
General: No fever, chills, night sweats. No weight change.
HEENT: No visual symptoms. No hearing loss or vertigo.
Cardiovascular: Negative for myocardial infarction or congestive heart failure.
Recent episode of chest pain and dyspnea in 2004 requiring cardiac
catheterization, as detailed above. He does report significant edema,
especially by the end of the day.
Pulmonary: Negative for tuberculosis, chronic obstructive pulmonary disease,
cough, or hemoptysis.
Gastrointestinal: No peptic ulcer disease, GERD. No signs or symptoms of
gastrointestinal bleeding.
Genitourinary: No dysuria, gross hematuria, frequency, or urgency. No hesitancy
or difficulty starting urine stream. No flank pain. The patient reports frothy
urine, especially in the morning. Denies nocturia.
Rheumatologic: No myalgias, arthralgias. No gout history.
Skin: No rashes or pruritus.

BDDR B-13

Re: Jerryal Culler                                                                          Page 3
December 6, 2005

> Neurologic: No history of seizures or stroke no history of transient ischemic
> attacks. No headaches or dizziness.
> Psychiatric: No depression or mental illness
> Endocrine: No history of thyroid disease.
> Heme/Onc: No history of anemia or cancer.

## Physical Examination:

> Vital Signs: Blood pressure right arm 140/9.3, left arm 132/94, pulse 64,
> respiration 14, temperature 97.8, weight 168 pounds.
> General: Well developed, well nourished M F in no acute distress.
> HEENT: Atraumatic, normocephalic. Pupils equal, round, and reactive to light
> and accommodation. Sclerae anicteric conjunctivae clear. Fundi not well
> visualized. There is mild periorbital edema. Good oral hygiene. Normal
> pink, moist oral mucosa.
> Neck: Supple, trachea midline. No thyromegaly or lymphadenopathy. No
> jugular venous distention or abnormal pulsation while supine.
> Chest: Thorax symmetrical. No hyperresonance or dullness to percussion. Breath
> sounds full and symmetric.
> Heart: Regular rate and rhythm. No lifts, heaves, or palpable thrills. PMI diffuse
> and not well located. Normal S1 and S2. S2 physiologically split. No
> appreciable rubs, gallops, or murmurs.
> Breasts: Deferred, not pertinent to consultation.
> Abdomen: Soft, non-tender, non-distended. Normal active bowels sounds. No
> abdominal or flank bruits noted. No organomegaly or masses palpated.
> Extremities: No clubbing, cyanosis, however, trace edema identified. No
> arthropathies or deformities.
> Back: No tenderness or masses. No presacral edema. No kyphosis or scoliosis.
> Vascular: Peripheral pulses normal and symmetric.
> Skin: No significant dermopathy.
> Lymph nodes: No adenopathy.
> Genitalia: Not pertinent to present evaluation.
> Rectal: Deferred, not pertinent to present evaluation.
> Neurologic: Awake, alert, and oriented to person, place, and event.
> > Cranial nerves II-XII grossly intact.
> > Motor and cerebellar exam grossly intact.
> > Sensory exam grossly within normal limits.
> > Reflexes 2+ and symmetric bilaterally. No pathological reflexes noted.

## Diagnostic Data:

> As detailed above.

## Assessment:

1.  Minimal change disease with questionable steroid dependence. Most recent
    24-hour-urine in October, however, the results are unavailable. I suspect the
    patient still remains nephrotic at this point in time. Another possibility is focal
    segmental glomerulosclerosis with a misdiagnosis of minimal change disease



Re: Jerryal Culler                                                                    Page 4
December 6, 2005

> based upon sampling error. I suspect this may truly be the underlying
> diagnosis, give the overall picture.

2.  Stable hypertension, however, above goal.
3.  Probable hyperlipidemia, however, no lipid panel has been recently
    performed.

## Plans/Recommendations:

1.  I would recommend continuing current prednisone dose.
2.  Mr. Culler had extensive workup at Mercy Hospital in Bakersfield in 2004.
    This is where the episode of acute renal failure occurred. He has agreed to
    have all his medical records released. I would like to review these records to
    assess whether or not he truly had acute renal failure from the CellCept,
    cyclosporin and ACE/ARB, as detailed above, or if it is, indeed, more likely a
    result of the cardiac catheterization.
3.  Depending on the records and true history regarding the episode of acute renal
    failure, I would recommend restarting CellCept as possible method of
    reducing his steroid dependence.
4.  The possibility of re-biopsy was also discussed, which Mr. Culler adamantly
    refused.
5.  I would like to have Mr. Culler return to clinic in January of 2006 when,
    hopefully, we will have been able to obtain some of the records from Mercy
    General. On return, I would request that a 24-hour-urine be performed to
    assess his proteinuria and creatinine clearance, as well as a lipid panel,
    metabolic panel and a CBC.

Michael Dicus, M.D.

MD:ef

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.



| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 1-29-06 | 19⁰⁰ | ① | ↑ Lipitor to 20 mg PO q HS X 3 mo |
| | | ② | CMP, Lipid Panel, CBC, Sed Rate, UA      do 2/22/06 |
| | | | J. Friederi~ |

Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

| 2-3-06 | 10⁴⁵ | ① | Cellcept 500 mg ↑ NOTIFY pt to pick up ↑PO BID X 60 da |
| | | ② | CBC, BMP on 2/16/06, 3/16/06 and 4/17/06 |
| | | ③ | 24° Urine for Protein + CrCl on 3-16-06 |
| | | ④ | F/u appt c̄ myself 2/10/06 |
| | | ⑤ | F/u appt c̄ Dr. Dicus in Late March |

Form to UM Nurse

Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

J. Fries~

ALLERGIES: Cyclosporine      INSTITUTION: CTF C      ROOM/WING: D 234 4

Confidential Client Information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Culler
H 31082

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA      OSP 05  90611      DEPARTMENT OF CORRECTIONS

B-16

Dr Friederichs see
reccomendations next page

# Central Coast Nephrology

Pt: Culelr, Jerryal  H31082

MR:
DOB: 2/27/58
Referring MD: Dr. Friederichs, CTF

Page 1 of 2

January 31, 2006

Return Visit

47 yo M        1. Minimal change disease with nephrotic syndrome
               2. HTN
               3. Hyperlipidemia

S: Here for follow up of labs and medications. Past history from Novato and Bakersfield
reviewed. Episode of ARF in Bakersfield likely due to contrast nephropathy from
cardiac catheterization; extremely unlikely due to Cellcept. Pt very difficult to deal with
in the office today; reluctant to try steroid sparing regimens but wants off steroids if
possible.

ROS:
General:    No fever, chills, night sweats. No weight change.
HEENT:      No visual/auditory changes
CV:         No angina or equivalent. Denies palpitations, orthopnea,
            Dyspnea on exertion.
Pulm:       No cough, hemoptysis.
GI:         No nausea, vomiting, or diarrhea. No abdominal pain.
GU:         Denies frequency, dysuria, hesitancy, incontinence. No nocturia.
            Denies foamy/frothy urine, no gross hematuria.
Neuro:      No new neurologic symptoms.

O:

| Wt | 175lbs | BP L | 108/78 | BP R | 128/80 | P | 80 |
|----|--------|------|--------|------|--------|---|----|

Gen:      Awake, alert, no distress. WD/WN
HEENT:    NC/AT. Oropharynx w/ pink, moist mucosa.
          Normal dentition. (+) periorbital edema
Neck:     Supple, without lymphadenopathy or JVD
Lungs:    Clear to auscultation bilaterally.
CV:       Regular rate/rhythm. No rubs, gallops, murmurs.
Abd:      S/NT, + bowel sounds. No hepatosplenomegaly.
Extr:     No cyanosis, clubbing; tr-1+ edema

Labs:12/20/05

| K | 4.3 | Bun | 11 | Creat | 0.9 |
|---|-----|-----|-----|-------|-----|
| H/H | | 24hr Uprot | 6595mg | CrCl | 90 |

Other labs: TG 314, LDL 447 (calc)


B-17

# Central Coast Nephrology

Pt: Culelr, Jerryal                                           Page 2 of 2
MR:
DOB: 2/27/58
Referring MD: Dr. Friederichs, CTF


A:
1. MCD- risks and benefits of prolonged steroid use explained in detail. In addition, potential benefits and low side effect profile of Cellcept explained. Again explained in detail the low likelihood of Cellcept causing his renal failure while in Bakersfield given previous good tolerance of the medication and temporal relationship to his cardiac catheterization. Alternatives including cyclosporine and azathioprine reviewed- pt unwilling to retry CSA; multiple risks and potential long term toxicities of azathioprine reviewed with patient.
2. Hyperlipidemia- related to MCD + steroids.
3. HTN at goal; pt refuses ACE/ARB.


P:
1. Diet reviewed. Low salt, low fat encouraged.
2. Medications reviewed as above.
3. Trial of Cellcept 500mg BID; if tolerated would recommend that the Cellcept be increased to 1000mg BID for maximal benefit. This will be a long term therapy, as relapse rates when the medication is discontinued are relatively high.
4. Increase Lipitor as tolerated, will likely need multi-agent therapy (Lipitor + Zetia).
5. Monthly CBC and BMP x 3 months to monitor for thrombocytopenia or leucopenia with Cellcept and for changes in renal function.
6. CMP and lipid panel in 3/06
7. 24 hour urine in 3/06
8. RTC in late 3/06, after above labs have been done.

Michael Dicus, M.D.

B-18

N° 187327

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| ⌐EST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

CDC NUMBER
H 31082

HOUSING
D234L

⌐ENT SIGNATURE *illegible*

DATE
2/13/06

⌐EASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
⌐he Problem)

Flu C Dr. friederichs

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O: T: 98.3  P: 88  R:      BP: 134/90  WEIGHT: 97    2/13/06

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT
SCHEDULED AS: | EMERGENCY
(IMMEDIATELY) ☐ | URGENT
(WITHIN 24 HOURS) ☐ | ROUTINE
(WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | 13-19 | |

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3/9/06 | | 1 | FAX Copy S lab works @ 2-22-06 to Dr. Dicus @ 755 - 7975 |
| | | 2 | F/u Appt c myself 3-13-06 |
| | | | D. Friederi. |
| 3/2/9/06 | | | Noted Timothy Friederichs, M.D. Physician & Surgeon CTF Soledad |

**ALLERGIES:**

INSTITUTION: CTF - NORTH

ROOM/WING: D 234

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

Culler
H31082

**PHYSICIAN'S ORDERS**

B-20

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05 93416          DEPARTMENT OF CORRECTIONS

Nº 827699

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

3/04

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Culler Sr, Jerryal | H31082 | DW-234 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Jerryal Culler Jr, | 3-8-06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) PREDNISONE (MEDICATION)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 5/8/06 | Received by: |  |
|---|---|---|---|
| Date / Time Reviewed by RN: |  | Reviewed by: |  |

S:                    Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:  T: 98   P: 68   R: 16   BP: 130/80   WEIGHT: 181 lbs   3/22/06

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☑ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: |  | DATE OF APPOINTMENT: 3/23/06 | |
| COMPLETED BY |  | NAME OF INSTITUTION | |
| PRINT / STAMP NAME |  | SIGNATURE / TITLE | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

B-21

EXHIBIT C



Sees Addendum
Updated Nephrologist Report

11-06-10-5-07

EMERGENCY APPEAL, ATTN DR FRIEDRICHS

2ND LEVEL    NON-C.M.O

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category    8-30

1. 06-01761    JUN 0 8 2006    1. _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Jerryd O. Cullens | H31082 | UNASSIGNED | D W-234 |

A. Describe Problem: ON 6-14-2000 I was taken to NOVATO community Hospital for RENAL failure due to wrong medication slup is Cyclosporin and ACE inhibitors. ON 5-12-06 I was taken from CT-F for outside consultation with a Nephrologist who once again prescribed an ACE inhibitor even though I told him I couldn't take it. On the morning 5-13-06 I developed an adverse reaction to this medication and went to

If you need more space, attach one additional sheet. SEE Attach. page

B. Action Requested: ① That I am transfered immediately out of C.T.F to C.M.F. VACAVILLE to receive the proper medical attention for my condition C.T.F will not come in to compliance with PLATA V.

Inmate/Parolee Signature: Jerryd Cullens Jr    Date Submitted: 5-13-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: See    ~~BYPASS~~

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

~~BYPASS~~

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED    RECEIVED    RECEIVED    RECEIVED

JUN 15    JUN 16 2006    MAY 17 2006    JUN 0 8 2006    06.01761

CTF APPEALS    CTF MEDICAL APPEALS    CTF MEDICAL APPEALS    CTF APPEALS

First Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _6-6-06_    Due Date: _7-19-06_

Interviewed by: *As we discussed at length, the treatment for your kidney disease needs 3 elements: a pleasant HD, a nephrologist you direct communication with both. You will be attended to in ANY pleasure. We can prove these conditions. Please ask your both HD your questions until you understand the reasons behind treatment. By refusing to follow our recommendations you will sooner need dialysis or transplant. Once informed, you can decide for or against the treatments and bear the consequences.*

Staff Signature: _M. Luca MD_    Title: _M_    Date Completed: _5/26/06_
Division Head Approved: _N. Luca MD_    TIMOTHY W. FRIEDERICHS, M.D.    Returned _____
Signature: _Friederichs_    Title: _STAFF PHYSICIAN & SURGEON_    Date to Inmate: _JUN 08 2006_
                                                          CTF SOLEDAD

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*Dissatisfied with Respondents Response, it must be noted and complain against that my H.D.H complaint. And all my supporting guidences was dissatisfied/Removed by said Respondents, is copies of medical Reports from Nova to community Hospital dated 6-6-00, (SEE ATTACHMENT)*

Signature _J. Curry Jr._    Date Submitted: _6-12-06_

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _JUN 15 2006_    Due Date: _JUL 14 2006_

☐ See Attached Letter *Agree with Dr Luca's assessment*

Joseph Chudy, M.D.
Signature: _____    CMO/HCM (A), CTF Soledad    Date Completed: _8-16-06_

Warden/Superintendent Signature _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____    RECEIVED
☐ See Attached Letter

CDC 602 (12/87)    Date: _____

NOV 30 2006

CTF APPEALS

This adverse effect this ACE-inhibitor was having on me, I asked him to change it then showed him all medical reports on the adverse effects. He looked at the report and said he did not agree with them. As I tried to explain he called security. I spoke with a lieutenant about this incident who informed me, that there was nothing he could do this was a medical issue.

Now Dr. Lucus and Dr. Friederich are blaming me (said writer) for not taking these medications that cause adverse effect. Said doctors are suggesting I take cyclosporin, all of which will cause renal failure. For Dr. Lucus and Dr. Friederich to recommend these medication show a deliberate indifference to my medical needs, violate A.D.A, and eighth Amendment violation. It must noted I gain 50-60 pounds each time of water weight with no monitoring

Action Request

Davis until 2008

Reviued/Amended Action Requested.
Immediatrely transfer to San Quentin State Prison because it has now come in to compliance with Plata V. Davis and UCSF and the Federal Court Overseer is there and can better care for my Nrephrotic Sydrome. (12-5-06)
date
H31082 #DW-338

drop in CITIF after being seen by Dr. Crewell who reviewed my medical records, which noted that I was absolutely not to take ACE-inhibitors. I also showed him my copies of medical records. After reviewing all of my medical records each one noting the above he stated He didn't agree with the other Dr's and nephrologist and told me he would not change his medication back by to clonidine which is the only high blood pressure medication I can take. By this action C.T.F. medical dept has violated MDA have a deliberte indifferance to my medical needs and violated my Eighth Amendment to be free from cruel and unusual ~~protishm~~ punishme

---

## Continue Second Level

nephrologist report by Dr Chaplin Liu, dated 3-5-2003, medical report by Dr Thanit Hasadri, dated 9-16-2004, and Dr Friederich himself, signed by him on what medication I am absolutely not to take. (All have been replaced plus additional reports) This is the second medication in less than two month prescribed by that had adverse effects, the first was cellcept by Dr Micheal Nicus, I brought this to Dr Friederich attention and another Doctor was given. The new Doctor recommende was Dr Dennis Phan, who prescribed cellcept be discontinue and prescribed Lisinopril an ACE-inhibitor, which I learn when it stop me from peeing. On May, 13-2006, I went to Emergency Care, I first saw RN Lynn Minismock who became rude and disrespectful when I express my concerns and showed her the weight gain, she said I was piessing her off, another RN relieve her, this same day I went back to Emergancy Care, this I saw RN Lawis who referred me to Dr Crewell, I again showed him the edema in my upper and lower body, express my concerns about

RETURN by C.A.C. for time restraints CCR 3084.6 (c) closing all avenue to exhaust state remedy, California dept. of Correction & Rch. Applys double standard regarding C.C.R. 3084. (2) Dr. Chudy appears not to have review my medical records thoroughly had he did so he would have discover in fact I have not been given the proper treatment here for my medical condition. i.e Cellcept and Lisinopril were medications already establish to cause serue adverse @ effect and should have never being given. (3) Said writer has experience from both medications (Cellcept / Lisinopril) serue weigh gain (160lb - 200) to has cause excruciating pain and discomfort. Since 3-26-06 my body weigh has has been fluctuating from 158- 210. However since the introduction of Lisinopril 5-13-06 my condition appears to have worsten. The weight gain has been centaley located in my chest making it hard to sleep at night because fluid in my lungs and having to sleep on my right side to keep presure off my heart. Also there is serue penile edema at night making it impossible to urinate and cause extreme pain. And in the day time fluid shift to my legs making it uncomfortable to stand or walk. (4) There has been no monitoring of weight gain, or blood work, adverse effect of medications. (5) Lastly had Dr. Chudy review my medical record thoroughly he would have notice in fact I did as directed by outside Doctors unit each medication begun to cause adverse effect. p.e. code 832.5. Rhodes V. Robinson, 408 F.3d 559 C.T.F. Soledad medical dept. is inadequate, medical staff is under staff, uncaring, ill requipped to professionaly deal with CHRONIC CARE INMATES and are couing up on medical mishaps. see C.C.R. § 3350, 3350.2, 3350.3

I declare under penalty of perjury for foregoing's true and correct.

8-26-06

DO NOT REMOVE

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| REASONABLE MODIFICATION OR ACCOMMODATION REQUEST<br>CDC 1824 (1/95) | INSTITUTION/PAROLE REGION | LOG NUMBER: | CATEGORY:<br>18. ADA |
|---|---|---|---|

*NOTE:* **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Sterling J. Culhane, Sr. | H31082 | Unassigned | DW-234 | |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Minial Change disease (sidney disease) Nrpheotic Syndrome

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

*(stamp: RECEIVED AUG 31 2006 LEGAL AFFAIRS BRANCH)*

DESCRIBE THE PROBLEM:

*(stamp: RECEIVED DEC 29 2006 LEGAL AFFAIRS BRANCH)*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

INMATE/PAROLEE'S SIGNATURE

DATE SIGNED  Resigned and dated 5-13-06
because DR's disgarded the first one

C-5

**STATE OF CALIFORNIA**                    **DEPARTMENT OF CORRECTIONS AND REHABILITATION**

CORRECTIONAL TRAINING FACILITY - SOLEDAD

# Memorandum

Date:       November 1, 2006

To:         CULLER, H31082

Subject:    **CTF APPEAL LOG # CTF-C-06-01761**
            **AMENDED SECOND LEVEL RESPONSE**

**ISSUE:**    Your CDC 602 indicates that you are requesting to be transferred immediately out of CTF to CMF Vacaville to receive the proper medical attention for your condition. You also state that CTF will not come into compliance with Plata.

**APPEAL RESPONSE:** CTF Soledad is not a designated Plata institution.    We are scheduled to come into full compliance January 2008.

Dr. Luca interviewed you at the 1st Level of your CDC 602 May 26, 2006. Dr. Luca discussed at length with you the treatment for your kidney. You were advised that the CTF physician, the nephrologists and your direct communication with both was needed. You were advised to ask both physicians' questions until you understand the reasons behind your treatment. You were advised that refusing to follow the recommendations you will soon need dialysis or transplant. You will then have to decide for or against the treatment and bear the consequences.

You had Nephrology consult January 31, 2006.    The recommendation was for new medications and a follow-up appointment in March 2006. March 28, 2006 you signed a Refusal of Examination and/or Treatment. It was noted that you would not be rescheduled and that you must go through sick call and request another referral.

Dr. Friederichs ordered a consult April 3, 2006. You were examined May 12, 2006 by M. Dicus, MD and the recommendations were noted by Dr. Friederichs and followed for a change in medications.

It was noted that you signed a release of information for Dr. Dicus December 6, 2005. It was also noted that Dr. Dicus wanted to review all of your medical files from Mercy Hospital to assess whether or not you truly had acute renal failure from the CellCept, cyclosporine and ACE/ARB or if it is, indeed, more likely a result of the cardiac catheterization. The possibility of re-biopsy was discussed and you adamantly refused at that time.

Dr. Friederichs ordered a follow-up Nephrology consult July 28, 2006 at University of California San Francisco. UCSF has a large waiting list for consults. You have been scheduled. Dr. Friederichs examined you August 4, 2006. It was noted that you refused to see Dr. Dicus or Dr. Phan (both Nephrology specialists). You were also again encouraged to try the Ace Inhibitor. Your last exam was with Dr. Friederichs September 13, 2006. Your medications are current as of this date. Also attached are a Comprehensive Accommodation Chrono and Physical Limitation Chrono dated September 13, 2006.

C - 6

**STATE OF CALIFORNIA**                                    **CORRECTIONAL TRAINING FACILITY**
                                                                          **PAGE 2**

There is no medical indication for a transfer and your request is **denied**. You may address your request for a transfer through other appropriate channels.

**APPEAL DECISION:** Your Second Level appeal has been **denied** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.


**Joseph Chudy, M.D.**
**Chief Medical Officer (A)**

C-7

Correctional Training Facility

Inmate Appeals Office

RECEIVED

## MODIFICATION ORDER

DEC 1 4

November 1, 2006

**MEDICAL**                              DUE DATE: **12/04/2006**     CTF APPEALS

RE:CULLER, H31082, CFDWT2000000234L
    CTF-C-06-01761
    MEDICAL

AMENDED APPEAL RESPONSE

Please be informed that as a result of a Level II Decision, the above referenced appeal has been
**DENIED**. Please complete this modification order to comply with the decision.

**Your area shall amend the Second Level Response.**

_____                        17·13·06
W. Cohen, Chief Deputy Warden (A) – North/South       Date
P. Barker, Chief Deputy Warden – Central

The modification was completed in the following manner:

| Attached Amended 2nd level |
| --- |
|  |
|  |
|  |
|  |

(You must attach a copy of any documents proving compliance, such as CDC Form 128-G, Classification Chrono; CDC
Form 128-C, Medical Chrono; CDC Form 115, Rules Violation Report, etc.)

Certified as completed by:

_____ o— Hcm/cmo(A)  CTF
Name (Signed)                    Title        Location

_____ (mi)  11/28/06
Name(Printed)                    Date

**RECEIVED**

NOV -2 2006

CTF
MEDICAL APPEALS

C-8

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:    **FEB 2 0 2007**

In re:    Culler, H-31082
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

IAB Case No.: 0607587        Local Log No.: CTF 06-01761

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position on June 14, 2000, he was transported to Novato Community Hospital for renal failure due to the wrong medication being administered (Cyclosporine and an ace inhibitor). On May 12, 2006, the appellant alleges he had a nephrology consultation and once again was prescribed an ace inhibitor although he informed the specialist he could not take the medication. On May 13, 2006, the appellant claims he had an adverse affect from the medication and went to the drop-in clinic. The appellant claims he was evaluated by Dr. Grewal and showed him his previous medical records regarding the ace inhibitor. The appellant states he informed Dr. Grewal the only blood pressure medication he could take was Clonidine and claims Dr. Grewal refused to prescribe it. The appellant alleges Correctional Training Facility (CTF) has violated the Americans with Disabilities Act (ADA) and has demonstrated deliberate indifference to his medical needs henceforth violating his Eight Amendment right. The appellant is requesting to be transferred to a medical facility in order to be provided proper medical attention for his condition as CTF is not complying with Plata vs. Davis.

**II    SECOND LEVEL'S DECISION:** It is the institution's position the appellant was interviewed at the First Level of Review on May 26, 2006, by Dr. Luca. During the interview, the importance of open communication was stressed between the appellant, nephrologist and primary care physician in an attempt to provide the best treatment options for his kidneys. The appellant was also informed his failure to comply with the recommendations provided would result in renal dialysis or a transplant. The appellant was evaluated by a nephrologist on January 31, 2006, who recommended new medications and a follow-up appointment in March 2006. On March 28, 2006, the appellant signed a CDC Form 7225, Refusal of Examination and/or Treatment for the nephrology follow-up appointment. The appellant was also informed this appointment would not be rescheduled until he submitted another CDC Form 7362, Health Care Services Request requesting such a referral. On April 3, 2006, Dr. Friederichs ordered another consultation and the appellant was subsequently evaluated by Dr. Dicus (nephrologist) on May 12, 2006. Dr. Friederichs followed the nephrologist's recommendations and adjusted the appellant's medication regimen. Health care staff documented the appellant signed another CDC 7225 on December 6, 2006, for Dr. Dicus (nephrologist). It was the intention of Dr. Dicus to review the appellant's medical records from Mercy Hospital to determine if the appellant truly had renal failure as a result of CellCept, Cyclosporine and an ace inhibitor, or if it was more than likely the result of a previous cardiac catheterization. The possibility of another renal biopsy was discussed and the appellant adamantly refused. On July 28, 2006, Dr. Friederichs ordered a follow-up nephrology consultation at the University of California at San Francisco Medical Center; however, the appellant refused the consultation. It is noted in the Second Level of Review, the appellant's last health care encounter was September 13, 2006. During that encounter a CDC Form 7410, Comprehensive Accommodation Chrono was issued. After review, there is no medical necessity for the appellant to be transferred to a medical facility as his health care needs are being met at CTF.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A.    FINDINGS:** It is the appellant's contention he has renal failure as a result of being prescribed the incorrect medications. The appellant alleges he is not receiving the necessary intervention by CTF health

CULLER, H-31082
CASE NO. 0607587
PAGE 2

care staff; however, it is well documented the appellant has refused recommended specialty consultations on several occasions. As previously mentioned, it was the intention of Dr. Dicus to review the appellant's prior medical records to determine if the appellant truly had renal failure as a result of CellCept, Cyclosporine and an ace inhibitor, or if it was more than likely the result of a previous cardiac catheterization. However, it was presumed by the nephrologist, the appellant's nephrotic syndrome was due to glomerulonephritis. Although the appellant's medication regimen has been evaluated and adjusted according to the specialist's recommendations, his refusals of specialty follow-up consultations makes it difficult to determine their efficacy. Health care staff is attempting to provide the necessary nephrology treatment to the appellant however, without his full cooperation, it is a strong possibility the appellant will require renal dialysis or transplant. At the present, there is no medical necessity for a transfer to a medical facility as CTF health care staff are making every attempt to provide quality health care. The appellant brought up new issued at the Director's Level of Review (DLR) not related to his nephrology condition that will not be addressed. After review, there is no indication for intervention at the DLR.

The appellant filed the appeal as an ADA issue. Following careful examination, there is no evidence to support that the issue and its resolution fall within the Armstrong v. Davis Court Ordered Remedial Plan or California Code of Regulations, Title 15, Section (CCR) 3085. As such, it has been processed in accordance with CCR 3084 et sequitur.

The appellant has added new issues and requests to his appeal. The additional requested action is not addressed herein as it is not appropriate to expand the appeal beyond the initial problem and the initially requested action (CDC Form 602, Inmate/Parolee Appeal Form, Sections A and B).

**B. BASIS FOR THE DECISION:**
CCR: 3350, 3350.2, 3354
CDC Operations Manual Section: 54046.2.3

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CTF
       Health Care Manager, CTF
       Appeals Coordinator, CTF
       Medical Appeals Analyst, CTF

C-10

STATE OF CALIFORNIA —DEPARTMENT OF CORR.    ....이니ITATION    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 21, 2006

CULLER, CDC #H-31082
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

Re: Institution Appeal Log #CTF 06-01761 Medical

Dear Mr. CULLER:

The enclosed documents are being returned to you for the following reasons:

Your appeal is incomplete. You must include supporting documentation. Your
appeal is missing the Second Level Response from the institution.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can
answer any questions you may have regarding the appeals process. Library staff
can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

$C - 12$

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

# PROBLEM LIST

ALLERGIES *ACE INHIBITORS & CYCLOSPERINE*

Interim CDC Form # XXX

INSTRUCTIONS: A Primary Care Provider (PCP) shall complete this form for any Medical Problem lasting more than six (6) months that is thought to be a potential chronic disease process. Also include any on-going treatments, (i.e. ESRD/dialysis), or major surgery (i.e. CABG). A Psychiatrist shall complete this form for any DSMIV-Axis I diagnosis. The Provider will enter date problem identified; Problem DX, name and signature; and Date resolved and initials when problem is resolved. This form is to remain at the top of the Physician Order section. *(To be brought forward at each visit.)*

| Date Identified | Problem | Signature | Date Resolved | Initials |
|---|---|---|---|---|
| 1998 | Minimal Change Disease/Nephritic Syndrome S/P Kidney BX   Steroid Dependent | *signature* | | |
| | Hypertension | *signature* | | |
| | Bronchial asthma | *signature* | | |
| 6/16/04 | CAD mild mid LAD with preserved LV function | *signature* S/P coronary angiogram | | |
| | Dyslipidemia | *signature* | | |
| | Hypoalbuminemia | *signature* | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| INSTITUTION: CSP- Corcoran | CDC NUMBER, NAME (LAST, FIRST.MI) AND DATE OF BIRTH CULLER, JERRY A L H-31082 DOB = 2-27-58 |
|---|---|

JF CALIFORNIA
/362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME
Culier Jerrey A.

CDC NUMBER
H31082

HOUSING
D W 2 3 4

PATIENT SIGNATURE
*signature*

DATE
5-13-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I CHAN'T TAKE ACIE - INhib. tors WHS giveN This Medication yestredAy by Nephologist mistnkingly,

SX (Renal Failure), SOB, 2° Edeuse throughaut PAin

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S: I Took med N/o .   Pain Scale: 1   2   3   4   5   6   7   8   9   10

Realizing Lisinopril was an ACE intibitor

(one 5mg Tab This AM)

O:   T: 98   P: 96   R: 15   BP: 128/84   WEIGHT: 173

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate



```
CULLER, J                              H-31082
CD2-234L                    DR: FRIEDERICHS
782918- 0        RPH:  MN         MFG:  ZZ
LISINOPRIL 5MG. TAB               QTY:  30
1 TABLET IN MORNING.
30 DAY SUPPLY
START:  05/12/06              STOP:  08/10/06
```

```
CULLER, J                              H-31082
CD2-234L                    DR: SINNACO
772849- 1        RPH:  MN         MFG:
                                  QTY:   0
*DC CLONIDINE TAB 0.1MG*
***** DISCONTINUED ******
***** DISCONTINUED ******          STOP:  05/12/06
START:  04/18/06
```

```
CULLER, J                              H-31082
CD2-234L                    DR: FRIEDERICHS
775810- 0        RPH:  MN         MFG:
                                  QTY:   0
*DC CELLCEPT 250MG CAPS*
***** DISCONTINUED ******
***** DISCONTINUED ******          STOP:  05/12/06
START:  04/10/06
```



C-144

## INMATE
## TEMPORARY PASS

THE INMATE MUST REPORT AT THE TIME AND PLACE
DESIGNATED. FAILURE TO DO SO MUST BE
REPORTED TO THE CAPTAIN'S OFFICE IMMEDIATELY.

NAME _Coller_     NUMBER _H31082_ DATE _May 13, 06_

ASSIGNMENT _N/A_     DESTINATION _Medical_

CELL NUMBER _DW234_                     _R.N. Lewis_

TIME DEPARTED _1440_     SIGNED _C/o C.Prtz_

TIME ARRIVED _____     SIGNED _____

TIME DEPARTED _____     SIGNED _____

TIME ARRIVED _____     SIGNED _____

CTF-249 (Rev.06-98)



| DATE | TIME | |
|------|------|---|

5/13/06   (see 7362)

11.10 AM ③ Pt - was seen by Nephrologist
a 5/12/06. he changed
Rx. he p/c clonidine &
started on Lisinopril (see
orders dated 5/12/06)
- Pt. does not want to
follow the recommendation of
Nephrologist saying that he has
kidney failure.

○ Lab (4/17/06) BUN - 11.3
Creatinine - 0.8

A ① A Earlier.
P ② Advised to F/u advice of
Nephrologist.
③ Need to F/u Dr. Fordril

I. Grewal, M.D.
Staff Physician and
CTF Soledad Surgeon

INSTITUTION

HOUSING UNIT   C-7F/C

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Culler
H-31082

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

C-16

| DATE | TIME | |
|---|---|---|
| 5/26/06 | | — to monitor body his PP & reintroduce clonidine if high |
| | | — to monitor time by MC or Sr. Friedies |
| | | to insure continuity of care |
| | | — to continuously to communicate w/ him as our patient to determine the |
| PP 1/30/08 | | need for bedcare |
| 97.8 | | — I believe we have excellent resources |
| 14 | | of PCD + specialist consultant to provide |
| 72 | | the necessary care & no need exists |
| | | for transfer to another facility |
| | | — I believe the pt is totally appropriate |
| | | in his reasoning having in mind his |
| | | long time illness. We note we will work |
| | | with him to find the best method for |
| | | treatment .                    W[illegible] |
| | | note; attached is the [illegible] I used |
| | | to make my points to the patient |
| | |                        N. [illegible] |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | | Cullar |
| | | # — 3/082 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

C - 19

6/6/00

4/17/06

2/06

5/26/06

602

BUN    106

9 ( 8-20 )

Crat   1.1

0.8 ( 0.6 — 1.3 )

· ACE
· Cholesp
· Bad

ACE

Cullaff

Immun
System



B- 606
B- 505    C-18
B-204    B-606

| DATE | TIME | |
|------|------|--|
| 5/24/06 | 1300 | See CDC 1362 48 y/o male (up 9 7¾) B/p 138/88 p 72 |

R 14   wgt. 159#   (Kevin)

Re: wants to be evaluated to
be moved to CMF (calif medical fac) Note
person: previously wrong medica-
tion. Informed him that:
— he has a chronic renal disease
— that his response to ACE, cyclosporine
was bad in 2000 because his PCO N
was 106 & creat 7.1 (or caused the
increase)
— that ACE inhib. & allergy product
in 06 beg. to ... that is a need to
protect this kidneys from progressing
to deteriorate and that we will
& are monitoring his renal function
— that I understood that smoking/ill
caused him a complete shut off of
his urine production. I agreed to
step it show I have doubts
— I call to those office & inform secretary
about our facts & asked him to call
me back

INTERDISCIPLINARY PROGRESS NOTES

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Culler
H31082

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

B-68 C-19

DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/28/06 | | (1) | BP check q D   10 d. If 2 measurements more than 140/90 see Dr. Lucas or Dr. Friedrich |
| | | (2) | F/u only, c Dr. Lucas or Dr. Friedrich   N. Lucas MD |
| | | | Noted A. Johnson u 5/26/06  1743 |

ALLERGIES: Ace inhibitor, cyclosprine
cillsap

INSTITUTION: CTF CF

ROOM/WING: D 234

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Culler,

H31082

**PHYSICIAN'S ORDERS**   C-20

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 90611        DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 7/19/06 | 12 15 | (S) took one dose of Lisinopril & claims he stopped urinating; however he did notice (less) foam in his urine for about 2 wks) |
| | | (O) Ext 2+ ankle & pretibial edema |
| | | Alb < 1.0 |
| 3/20/06 | | 24° Urine Alb → 15,974 mg/24° |
| | | (A) CKD Minimal Change Glomerulonephritis Dyslipidemia; Oppositional Personality |
| | | (P) Pt will NOT take on Ace Inhibitor, even though I explained to him that in (low doses) it may be protective of his kidneys; he will discuss options ē Dr. Phan @ his Next Appt. |
| | | (E) Lab of 6-5-06 is NOT on chart |

T. Friederichs

Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad
**INTERDISCIPLINARY PROGRESS NOTES**

INSTITUTION          HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Culler

H 31082

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

C-21

DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7-19-06 | 12 ²⁷ | (1) | Resource — one carton BID copy LVN Lopez X 60 da — DOT |
| | | (2) | BP check once weekly X 60 da Notify MD if 2 reading > 140/90 |
| | | (3) | Lasix 20 mg ī QAM ⎫ |
| | | (4) | Lipitor 20 mg QPM ⎬ X 90 da |
| | | (5) | DC Lisinopril ⎭ |
| | | (6) | F/u Appt ē myself 9-15-06 |

T. Friederichs

**Timothy Friederichs, M.D.**
Physician & Surgeon
CTF Soledad

| ALLERGIES: ACE Inhibitors Cellsept Cyclosporines | INSTITUTION CTF-C | ROOM/WING 17 234 |
|---|---|---|
| | | CDC NUMBER, NAME (LAST, FIRST, MI) |

Confidential
client information
See W & I Code, Sections 4514 and
5328

Culler
H 31082

**PHYSICIAN'S ORDERS**

B - C-22

# LABORATORY REPORT



**FOUNDATION LABORATORY**
1716 West Holt Ave.
Pomona, CA 91768
(909) 623-9301 • Fax (909) 623-9306
M.Y. Nasir, M.D., Lab Director
Allen Jay M.D., Lab Director

CORRECTIONAL TRAINING FACILITY
HIGHWAY 101N
SOLEDAD, CA 93960
CONTRACT# CTF03009,

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Culler, H31082 | 48 | 2/27/58 | M | H31082 | 0979467 |

| DRAWN DATE | RECEIVED DATE | TIME | REPORT DATE | TIME | |
|---|---|---|---|---|---|
| 4/17/06 | 4/17/06 | 23:00 | 4/18/06 | 10:52 | FRIEDERICHS,MD (CTF) |

PAGE: TIME DRAWN
.15

FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| D234L FASTING | | | | |
| **HEMATOLOGY** | | | | |
| WBC | | 10.6 | 103/uL | 4.5-11.0 |
| RBC | | 5.36 | 106/uL | 4.6-6.2 |
| HgB | | 15.5 | g/dL | 14-18 |
| HCT | | 46.3 | % | 42-52 |
| MCV | | 86.4 | um3 | 80-94 |
| MCH | | 29.0 | pg | 27-34 |
| MCHC | | 33.5 | % | 31.5-36.0 |
| RDW | 10.3 L | | % | 11-14.8 |
| PLATELETS | | 300 | 103/uL | 150-400 |
| MPV | | 9.0 | cu/mm | 6.8-10.6 |
| GRANULOCYTES % | | 68.2 | % | 48.9-69.9 |
| GRANULOCYTES# | 7.25 H | | 103/uL | 1.5-6.7 |
| LYMPHOCYTES % | 20.3 L | | % | 22.4-43.6 |
| LYMPHOCYTES# | | 2.16 | 103/uL | 1.5-4.0 |
| MONOCYTES % | | 9.8 | % | 6.2-9.8 |
| MONOCYTES# | 1.04 H | | 103/uL | 0.2-0.8 |
| EOSINOPHIL % | | 1.0 | % | 0-5.0 |
| EOSINOPHIL# | | 0.11 | 103/uL | 0-0.40 |
| BASOPHIL % | | 0.7 | % | 0-2.0 |
| BASOPHIL# | | 0.07 | 103/uL | 0-0.20 |
| RBC MORPHOLOGY | | Normal | | |
| **CHEMISTRY** | | | | |
| SODIUM, SERUM | | 138 | mEq/L | 136-145 |
| POTASSIUM, SERUM | | 3.9 | mEq/L | 3.5-5.1 |
| CHLORIDE, SERUM | | 105.5 | mEq/L | 101-111 |
| CO2 | | 25.8 | mEq/L | 22-30 |
| ANION GAP | | 6.6 | | 0.0-25.0 |
| CALCIUM, SERUM | 7.8 L | | mg/dL | 8.4-10.3 |
| GLUCOSE | 117.0 H | | mg/dL | 70-105 |
| BUN, SERUM | | 9.0 | mg/dL | 8-20 |
| CREATININE, SERU | | 0.8 | mg/dL | 0.6-1.3 |
| BUN CREA RATIO | | 11.3 | Ratio | 6.0-42.0 |
| OSMOLALITY CALC | | 275.39 | | |

Signature: _____

DATE 4/28/06  TIME

☐ No F/U

☒ F/U 5/8/06

☐ Repeat _____

☐ Chronic Care _____
☐ Appointment

MD Signature

NOTED:

DATE    TIME

NAME    SIGNATURE





DATE | TIME

4-28-06  Chart Review

1700    lab ↑ 4-17-06    Ca++ ↓ 7.8
                          Gluc - 117

(P) F/u Appt. to discuss

Friederi[cks]

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

5/4/06  (1) While working in library she
felt dizzy which necessitated him to
lie down in floor. He was sweaty, dizzy,
& his BP was low.
He has edema ⊕ 2+ is 0₂ legs. He begins
new BP (108/82), 97, 78   wt - 170 lb. take college
eat - ⊕edema (better Th before as per pt).
Cor CTA     HF S₁ e S₂ e 0

(A 2 P) Diuretic induced Hypotension : Vasovagal.
  - Stable hold lasix today & tomorrow.
  - going for nephro consult soon.
  - Hold lasix for now × 2 day
  - Continue prednisone.

Alma

INSTITUTION | HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

H31082
Culler
DoB  2-27-58

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME: CULLER, JERRYA

CDC NUMBER: #31082

HOUSING: DW234

PATIENT SIGNATURE: Jerry Cully Jr.

DATE: 5-13-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I CHAN'T TAKE ACB - INhib, tors was given this medicatio yestreday by nephologist misthkingly,

SX (Renal Failure), SOB, 2° Edeme throughait Pain

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S: I took med Not        Pain Scale: 1  2  3  4  5  6  7  8  9  10
Realizing Lisinapril was an ACB inhibitor
(Dave 5mg Tab This AM)

O:  T: 98  P: 96  R: 15  BP: 128/84  WEIGHT: 173

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME  *Culler*          CDC NUMBER  *H 3/082*          HOUSING  *D-234*

PATIENT SIGNATURE                                        DATE  *5/2✗*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  *F/u E DR. Frederich*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received:  *5/15   0630*        Received by:  *BC*

Date / Time Reviewed by RN:  *5/24*        Reviewed by:

S:          Pain Scale:  *1*  2  3  4  5  6  7  8  9  10

O:  T: *97.5*  P: *70*  R: *18*  BP: *120 / 70*  WEIGHT:

*6/19 - Dr. Frederich on Leave - will redue*

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | *6/1/9* |
| COMPLETED BY | | NAME OF INSTITUTION | *7/?✗* |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**



| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6/22/06 | 1115 | ① | Resource ↑ carton BID / month |
| | | | Albuterol MDI ⅱ puffs Q10 PRN v prn dose |
| | | | noted Thomas N  6/23  12 N |
| 7-12-06 | 16⁰⁰ | ① | Prednisone 60 mg QAM — TODAY X 90 da |
| | | | J. Friesen |

Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

ALLERGIES: Ace inhibitors, Cellsep Cyclosporins

INSTITUTION: CTF-C

ROOM/WING: DW 234 ↓

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)
Culler
H31082

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA       OSP 05 90611      DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Jeremiah J. Culler, Sr. | H31082 | DW-234 L |

PATIENT SIGNATURE    *Jeremiah Culler, Sr.*    DATE    7-12-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)    Medication - Resources and Medicated Lotion

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:    Pain Scale:    1    2    3    4    5    6    7    8    9    10

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form    On Decca/- 7/17/06

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |
|---|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | |
|------|------|---|
| 7/19/06 | 12 15 | (S) took one dose d) Lisinopril + claims he stopped urination. however he did notice (less) foam in his urine for about 2 wks) |
| | | (O) Ext 2+ ankle & pretibial edema |
| | | , Alt < 1.0 |
| 3/20/06 | | 24° Urine Alb ———→ 15,974 mg/24° |
| | | (A) CKD "Minimal Change Glomerulonephritis Dyslipidemia; Oppositional Personality) |
| | | (P) Pt will NOT take an Ace Inhibitor, even though I explained to him that in (low doses) it may be protective of his kidneys); he will discuss options c̄ Dr. Pham @ his Next Appt. |
| | | (E) Lab of 6-5-06 is NOT on chart |

INSTITUTION

HOUSING UNIT

D. Friederi [signature]

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Culter

H 31082

**Timothy Friederichs, M.D.**
Physician & Surgeon
CTF Soledad
**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362*(Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME _Culler_    CDC NUMBER _H3/06 2_    HOUSING _D 234_

PATIENT SIGNATURE    DATE _7-19-06_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_Flu Or Fried..._

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S: Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:   T: _98_  P: _80_  R: _10_  BP: _90_   WEIGHT: _176_

_7-19-06_

_0 945_

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)
## HEALTH CARE SERVICES REQUEST FORM
DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| CULLER | H 31087 | D 234 |

PATIENT SIGNATURE                          DATE
07/20/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

F/U · E  DR. Frieldrichs

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: 07/20/06 | Reviewed by: EV |

S:                        Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:77  P:60   R:6   BP: 128/64   WEIGHT: 166    9-16-06

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | 9-15 |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

| DATE | TIME | |
|---|---|---|
| 7/28/06 | 10 ²⁰ | ⑤ claims that Dr. Parker & Dr. Wilkinson @ Novato Community Hospital told him to Never take Cyclosporine & an Ace Inhibitor (again; first began having Kidney problems in 1998 (; feels (like doctors) are experimenting on him |
| | | ⓞ 3+ ankle edema) BP 120/70  P 70  R 18 |
| | | Ⓐ CKD Dyslipidemia Oppositional Personality Disorder |
| | | Ⓟ S.O. ; cont Prednisone 60 mg daily |
| | | Ⓔ Tele. Cons. Dr. Than ⟶ said he had two "horrendous)" visits c̄ this patient & he cannot help him (since he won't follow his suggestions) |

J. Fried

INSTITUTION CTF   HOUSING UNIT D234L

Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
CULLER
H31082

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7-28-06 | 10 30 | 1 | ↑ Lasix 40 mg ⊤ ⊙ AM X 90da |
| | | 2 | Lisinopril (2.5 mg) ⊤ ⊙ PM X 90da |
| | | 3 | Flu Appt. c̄ myself 8-4-06 |
| | | 4 | Nephrology Consult Dr. B. Reuer or @ UCSF |

NOTED: 7/28/06 T. Friederichs

1930 P/ Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

ALLERGIES: ACE inhibitors, cyclosporine

INSTITUTION: CTF

ROOM/WING: D 234 L

CDC NUMBER, NAME (LAST, FIRST, MI)
Culler
H31082

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 90611        DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7-19-06 | 27 | ① | Resource - one carton BID |
| 12 | | | Copy LVN x 60 da - DoT Lopez |
| | | ② | BP check Once weekly X 60 da |
| | | | NOTIFY MD if 2 reading > 140/90 |
| | | ③ | Lasix 20 mg ī QAM X 90 da |
| | | ④ | Lipitor 20 mg QPM |
| | | ⑤ | DC Lisinopril |
| | | ⑥ | F/u Appt c̄ myself 9-15-06 |
| | | | Q. Friedcri |

Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

ALLERGIES: Ace Inhibitors Cellard Cyclosporins

INSTITUTION: CTF-C

ROOM/WING: 234

CDC NUMBER, NAME (LAST, FIRST, MI):
Culler
H 31082

Confidential client information
See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05  90611          DEPARTMENT OF CORRECTIONS

## MULTI-PURPOSE FORM

TO: Appeals Coordinator _____  DATE: 7-26-06

(Name)                          (Title)

- ❏ MEDICAL CONCERN
- ❏ DENTAL CONCERN
- ❏ VISITING CONCERN      RECEIVED
- ☒ REQUEST FOR INTERVIEW
- ❏ PACKAGE ROOM
- ❏ REQUEST FOR I.D. CARD
- ❏ REQUEST TO REVIEW CENTRAL FILE
- ❏ TRUST OFFICE: Request for metered envelopes *(No Funds)*
- ❏ E.P.R.D.: You should be within six (6) months of release date to inquire

- ❏ TRUST ACCOUNT BALANCE $ _____
- ❏ TRUST ACCOUNT WITHDRAWAL
- ❏ REQUEST FOR ROOM CHANGE
- ❏ REQUEST FOR UNIT CHANGE
- ❏ FAMILY HOUSING UNIT VISIT INTERVIEW
- ❏ REQUEST FOR CHAPLAIN INTERVIEW
- ❏ MEDICALLY CLEARED FOR CULINARY REQUEST

REASON FOR REQUEST *(Be specific: Explain your problem):* I am Respectfully Requesting your office Assist me in Obtaining the 602 that Had a due date of 7-14-06, Appeal Log No, # C,T,F,-C-06-01761, Issue Medical, Second Level Response

DATE: 7-28-06   STAFF RESPONSE: Appeal is pending 2nd level Review by Medical. Refer question to CMO                    Absytes A/C

INMATE NAME: Jerryal J. Culler  INMATE NUMBER: H31082   CELL: DW 234L

ASSIGNMENT: Unassigned   HOURS: N/A   RDO'S: _____

CTF-304 (Rev. 10-05)

---

## MULTI-PURPOSE FORM

TO: Medical / Appeals Coordinator - Hopps  DATE: 8-1-06

(Name)                          (Title)

- ☒ MEDICAL CONCERN
- ❏ DENTAL CONCERN
- ❏ VISITING CONCERN
- ☒ REQUEST FOR INTERVIEW
- ❏ PACKAGE ROOM
- ❏ REQUEST FOR I.D. CARD
- ❏ REQUEST TO REVIEW CENTRAL FILE
- ❏ TRUST OFFICE: Request for metered envelopes *(No Funds)*
- ❏ E.P.R.D.: You should be within six (6) months of release date to inquire

- ❏ TRUST ACCOUNT BALANCE $ _____
- ❏ TRUST ACCOUNT WITHDRAWAL
- ❏ REQUEST FOR ROOM CHANGE   RECEIVED
- ❏ REQUEST FOR UNIT CHANGE
- ❏ FAMILY HOUSING UNIT VISIT INTERVIEW   AUG 23 2006
- ❏ REQUEST FOR CHAPLAIN INTERVIEW   CTF MEDICAL APPEALS
- ❏ MEDICALLY CLEARED FOR CULINARY REQUEST

REASON FOR REQUEST *(Be specific: Explain your problem):* I am Respectfully Requesting your office, Release my Medical 602 that is overdue A due date 7-14-06, Appeals Log No, #CTF-C-06-01761 Second level Response, Appeals Coordinator over

DATE: _____   STAFF RESPONSE: _____

INMATE NAME: Jerryal Culler  INMATE NUMBER: H31082   CELL: DW-234

ASSIGNMENT: Unassigned   HOURS: N/A   RDO'S: _____

CTF-304 (Rev. 10-05)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME _Culler_

CDC NUMBER _H31082_

HOUSING _D. 234 V_

PATIENT SIGNATURE

DATE _8-1-06_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _Seen by Dr Fredericks on friday_
_8+06 - B/p V 158/104 - 4+8 duna Belet Legs & Ankles 0805_
_8-1-06. Retake 3/4 140/90 - RTW -D-234V_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
|---|---|
| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                        Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T: _98?_   P: _0_   R: _16_   BP: _128/70_   WEIGHT: _XY_

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | |
|---|---|---|
| 8-4-06 | 17:00 | (5) hasn't tried Lisinopril, even @ lower doses; is taking Prednisone 60 mg daily s̄ problems; says he did get psychotic when it was ↑ to 80 mg daily in the past |

(O) Ext - 3+ ankle edema persists
Wt. - 184 lb     BP 128/70

(A) poor response to Lasix 80 mg, will double dose + monitor

(P) S.O.

(E) reassured will try to find a 3rd nephrologist* to see pt; again encouraged to try ACE Inhibitor to ↓ proteinuria

* pt. refuses to see Dr. Dicus or Dr. Phan

J. Friederichs
Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

| 8-10-06 | 08:20 | URC approves consult c̄ UCSF     J. Frieder |

T. FRIEDERICHS, MD

INSTITUTION: CTF     HOUSING UNIT: DW 234L

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Culler
H 31082

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 8-4-06 | 11 25 | (1) | ↑ Lasix to 80 mg Q AM X 90 da |
| | | (2) | F/U Appt c̄ myself 8/18/06 |
| (3) | Dry | Skin | Lotion (prior approval) 2RF |
| apply | | BID | X 90 da    J. Friederic |
| (4) | Psych | Consult | T. FRIEDERICHS, MD |
| | | | (Noted) RN Luis 8/4/06 1748 |

ALLERGIES: Ace Inhilators/cyclospine. CT7

INSTITUTION

ROOM/WING DCW 234/5

CDC NUMBER, NAME (LAST, FIRST, MI)
Culler
H 31082

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 90611        DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Culler | H31082 | D-234 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 8-7-06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

| S: | Pain Scale: 1 2 3 4 5 6 7 8 9 10 |
|---|---|

O: - T: 98.2 P: 62 R: 18 - BP: 128/60 - WEIGHT: 184 - 8-13-06

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

A fee of $5.00 may be charged to your trust account for each health care visit.

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME _Culler_   CDC NUMBER _#31082_   HOUSING _2234C_

PATIENT SIGNATURE   DATE _8/11/06_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _PT224_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: _8/11/06  8:50_   Received by:

Date / Time Reviewed by RN:   Reviewed by:

S:   Pain Scale: 1  2  3  4  5  6  7  8  9  10

_See 7403 report_

O:  T: _97.0_  P: _87_  R: _20_  BP: _121/85_   WEIGHT: _02 fnd 97 2u_

A:

P: _seen by MD_

☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:   EMERGENCY ☐ (IMMEDIATELY)   URGENT ☐ (WITHIN 24 HOURS)   ROUTINE ☐ (WITHIN 14 CALENDAR DAYS)

REFERRED TO PCP:   DATE OF APPOINTMENT:

COMPLETED BY   NAME OF INSTITUTION _C I F Q_

PRINT / STAMP NAME   SIGNATURE / TITLE   DATE/TIME COMPLETED _8-20-06_

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 9-13-06 | 09:00 | (1) | Lasix 80 mg c̄ Q AM |
| | | (2) | Lipitor 20 mg c̄ QPM |
| | | (3) | Prednisone 60 mg QAM |
| | | (4) | Ventolin MDI |
| | | | π̄ puffs Q 4° PRN |
| | | (5) | Renal diet |
| | | | — Chrono — 1yr |
| | | (6) | KB + Physical Limits — 1yr |
| | | (7) | TAC 0.1% Oint 80 gm c̄ RRT RF |
| | | | apply BID × 40 da |

T. Friederichs

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

**ALLERGIES:** Ace inhibitors, cyclospi... CTF

**INSTITUTION**

**ROOM/WING** DW 234L

Confidential
client information
See W & I Code, Sections 4514 and 5328

**CDC NUMBER, NAME (LAST, FIRST, MI)**

Culler

K31082.

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05 90611     DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 8-18-06 | 1410 | Called X 3 — No response |

J. Friederic

**Timothy Friederichs, M.D.**
Physician & Surgeon
CTF Soledad

| 9-13-06 | 09°° | (S) last 5 days his body is putting off lots of fluid; didn't take Lisinopril; 8yrs g CKD |

(O) Wt ↓ 166 # was 184

Chest — clear, No wheezing

Ext — 3+ edema from mid calf to feet c̄ dry flaky skin

(A) CKD c̄ Asteatotic Eczema LE
Dyslipidemia
COPD (by Hx)

(P) S.O.

(E) left message c̄ scheduler re appt @ UCSF

| INSTITUTION | HOUSING UNIT |

J. Friederic
TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

**INTERDISCIPLINARY PROGRESS NOTES**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

H 310 82

Culler

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

## MULTI-PURPOSE FORM

TO: _BARBARA AMEHGIM SENIOK R.N._    DATE: _8-14-06_
(Name)                              (Title)

- ☐ MEDICAL CONCERN
- ☐ DENTAL CONCERN
- ☐ VISITING CONCERN
- ☒ REQUEST FOR INTERVIEW
- ☐ PACKAGE ROOM
- ☐ REQUEST FOR I.D. CARD
- ☐ REQUEST TO REVIEW CENTRAL FILE
- ☐ MAIL ROOM: Request for metered envelopes *(No Funds)*
- ☐ E.P.R.D.: You should be within six (6) months of release date to inquire

- ☐ TRUST ACCOUNT BALANCE $ ___ **RECEIVED**
- ☐ TRUST ACCOUNT WITHDRAWAL
- ☐ REQUEST FOR ROOM CHANGE   **AUG 23 2006**
- ☐ REQUEST FOR UNIT CHANGE   CTF
- ☐ FAMILY HOUSING UNIT VISIT INTERVIEW  MEDICAL APPEALS
- ☐ REQUEST FOR CHAPLAIN INTERVIEW
- ☐ MEDICALLY CLEARED FOR CULINARY REQUEST

REASON FOR REQUEST *(Be specific: Explain your problem)*: _MADAM AMENHEIM this is my_
_SECOND Respectful Request for RELEASE Of my Very_
_OverDuE 602, DuE DATE 7-14-06 LOG NO.# CITF. +_
_C-06-01761_

DATE: _5/23/06_    STAFF RESPONSE: _Your 602 is being processed_
_Delay due to staff unavailability. K Dehnis SSR_

INMATE NAME: _JERRY/AI J. Culler SR_  INMATE NUMBER: _H31082_  CELL: _DW-234L_
ASSIGNMENT: _UNASSIGNED_    HOURS: _____    RDO'S: _____

CTF-304 (Rev. 04-97)

---

## MULTI-PURPOSE FORM

TO: _Appeals Coordinator_    DATE: _8-14-06_
(Name)                       (Title)
**RECEIVED**

- ☐ MEDICAL CONCERN
- ☐ DENTAL CONCERN
- ☐ VISITING CONCERN
- ☐ REQUEST FOR INTERVIEW
- ☐ PACKAGE ROOM
- ☐ REQUEST FOR I.D. CARD
- ☐ REQUEST TO REVIEW CENTRAL FILE
- ☐ MAIL ROOM: Request for metered envelopes *(No Funds)*
- ☐ E.P.R.D.: You should be within six (6) months of release date to inquire

- ☐ TRUST ACCOUNT BALANCE $ _____
- ☐ TRUST ACCOUNT WITHDRAWAL   AUG 1 8
- ☐ REQUEST FOR ROOM CHANGE
- ☐ REQUEST FOR UNIT CHANGE
- ☐ CTF APPEALS FAMILY HOUSING UNIT VISIT INTERVIEW
- ☐ REQUEST FOR CHAPLAIN INTERVIEW
- ☐ MEDICALLY CLEARED FOR CULINARY REQUEST

REASON FOR REQUEST *(Be specific: Explain your problem)*: _This is my SECOND Respectful_
_Request for Assistant in Obtaining my Very OverDue_
_602, your first RESPONSE Appears to be inADEquATE_
_As you STATE the Appeal is pending when it was_

DATE: _8-18-06_    STAFF RESPONSE: _Appeals Office logs, assigns, and tracks_
_Appeals. Every week we generate an Overdue Appeals List to Administrators that we can..._

INMATE NAME: _JERRY/AI J. Culler SR_  INMATE NUMBER: _H31082_  CELL: _DW-234_
ASSIGNMENT: _UNASSIGNED_    HOURS: _____    RDO'S: _____

CTF-304 (Rev. 04-97)

N FACT OVERDUE, HOWEVER I HAVE MADE TWO REQUEST FOR RELEASE OF THAT OVERDUE MEDICAL 602, LOG NO. CTF-C-06-01761 to MADAM BARBARA ANEHEIM SENIOR R.N. WITH NO REPLY. It is my UNDERSTANDING that it is your RESPONSIBILITY to ASSIST 602 ers through the second level to which you NOW place the burden of RETRIEVING the VERY OVERDUE 602 ON ME, MAKING the APPEALS System at C.T.F. INADEQUATE.

THANK YOU

RESPECTFULLY REQUESTED

*Jennye Culas,*

H31082    # DW-234L

DATE 8-14-06

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 10/8/05 | 15:J | | F/U à Friedrichs 12:00 10/9/05 |
| | | | PREDNISONE 15mg PO DAILY ← 8 DOSES |
| | | | LASIX 20g PO DAILY - hus |
| | | | CLONIDINE 0.1mg PO TID -16 DOSES 90 day |
| | | | ALBUTEROL INHALER ῆ PUFFS QIH prn |
| | | | WHEELING - hey |
| | | | T.O. à FRIEDRICHS |
| | | | Noted 10/8/05 1514 |
| | | | T. FRIEDERICKS, MD |
| 10/9/05 | 14:45 | ① | Resource 1 carton BID X 90 day |
| | | ② | Nephrology Consult |
| | | | — Chart + form to UM Nurse |
| | | | T. FRIEDELICHS, MD |

ALLERGIES: "CECAP" Ace inhibitor
Cyclosporin

INSTITUTION CTP

ROOM/WING X-110

CDC NUMBER, NAME (LAST, FIRST, MI)
CULLER J
H 31082

Confidential
client information
See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 05 90611    DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order, Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 02/27/04 | 1030 | | Resource 1 carton BID X 60 da |
| | | | Not seen |
| | | | Timothy Friederichs, M.D. |
| | | | Physician & Surgeon |
| | | | CTF Soledad |
| | | | noted |
| | | | re 10/27/06 |
| | | | 1548 |

ALLERGIES:   Percocet, Ace inhibitors   INSTITUTION CTF

cyclosporine.

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

ROOM/WING   DW 234 L

CDC NUMBER, NAME (LAST, FIRST, MI)

Culler

1+3/082

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☑

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| J. Culleese, | H31082 | DW-234 |

PATIENT SIGNATURE

DATE   10-27-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  Baby Aspirin (81 mg) for MrenrRin Medicated lotion

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: | 11-1 | Reviewed by: | |
| S: | | Pain Scale:  1  2  3  4  5  6  7  8  9  10 | |

O:   T:   P:   R:   BP:   WEIGHT:

A:

P:

☐ See Nursing Encounter Form   Seen on 11/6/06

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

## MULTI-PURPOSE FORM

TO: _Appeals Coordinator-C.T.F._    DATE: _10-31-06_
      (Name)             (Title)

❑ MEDICAL CONCERN
❑ DENTAL CONCERN
❑ VISITING CONCERN
☒ REQUEST FOR INTERVIEW
❑ PACKAGE ROOM
❑ REQUEST FOR I.D. CARD
❑ REQUEST TO REVIEW CENTRAL FILE
❑ TRUST OFFICE:  Request for metered envelopes *(No Funds)*
❑ E.P.R.D.:  You should be within six *(6)* months of release date to inquire

❑ TRUST ACCOUNT BALANCE $ _____
❑ TRUST ACCOUNT WITHDRAWAL
❑ REQUEST FOR ROOM CHANGE
❑ REQUEST FOR UNIT CHANGE
❑ FAMILY HOUSING UNIT VISIT INTERVIEW
❑ REQUEST FOR CHAPLAIN INTERVIEW
❑ MEDICALLY CLEARED FOR CULINARY REQUEST

REASON FOR REQUEST *(Be specific:  Explain your problem)* On 8-19-06, I filed a 602 (it was partually granted) stating the Medical/dept. was in violation of C.C.R. 3084. At that time it was overdue in access of 60 days, thereafter on 9-24-06

DATE: _1-11-06_    STAFF RESPONSE: I now understand the problem. I to Medical is working to do a modification on 2nd level Resp. July otC

INMATE NAME: _Jerry J. Cullors_    INMATE NUMBER: _H31082_    CELL: _DEd-234_
ASSIGNMENT: _Unassigned_    HOURS: _N/A_    RDO'S: _____

CTF-304 (Rev. 10-05)

Correction on date is 11-1-06

the Medical dept. I have not yet receive
a response from Warden. I assume it was
complrate. So I send it to, Chief Appeals Coordinator
in Sacramento. However, it was not complete, now
they have return it to me for Warden true
response. Please respond A.S.A.P. this was
an Emergency Appeal. Now it's a ~~big~~ big
mistake dealing with this medical dept.

Thank you

Date 10-31-06

Respectfuly Requested
Jennifer Quilla, M.
#131082   #DW-234L

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/10/06 | | | Clonidine 0.1mgm I - TID for 8hr |
| | | | Kesid 80mgm I - q AM |
| | | | Renal diet |
| | | | Chem 7 creatinine in 2-3 day and 5-6 day, |
| | | | Ftu monday with MD - central clinic |
| | | | |
| | | | T.o. Dr Sinneco / Pharmus R |
| | | | |
| | | | |
| | | | |
| | | | |

**ALLERGIES:** Per Inhibitive cellcept + cyclosporine

**INSTITUTION** CTF-C

**ROOM/WING** D-234

---

Confidential
client information
See W & I Code, Sections 4514 and
5328

**CDC NUMBER, NAME (LAST, FIRST, MI)**

Culler, Terry /
H-31082
D2B-2-27-1U

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05  93459          DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|
| 1 | Clonidine 0.1 mg ī T/D |
| 2 | Lasix 80 mg ī Q AM |
| 3 | Ecotrin 81 mg ī Q AM |
| 4 | Dry Skin Lotion c apply BID |
| 5 | Prednisone 120 mg QOD 11 |
| 6 | Lipitor 20 mg Q PM |
| 7 | TAC 0.1 % Oint 80 Gm ī RF apply BID X 90 da |
| 8 | F/u Appt c̄ 1-8-07 myself |
| 9 | Albuterol Inh. ī puffs Q 4° PRN X 6 mo |

X 90 da

Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

ALLERGIES:
1- Ace inhibitors
2- Cellsept
3- Cyclosporine

INSTITUTION CTF

ROOM/WING D- 234

CDC NUMBER, NAME (LAST, FIRST, MI)
Culler, J.
H-3082

Confidential client information See W & I Code, Sections 4514 and 5328

DOB 2-27-58

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA      OSP 05 93459      DEPARTMENT OF CORRECTIONS

## MULTI-PURPOSE FORM

TO: _Appeals Coordinator_    DATE: _11-13-06_
    (Name)    RECEIVED    (Title)

☐ MEDICAL CONCERN                              ☐ TRUST ACCOUNT BALANCE $ _____
☐ DENTAL CONCERN                              ☐ TRUST ACCOUNT WITHDRAWAL
☐ VISITING CONCERN                            ☐ REQUEST FOR ROOM CHANGE
☒ REQUEST FOR INTERVIEW    CTF APPEALS        ☐ REQUEST FOR UNIT CHANGE
☐ PACKAGE ROOM                                ☐ FAMILY HOUSING UNIT VISIT INTERVIEW
☐ REQUEST FOR I.D. CARD                       ☐ REQUEST FOR CHAPLAIN INTERVIEW
☐ REQUEST TO REVIEW CENTRAL FILE             ☐ MEDICALLY CLEARED FOR CULINARY REQUEST
☐ TRUST OFFICE: Request for metered envelopes *(No Funds)*
☐ E.P.R.D.: You should be within six *(6)* months of release date to inquire

REASON FOR REQUEST *(Be specific: Explain your problem)*: _On 11-1-06, I personally handed_
_you a returned 602 from the Chief Inmate Appeals_
_Coordinator in Sacramento stating my 602 was incomple_
_due to failure of Warden level response. (OOFR)._

DATE: _____    STAFF RESPONSE: _____

INMATE NAME: _Jerral J. Culler_ INMATE NUMBER: _H31082_    CELL: _DW-234L_
ASSIGNMENT: _Unassigned_    HOURS: _____    RDO'S: _N/A_
                                                        CTF-304 (Rev. 10-05)

---

## MULTI-PURPOSE FORM

TO: _Barbara Aneheim_    _Senior RN,_    DATE: _11-13-06_
    (Name)    (Title)

☒ MEDICAL CONCERN                              ☐ TRUST ACCOUNT BALANCE $ _____
☐ DENTAL CONCERN                              ☐ TRUST ACCOUNT WITHDRAWAL
☐ VISITING CONCERN                            ☐ REQUEST FOR ROOM CHANGE
☒ REQUEST FOR INTERVIEW                       ☐ REQUEST FOR UNIT CHANGE
☐ PACKAGE ROOM                                ☐ FAMILY HOUSING UNIT VISIT INTERVIEW
☐ REQUEST FOR I.D. CARD                       ☐ REQUEST FOR CHAPLAIN INTERVIEW
☐ REQUEST TO REVIEW CENTRAL FILE             ☐ MEDICALLY CLEARED FOR CULINARY REQUEST
☐ TRUST OFFICE: Request for metered envelopes *(No Funds)*
☐ E.P.R.D.: You should be within six *(6)* months of release date to inquire

REASON FOR REQUEST *(Be specific: Explain your problem)*: _On 11-1-06, I personal hand_
_C.T.F. Appeals Coordinator a return 602 from the Chief_
_Appeals Coordinator in Sacrament stating my 602 was_
_incomplete due to failure of Warden level response.(sic)_

DATE: _____    STAFF RESPONSE: _____

INMATE NAME: _Jerral J. Culler_ INMATE NUMBER: _H31082_    CELL: _DW-234L_
ASSIGNMENT: _Unassigned_    HOURS: _____    RDO'S: _N/A_
                                                        CTF-304 (Rev. 10-05)

t that time he stated (C.T.F A/C) he see what the problem is the medical dept. mailed it to me instead of the warden or appeals officers. I stated at that time this buys the medical dept. more time, it was already 60 days overdue. plus Sacramento had it 60 days a total of 120 at 602 is suppose to be completed buy this time. The medical dept. also has an advantage, their at award of their failures from my complaint, you stated I will personally make sure it does not take more than a week, they are only responding to Dr. Lucus accessment nothing more.

THANK you.

only medical appeal is 06-1761 answered at 2nd level 824-06

Respectfully Requested

_(signature)_
H3/082    # DW234L

11-13-06

---

RECEIVED

NOV 19 2006

CTF MEDICAL APPEALS

at that time he stated (C.T.F A/C) he see what the problem is the medical dept. mailed the 602 to me instead of the warden, or appeals officers, I stated that this buys the medical dept. more time, it was already 60 days overdue. plus Sacramento had it 60 days a total of 120 days a 602 is suppose to be complete in this time. The medical dept also has an advantage their knowledge of my response against them, He personally assure me that your response would be less than a week, and only addressing in writting C.M.O, Chudy assessment with Dr. Lucus accessment nothing more.

THANK you.

You will be provided an amended 2nd Level response. K Dennis, SSA

11-13-06

Respectfully Requested

_(signature)_
#  DCU-234L

| DATE | TIME | |
|---|---|---|
| 11-15-06 | 10 30 | Report from Dr. Tamura reviewed. → recommends tapering Prednisone to 30-40 mg (Q O D) |
| | | ⑧ Appt in 2 wks to discuss ē Pt |

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| DATE | TIME | |
|---|---|---|
| 11-22-06 | 0940 | Informed ⦾ Dr. Tamura's recommendations ) Ⓟ S. O. Ⓔ Pt. will report any mental status changes 2° Prednisone |

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| CTFC | D-034 | Culler, J. 1-3082 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11-15-06 | 11:10 | ① | F/u Appt c̄ myself 11/27/06 |
| | | | noted D.O. signed R  J. Frieder |
| | | | 11/15/06  1115 — TIMOTHY W. FRIEDERICHS, M.D. STAFF PHYSICIAN & SURGEON CTF - SOLEDAD |
| 11-22-06 D940 | | ① | ↓ Prednisone 110 mg QOD |
| | | | starting Dec 1, 2006 X 90 da |
| | | ② | F/u Appt c̄ myself Reissued  J. Friede |
| | | | 12-21-06  Timothy Friederichs, M.D. Physician & Surgeon CTF Soledad |
| | | | noted D.O.signed R 11/22/06  0940 |

**ALLERGIES:** Ace inhibitors, cellsept, cyclosporine

**INSTITUTION** CTF

**ROOM/WING** D 234

Confidential
client information
See W & I Code, Sections 4514 and
5328

**CDC NUMBER, NAME (LAST, FIRST, MI)**
H 31082
Culler, Jerry al

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 05 93459   DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME _Culler_

CDC NUMBER H31082

HOUSING D - 234C

PATIENT SIGNATURE

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _Flu ē Dr. Friederichs_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:  Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:   T: 97.7  P: 70  R: 20  BP: 130/64  WEIGHT: 160

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME _Culler, J._

CDC NUMBER _H-31082_

HOUSING _D-234_

PATIENT SIGNATURE

DATE _11-13-06_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _Medication Renewed_

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
|---|---|
| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

S:    Pain Scale:  1  2  3  4  5  6  7  8  9  10

_11-13-06_

O:    T: 97.5    P: 104    R: 18    BP: 130/80    WEIGHT: 144

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME 'COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | |
|------|------|---|
| 11/4/06 | 0300 | White male I/P referred from UCSF medical center with CLCWT. I/P is Alert & oriented. I am in great distress. I'm SOB unped. cp feeling weak - skin w/D & toned. V/s 160/111 - 99 - 20. T-97.2  O2-247-977. Dr. Asrinnes notified - order i carried. Discharge + custody in A stable condition. Pass issued for 7/4 - morning with my MD.   Please See R |
| 11-13-06 | 1130 | (9) See Reports from UCSF. Pulmonary Embolism ruled out : Claim 2) Prednisone should be tapered down to 20 mg. O/P Herbally I was advised to give 20 mg Q D. Says Lipitor should be 10 my Q D. Dr.  ↓ 144 /62 Chest - clear (No wheezing) Ext - trace edema RLE ; /+ edema LLE (A) Nephrotic Syndrome 2° Min. Change Disease  COPD ; Asteototic Eczema ; HTN  (P) See Orders    Culler, Jerryn H - 31080 |

INTERDISCIPLINARY PROGRESS NOTES

Timothy Friederichs, B - 2-27-58
Physician & Surgeon
CTF Soledad, M.D.

J. Friede

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|---------------------------------------------------|
| CTF-C | D-234 L | |

| DATE | TIME | |
|------|------|---|
| 11-8-06 | 17⁰⁰ | Tele. Conv. Dr. Julio Dombrowski |

Mr. Jerry Culler is being evaluated @ Nephrology Clinic UCSF. He has a resting HR of 130/min. and they are concerned about a possible pulmonary embolus. I gave authorization for ER Evaluation.

J. Friederi~

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|---|
| | | H31082 |
| | | Culler, J. |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 11/6/06 | | Pt requesting renewal of his lotion |
| | | & baby aspirin & lasix renewal. |
| | | P.Mit ⊕ for Nephrotic syndrome (MCD) |
| | | & has been on large doses of pred. |
| | | since 1998 (no bone densitometry |
| | | ever done). |
| | | currently BP-124/62    PR 78 |
| | | - no recent labs. |
| | | - nephrology F/u pending this month |
| | | O/E 48 BO distress Ø |
| | | ++ pedal edema |
| | | lungs CTA |
| | | also benign |
| | | |
| | | A/P nephrotic /MCD/ steroid dep (on 60mg |
| | | PO QD) - request Bone densitometry) |
| | | - F/u renal UCSD. ✓ labs S.O |
| | | - duplkin lotion renewed |
| | | - ASA SO. |
| | | F/u 3/u0 / 3 months |
| | | [signature] A. Allegre |
| 11/7/06 | | approved for bone densitometry [signature] |

**INTERDISCIPLINARY PROGRESS NOTES**

Culler,
#31082

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA            DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/6/06 | | | Chem 24, CBC, lipids2, PSA, 24 hr urine for protein & creatinine (fasting) |
| | | | *signature* |
| | | | Consult for → to um none densitometry *signature* |
| | | | ASA 81mg (ecotrin) PO QD × 6 months |
| | | | lasix 80mg PO QD × 3 months |
| | | | dry skin lotion apply BID to affected areas × 3 months |
| | | | F/U MD 3 months *signature* |
| | | | *illegible* C Brown w 11/6/06 c 0950 |

ALLERGIES: *illegible*

INSTITUTION: CTF C

ROOM/WING: D2341

CDC NUMBER, NAME (LAST, FIRST, MI)

Cr /lew

#37082

Confidential
client information
See W & I Code, Sections 4514 and
5328

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA     OSP 05 90611     DEPARTMENT OF CORRECTIONS

No 212156

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME
JERRUM 5. Cull(en) SR

CDC NUMBER
1731082

HOUSING
1) W-234L

PATIENT SIGNATURE

DATE
11-5-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem) __RUNNING DED 81 mg ASPRIN, MOTNTPIN__

Lotion

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

| S: | Pain Scale: 1 2 3 4 5 6 7 8 9 10 |
|---|---|

O:  T: 97.0  P: 78  R: 16  BP: 124/62  WEIGHT: 150 . 5 5#

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION CTF | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME, COMPLETED 11/06/06 - |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

| DATE | TIME | | |
|------|------|---|---|
| 10 27 06 | 1020 | Mex, reueu of resouce @ Triage wouldn' - File to app | |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|----------------------------------------------------|
| CT | Dw234C | Culler<br>1431082 |

## INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

```
CULLER, J                                     H-31082
CD2-234L                           DR: FRIEDERICHS
782718- 0          RPH:  MN              MFG:   ZZ
LISINOPRIL 5MG. TAB                       QTY:  30
1 TABLET IN MORNING.
30 DAY SUPPLY
START:  05/12/06                   STOP:  08/10/06
```

```
                                              H-31082
CULLER, J                          DR: SINNACO
CD2-234L                                  MFG:
772849- 1          RPH:  MN              QTY:   0
*DC CLONIDINE TAB 0.1MG*
****** DISCONTINUED ******
****** DISCONTINUED ******          STOP:  05/12/06
START:  04/18/06
```

```
                                              H-31082
CULLER, J                          DR: FRIEDERICHS
CD2-234L                                  MFG:
775810- 0          RPH:  MN              QTY:   0
*DC CELLCEPT 250MG CAPS*
****** DISCONTINUED ******
****** DISCONTINUED ******          STOP:  05/12/06
START:  04/10/06
```

## INMATE
## TEMPORARY PASS

THE INMATE MUST REPORT AT THE TIME AND PLACE
DESIGNATED. FAILURE TO DO SO MUST BE
REPORTED TO THE CAPTAIN'S OFFICE IMMEDIATELY.

NAME _Coller_ NUMBER _H31082_ DATE _May 13, 06_

ASSIGNMENT _N/A_ DESTINATION _Medical_

CELL NUMBER _DW234_ _R.N. Lewis_

TIME DEPARTED _1440_ SIGNED _C/o C.Pitz___

TIME ARRIVED _____ SIGNED _____

TIME DEPARTED _____ SIGNED _____

TIME ARRIVED _____ SIGNED _____

CTF-249 (Rev.06-98)

# EXHIBIT 

# BODY RECEIPT

Date:    Wednesday, November 08, 2006

I have this date received from:

## Correctional Training Facility- Central

Person Received    **H31082**        **Culler, J.**

☐  Received From Court        ☐  Returned From Escape        ☐  Returned From Other

Property _____

Cash:_____

The above is all the property and cash I had in my possession: _____

Culler, J.

Receiving Officer's Signature

## UC San Francisco

Receiving Institution

CDC-123

---

State of California                                            Department of Corrections

# BODY RECEIPT

Date:    Wednesday, November 08, 2006

I have this date received from:

## UC San Francisco

Person Received    **H31082**        **Culler, J.**

☐  Received From Court        ☐  Returned From Escape        ☐  Returned From Other

Property _____

Cash:_____

The above is all the property and cash I had in my possession: _____

Culler, J.

Receiving Officer's Signature

## Correctional Training Facility- Central

Receiving Institution

CDC-123

DEPARTMENT OF CORRECTIONS                                                    STATE OF CALIFORNIA

## REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FROM MEDICAL TREATMENT

| NAME | DOB | NUMBER | INSTITUTION |
|---|---|---|---|
| CULLER, JERRYAL | 02/27/1958 | H31082 | CTF SOLEDAD CF DW 234L |

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
UCSF MT ZION 1701 DIVISIDARO ST. 5TH FLOOR, SAN FRANCISCO, CA 94143, 415-353-7900

### REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL
CONDITION REQUIRES OUTSIDE MEDICAL APPOINTMENT

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED
NEPHROLOGY CONSULT

NATURE AND IMMEDIACY OF SERVICE: MANDATORY, EMERGENCY, OR ELECTIVE
   a) WHY CAN THE PROCEDURE NOTE BE DONE INTRAMURALLY

### CTF NOT EQUIPPED

   (b)  IF ELECTIVE, ARE FUNDS EARMARKED FOR THIS PURPOSE AVAILABLE?

ESTIMATED TIME AWAY FROM INSTITUTION (NOT MORE THAN 3 DAYS)

ESTIMATED COST

REMARKS

INMATE HAS AN APPOINTMENT ON 11/08/2006 AT 1600.

REFERRED BY:    DR. FRIEDERICHS                    CONFIRMED BY:    D. HUSSEY

SIGNATURE OF CHIEF MEDICAL OFFICER                              DATE:    October 30, 2006
J. CHUDY, MD

### CUSTODIAL STATUS (STATEMENT OF ASSOCIATE-CORRECTIONAL INSTITUTION)

| OFFENSE: | COMMITTED FROM | DATE RECEIVED |
|---|---|---|
| AGGRAVATED MAYHEM -- FLAMMABLE LIQUID & USE DEADLY WPN | CONTRA COSTA COUNTY | CDCR: 4-13-92  CTF: 9-28-05 |

| TERM: | RELEASE DATE | CUSTODIAL CLASSIFICATION |
|---|---|---|
| LIFE | MEPD: 5-15-99 | CLOSE B |

| CONDUCT DURING INCARCERATION | ESCAPE RISK |
|---|---|
| NO STAFF ASSAULTIVE BEHAVIOR NOTED, POOR - BATTERY ON INMATE W/WPN DTD 10/03 | HIGH |

REMARKS
CDCR 812: ENEMIE NOTED, NO GANG AFFILIATION, CDCR 127: CURRENT, NO HOLDS/DETAINERS/WARRANTS, CONFIDENTIAL: NOTED, NOT IN THE MHSDS

RX: STANDARD HIGH RISK TRANSPORT

I. GUERRA, ASSOCIATE WARDEN (A)                                      DATE:

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF THE ABOVE NAMED FROM THE INSTITUTION IN WHICH HE IS NOW CONFINED IN ORDER THAT HE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

SPECIAL CONDITIONS:

SIGNATURE OF WARDEN/SUPERINTENDENT                              DATE
                                                               11-7-06
B, CURRY, WARDEN (A)

CDC 7252 (REV. 9/77)

# UCSF Medical Center

UNIT NUMBER

PT. NAME

015 72 31-0    OED    MED
CELLER,JERRYEL JEROME
DOB 02/27/1958    48   M
1235311    DOB 11/08/2 06
LOCATION    DATE

## PLEASE BRING THIS WITH YOU TO YOUR FIRST DOCTOR VISIT

Diagnosis/Surgeries/Procedures _minimal chronic disease_

Doctor at the time of discharge: _Chiamno_

**Discharge to:** ☐ Home ☐ Acute facility ☐ Sub-acute facility ☐ Acute rehab ☐ Hospital based SNF
☐ Free standing SNF ☐ I/P Hospice ☐ Med psych ☐ Other (Specify) _prison_
Name of facility _____

Person accepting responsibility for patient: ☐ self ☐ family ☒ other _Prison M.D_

Mode of transportation: ☐ self/family ☐ taxi ☐ ambulance/phone # _____ pick up date/time _____

### Referrals / Follow-up for your care

| Follow-up | Location | Phone # | Appointment/Delivery Date/Time |
|---|---|---|---|
| Dr. _Prison M.D._ | | | |
| Dr. | | | |
| Dr. | | | |

☐ Home Care Agency: _____
  ☐ RN ☐ PT/OT ☐ Home health aid ☐ SW ☐ _____

☐ Infusion Company: _____

☐ Equipment Company: _____
  ☐ cane/walker ☐ crutches/wheelchair ☐ oxygen ☐ commode ☐ hospital bed ☐ _____

☐ Supply Company _____
  ☐ ostomy ☐ tracheostomy ☐ wounds ☐ tube feedings

### Discharge Instructions until your first doctor's appointment

Name(s) of teaching record(s) for self care instructions: _____ ☐ none

**Medications:** ☐ none ☐ reviewed by my nurse ☒ resume pre-hospital medications ☐ prescriptions
☐ see Medication Schedule (complex meds) as per doctor's orders _____ reviewed by my doctor
☐ reviewed by my pharmacist _d/c coumadin & lovenox._

### DISCHARGE INSTRUCTIONS FOR PATIENTS WHO DO **NOT** RECEIVE A TEACHING RECORD:

Name(s) of pamphlet(s) given to patient: _____ ☐ none

Diet: ☐ no restrictions ☒ special diet (specify) _Renal_ _____

Activity: ☒ no restrictions ☐ no lifting > 10 pounds for _____ days ☐ no shower/tub for _____ days
☐ no driving for _____ days ☐ other _____

Treatments prescribed by your doctor: ☐ none ☐ incisional care _____
_Pt required chem 7/check creatinine 1 in 2-3 days and 5-6 d_

☐ place dry dressing on _____ after bathing ☐ place wet to damp dressing on(site) _____ every _____

☐ use nebulizer/inhaler every _____

☐ taught _____ with return demonstration.

Notify your doctor if you have any of the following, especially:

☐ fever ☐ blood sugar < 70 or > 400 ☐ shortness of breathing/wheezing ☐ dizziness/fainting
☐ worse pain ☐ drainage from wound ☐ burning, urgency, freq. of urination ☐ palpitations
☐ numbness ☐ bleeding from wound ☐ blurry vision ☐ chest pain **not relieved by Nitro**
☐ redness near wound ☐ headache ☐ new onset chest pain
☐ other _____ ☐ swelling rapid weight gain
☐ confusion/seizures

**Signatures:** I understand the above instructions and have a copy of them. ☐ Interpreter used

Discharge RN: _A. Dr. B_ Patient/Family: _____

Other instructor/title: _____ Social Worker: _____

Other instructor/title: _____ Discharge date/time: _11/09/06    1940_

**DISCHARGE/FOLLOW-UP SUMMARY**

2

# BODY RECEIPT

Date: __Wednesday, November 08, 2006__

I have this date received from:

## Correctional Training Facility- Central

Person Received  **H31082**    **Culler, J.**

☐ Received From Court          ☐ Returned From Escape          ☐ Returned From Other

Property _____

Cash: _____

The above is all the property and cash I had in my possession: _____
Culler, J.

Receiving Officer's Signature

## UC San Francisco
Receiving Institution

CDC-123

---

State of California                                          Department of Corrections

# BODY RECEIPT

Date: __Wednesday, November 08, 2006__

I have this date received from:

## UC San Francisco

Person Received  **H31082**    **Culler, J.**

☐ Received From Court          ☐ Returned From Escape          ☐ Returned From Other

Property _____

Cash: _____

The above is all the property and cash I had in my possession: _____
Culler, J.

Receiving Officer's Signature

## Correctional Training Facility- Central
Receiving Institution

CDC-123

D-3

## UCSF MEDICAL CENTER

PT NAME:   CULLER, JERRYAL JEROME
UNIT #     157731-0
DOB:       02/27/1958   SEX: M
VISIT #    12266111     REPORT STATUS: FINALIZED

PROCEDURES:   CT ABDOMEN PELVIS ENHANCED (11-8-06 20:05)

CT OF THE ABDOMEN AND PELVIS WITH CONTRAST: 11/08/06.

CLINICAL HISTORY: 48 -year-old male sent to the emergency room
from the renal clinic due to heart palpitations and sinus
tachycardia, for evaluation for pulmonary embolism. Patient does
not have abdominal pain.

COMPARISON: None.

TECHNIQUE:

Helical 1.25 mm images of the abdomen were obtained after the
uneventful administration of 150 cc of Omnipaque 350 (nonionic)
contrast intravenously, as well as oral water. 14 minute delayed
images of the liver were obtained at 1.25 mm collimation. Axial,
sagittal, and coronal reformats were obtained from the source
images.

FINDINGS:

Within the liver, there are hypoattenuating lesions which are too
small to characterize, which may represent hemangiomas or cysts,
but are nonspecific. The larger hypoattenuating lesions seen in
segment 7 and 8 of the liver are hemangiomas. There is an
enhancing lesion seen in segment 4A, near the hepatic dome, on the
portal venous images, which may represent a flash-filling
hemangioma. No suspicious hepatic lesion is identified.

Within the kidneys, there are too small to characterize
hypoattenuating lesions, which are nonspecific, but are
statistically most likely to represent cysts. At the lower pole of
the right kidney, there is cortical thinning and scarring, likely
from prior insult such as infection. No hydronephrosis is seen.
There are scattered colonic diverticula without diverticulitis.
Within the subcutaneous tissue of the right flank, there is a soft
tissue nodule measuring 1.3 cm on image 159 of series 2, which may
represent a sebaceous cyst, however, clinical correlation is
recommended.

The spleen, adrenal glands, and pancreas are normal. The
gallbladder, small bowel, urinary bladder, and prostate are
unremarkable. No ascites or lymphadenopathy is present.

Within the visualized portions of the lower thorax, the lung bases
are clear. No pleural or pericardial effusion is seen. Imaging
during the portal venous phase is suboptimal for evaluation for
pulmonary emboli within the lung.

D-4

Within the visualized portions of the bony skeleton, no suspicious lytic or blastic lesions are present.

The above information was discussed by Dr. Nick Costouros with Dr. Brita Xaia on 11/08/06 at 21:41.

IMPRESSION:

1. No acute abdominal or pelvic findings.

2. Hepatic hemangiomas.

3. Right renal lower pole cortical scarring, likely from prior insult such as infection.

4. Scattered colonic diverticula without diverticulitis.

5. 1.3 cm subcutaneous soft tissue nodule in the right flank, likely a sebaceous cyst, but clinical correlation is recommended.


RADIOLOGIST: PODER,LIINA
            YONG,MAY
ORDERING MD: Zaia,Brita E

```
R, JERRYAL JEROME          0157731-0                    USER: LAIRD
=========================================================================
            DATE:  11-8-06, 6:32 pm                              PARNASSUS
     CONCLUSIONS:  Otherwise normal ECG
                   Sinus tachycardia
                   No previous ECGs available
      VENT RATE:  105 BPM              P-R-T: 79  54  53  degrees
             PR:  134     QRS: 86      QT: 312    QTC: 412  milliseconds
   REVIEWING MD:  PETER TENG 48219
```

D-6

```
LER, JERRYAL JEROME          0157731-0                    USER: LAIRD
=======================================================================
KG          DATE:  11-8-06, 4:03 pm                            PARNASSUS
     CONCLUSIONS:  Borderline ECG
                   Sinus tachycardia
                   Minimal voltage criteria for LVH, may be normal variant
                   No previous ECGs available
      VENT RATE:  120 BPM              P-R-T: 78  63  61  degrees
            PR:  122      QRS: 84      QT: 302   QTC: 426  milliseconds
   REVIEWING MD:  PETER TENG 48219
```

UCSF MEDICAL CENTER

PT NAME:   CULLER, JERRYAL JEROME
UNIT #     157731-0
DOB:       02/27/1958   SEX: M
VISIT #    12266111     REPORT STATUS: PRELIMINARY

PROCEDURES:  CHEST,2 VIEW (11-8-06 19:00)

PA AND LATERAL CHEST RADIOGRAPH: 11/08/2006

No prior studies are available for comparison.

CLINICAL HISTORY: Patient is a 48-year-old who presents with a
history of tachycardia.

FINDINGS:

The patient is rotated, limiting evaluation of the mediastinum.

The cardiac silhouette and pulmonary vasculature are within normal
limits. The lungs appear clear with minimal atelectasis involving
the lung bases. No focal consolidations or infiltrates are
identified. No pleural effusions are noted.

IMPRESSION:

No active cardiopulmonary disease.


RADIOLOGIST: Srivastava,Priti
ORDERING MD: Zaia,Brita E

TOTAL P.12

H 3108 2

CULLER, JERRYAL JEROME          0157731-0                    USER: LAIRD

```
===============================================================================
MICRO    SOURCE:  BLOOD, FAN AND ANA BOTTLES PERIP [P] RECEIVED: 11-9-06, 0507
                                      VIS#: 12266111  COLLECTED: 11-9-06, 0500
         ORDER MD:  CHIOVARO,JOSEPH C,                 PARNASSUS: ACCN # H18125
         ----------------------------------------------------------------------
         TEST:  Blood Culture [Prelim]             LAST CHANGED: 11-13-06, 1511
         SOURCE:  BLOOD, FAN AND ANA BOTTLES PERIPHERAL DRAW
                  None
         CULTURE
           1.  No growth 4 days.
===============================================================================
```

12-9

UCSF MEDICAL CENTER

PT NAME:  CULLER, JERRYAL JEROME
UNIT #   157731-0
DOB:     02/27/1958  SEX: M
VISIT #  12266111    REPORT STATUS: FINALIZED

PROCEDURES:  NM LUNG VENTILATION/PERFUSION (11-9-06 15:00)

VQ SCAN: 11/09/2006

CLINICAL HISTORY: Tachycardia.

COMPARISON: None.

TECHNIQUE:

Pulmonary ventilation scintigraphy was performed following the
inhalation of 5.5 mCi of Xenon-133 gas. Pulmonary perfusion
scintigraphy was performed following the intravenous administration
of 3.9 mCi of Tc-99m macroaggregated albumin.

FINDINGS:

Ventilation scintigraphy demonstrates homogeneous distribution of
the Xenon-133 gas bilaterally without focal retention or wash-out
abnormality.

Perfusion images demonstrate homogeneous uptake of radiotracer
within both lungs, without focal deficits.

IMPRESSION:

Low probability for acute pulmonary thromboembolism.

RADIOLOGIST: HAWKINS,RANDALL
             SUN,YEE-LI
ORDERING MD: CHIOVARO,JOSEPH

D-10

# UCSF Medical Center

UNIT NUMBER

PT. NAME    *Culler*

BIRTHDATE

When this form is completed, a dictated discharge summary is not required for patients staying less than 48 hours except per service-specific requirements.

## PATIENT DISCHARGE PLAN (PDP)

LOCATION    CULLER

| Admit Date | Discharge Date | Discharge Time | Attending Physician and ID# | Service | ICD CODES |
|---|---|---|---|---|---|
| 11/9/06 | 11/9/06 | 6pm | Green  12266 | Med G | |

Principal Diagnosis: Minimal Change disease

Secondary Diagnoses: Asthma

| | | |
|---|---|---|
| Principal Procedure | Date: | |
| Other Procedure #2  CT Abdomen | Date: 11/9/06 | |
| Other Procedure #3 | Date: | |
| Other Procedure #4 | Date: | |

*If patient had more than 4 procedures please record procedure/date below for benefit of primary M.D.*

Discharge Condition:  ☒ Good   ☐ Fair   ☐ Poor

Disposition:  ☐ Home   ☐ Home w/ services   ☐ SNF   ☒ Acute Rehab   ☐ Left Against Medical Advice   ☐ Expired   ☒ Other Facility *prison*   ☐ Other Hospital

**Clinical Summary and Post-Discharge Objectives: (see dictation # _____ for a detailed summary)**

49 yo ♂ c̄ minimal change disease who was found to be tachycardic in renal clinic. Sent to ED found to have HK 130 with positive d-dimer. Sent to CT Scanner but recieved contrast study of abdomen instead of chest. Given mucomyst & bicarbonate in ED. Admited to medicine for VQ scan to r/o PE & to monitor for contrast induced nephropathy.

VQ scan showed: Low probability of pulmonary embolism and LE Doppler ultrasound showed no evidence of DVT.

Future Goals:

M.D. Responsible for Dictation and ID#:  *4484*

M.D. Completing this form and ID#:  Chiavario  62118

**Follow-Up Care and Referrals**

| Provider Name | Clinic | Location | Date | Time |
|---|---|---|---|---|
| Prison physician | | | | |

D-11

PATIENT DISCHARGE PLAN (PDP)

UNIT NUMBER

PT. NAME

BIRTHDATE

# UCSF Medical Center

## DISCHARGE INSTRUCTIONS
## ORDERS FOR HOME CARE OR TRANSFER

LOCATION                    DATE

| SECTION I: *Applies to ALL DISCHARGES (Diet and Activity level must be completed for all patients)* | |
|---|---|
| **Discharge Diet** | ☐ No restrictions  ☐ Carbohydrate Controlled  ☐ Dysphagia/Soft Chewable  ☑ Renal<br>☐ Low Sodium  ☐ Fluid Restriction: _____  ☐ Other: _____ |
| **Activity Level** | ☑ No restrictions  ☐ Walk at least ___ x day  ☐ No bending/twisting of spine  ☐ No strenuous activity<br>☐ Bedrest  ☐ Out of bed to chair for meals  ☐ No driving: _____ days  ☐ Do not lift >20 lbs<br>☐ OK to shower/tub  ☐ Limit sitting duration: ___ minutes  ☐ Other: _____ |
| **Weight Bearing Status** | ☑ Full  ☐ Partial  ☐ Left non-weight bearing  ☐ Right non-weight bearing<br>☐ Non-weight bearing  ☐ Other: _____ |
| **Pain Management** | ☐ Assess pain frequently  ☐ Use relaxation techniques  ☐ See discharge prescription<br>☐ Cold packs, massage, rest  ☐ Other: _____ |
| **Glucose Monitoring** | ☐ Frequency: Before meals, bedtime. Call MD for blood sugars less than _____ or over _____<br>☐ See additional instructions (see below) |
| **Genitourinary Care** | ☐ Foley / suprapubic / stents – date placed: _____ Other: _____<br>☐ Stoma bag  ☐ Straight Cath: cath size: _____ |
| **Bowel Care** | ☐ Ostomy bag  ☐ Stool softeners or prunes / prune juice while on narcotics  ☐ Other: _____ |
| **Wound Care** | ☐ Staples/sutures removed at the follow-up appointment with _____<br>☐ Steri-strips can be removed after 10 days  ☐ Assess incision daily for redness or discharge<br>☐ Wound care per home-health agency protocol<br>☐ Current wound care (specify dressing changes and frequency): _____<br>☐ This patient has more than one wound  ☐ See additional instructions below |
| **Respiratory** | ☐ Oxygen – L/min _____  ☐ Gas  ☐ Liquid  ☐ Concentrator  ☐ Humidification  ☐ Nebulizer  ☐ Oximeter<br>☐ Portable Suction  ☐ Apnea Monitor  ☐ Tracheostomy: Size: _____ Date placed: _____<br>☐ CPAP/BiPAP Settings: _____  ☐ See discharge prescriptions  ☐ Other: _____ |
| **Orthotics** | ☐ TLSO  ☐ Cybertec 1000  ☐ Multipodus Boot  ☐ AFO  ☐ Upper Extremity Splint<br>☐ Brace worn at all times  ☐ Brace removed for showering  ☐ Brace worn when out of bed<br>☐ Leg/Foot Brace  ☐ Other: _____ |

ADDITIONAL DISCHARGE INSTRUCTIONS:
May include additional nursing orders for Home Health/SNF, or additional patient instructions. Do not use this area for medications.

Patient requires Chem 7 (check creatinine) in 2-3 and 5-6 days.
No change in medical regimen.

☐ Continued on back page

| PRESCRIBER'S NAME<br>Chiovaro | PAGER<br>443 5237 | CO-SIGNER'S NAME | PAGER |
|---|---|---|---|
| PRESCRIBER'S SIGNATURE<br>Joe Chiovaro | | CO-SIGNER'S SIGNATURE | |

## DISCHARGE INSTRUCTIONS/ORDERS FOR HOME CARE OR TRANSFER

D-12

# UCSF Medical Center

| | |
|---|---|
| UNIT NUMBER | |
| PT. NAME | |
| BIRTHDATE | |

## DISCHARGE ORDERS
## FOR HOME CARE OR TRANSFER

| LOCATION | DATE |
|---|---|

**SECTION II:** Applies to discharges to in-patient facilities (e.g. SNF) **AND** Home Health Care

| Skilled Nursing: | ☐ Assessment, intervention, and patient education    ☐ See Additional Discharge Instructions |
|---|---|
| Therapy(s) – Evaluate and Treat | ☐ Home safety evaluation ☐ Physical Therapy ☐ Occupational Therapy ☐ Speech Therapy |

☐ **See Additional Discharge Instructions for requested therapies.**

| Assistive Equipment | ☐ Wheelchair  ☐ 3-in-1 Commode  ☐ Hospital Bed  ☐ Continuous Passive Motion Machine  ☐ Pressure Relieving Mattress |
|---|---|
| Medical Social Worker | ☐ Assessment, intervention, and education related to social and emotional function |
| Precautions | ☐ Infection/Organism _____ ☐ Skin Breakdown;  Log roll every ___ hrs  ☐ Falls  ☐ Aspiration  ☐ Seizure  ☐ DVT; TEDS/SCDs  ☐ Other: _____ |

To be eligible for home health, patients must need 1 of 3 Skilled Nursing, Speech Therapy, or Physical Therapy

| Laboratory Tests | (Phlebotomy alone does not qualify for Home Health Care, a skilled nursing need is required) |
|---|---|
| | ☐ Test (s) _____ start date _____ q |
| | ☐ Test (s) _____ start date _____ q |
| | ☐ Test (s) _____ start date _____ q |
| | ☐ Test (s) _____ start date _____ q |

Patient Goals (Anticipated Level of Restored Function, Discharge Plans, Estimated Length of Stay / Home Therapy, etc.):

| Drug #1 Infusion | Drug: _____ Dose: _____ Frequency: _____ |
|---|---|
| | Start Date: _____ Finish Date: _____ |
| Drug #2 Infusion | Drug: _____ Dose: _____ Frequency: _____ |
| | Start Date: _____ Finish Date: _____ |
| Drug #3 Infusion | Drug: _____ Dose: _____ Frequency: _____ |
| | Start Date: _____ Finish Date: _____ |
| Drug #4 Infusion | Drug: _____ Dose: _____ Frequency: _____ |
| | Start Date: _____ Finish Date: _____ |

| Vascular Access | Type: _____ Insertion site: _____ ☐ Dressing Changer per Home Care |
|---|---|
| Enteral Therapy | Product: _____ Duration: _____ |
| | Rate(s): Daytime: _____ Nighttime: _____ Enteral Tube Type/Size: _____ |

Patient's Weight: _____

| Home Care Agency: | Phone: |
|---|---|
| Medical Supply / Equipment Company: | Phone: |
| Home Infusion / Dispensing Pharmacy: | Phone: |

**PHYSICIAN who will be responsible for Home Care medical orders and receiving patient condition up-dates:**

Name: _____ License#: _____

Address: _____ UPIN#: _____

Phone #: _____ Fax #: _____ PAGER#: _____

| PRESCRIBER'S NAME | PAGER | CO-SIGNER'S NAME | | PAGER |
|---|---|---|---|---|
| PRESCRIBER'S SIGNATURE | | CO-SIGNER'S SIGNATURE | | |
| CA LIC # | DEA # | DATE | CA LIC # | DEA # | DATE |

## DISCHARGE ORDERS FOR HOME CARE OR TRANSFER
12-13

**UCSF Children's Hospital**
at UCSF Medical Center

1. Date, time and signature required to accompany all orders.
2. All verbal orders must be countersigned by the prescribing physician within 48 hrs. of taking the order.
3. Verbal orders will not be accepted except in emergency.
4. All drug orders are 3-day supply, unless otherwise indicated.
5. Flag Chart to indicate new order.

DO NOT USE ABBREVIATIONS: U, µg, QD, QOD, X.0 mg, X mg, HS, TIW, MS, MgSO₄, MSO₄, IU

| DATE | 11/9/06 |
| TIME | 6:4_ AM/PM |

AUTHORIZED TO DISPENSE GENERIC EQUIVALENT OF MEDICATION ORDERED UNLESS CHECKED HERE ☐

D/C lovenox and coumadin
D/C IV; D/C home

V/O Countersigned _____ Date/Time _____

| DATE | / / |
| TIME | : AM PM |

AUTHORIZED TO DISPENSE GENERIC EQUIVALENT OF MEDICATION ORDERED UNLESS CHECKED HERE ☐

V/O Countersigned _____ Date/Time _____

| DATE | / / |
| TIME | : AM PM |

AUTHORIZED TO DISPENSE GENERIC EQUIVALENT OF MEDICATION ORDERED UNLESS CHECKED HERE ☐

V/O Countersigned _____ Date/Time _____

602-0252 (Rev. 04/05) Railzon

**MEDICAL RECORD COPY**          **PHYSICIANS ORDERS**

DEPARTMENT OF CORRECTIONS                                              STATE OF CALIFORNIA
## Consent for Surgical Operation

HOSPITAL

| NAME Culler, Jerry AL | NUMBER H31082 | AGE |
| | DATE 6/20/07 | TIME 7:15 A.M. |

1. I hereby authorize Dr. _Alding_____ and/or whomever (s)he may designate to perform
                        (State Name of Patient or "Myself")
upon ____Excision Cyst BACK_____, the following operation:

2. The nature and purpose of the operation, possible alternative methods of treatment, the risks involved, and the possibility of complications
have been fully explained to me. I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

3. I hereby authorize Dr. _____ and/or whomever (s)he may designate to administer such anesthetics as (s)he
may deem appropriate.

_____
SIGNATURE OF PATIENT OR LEGAL GUARDIAN                    DATE

_____
WITNESS                                                  DATE 6/20/07

REMARKS

CDC-7204 (Rev. 4-77)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE SEGREGATION RECORD**
CDC 114-A (Rev10/98)

| CDC NUMBER | | | | | | | | | | INMATE'S NAME | CELL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H. 31082 | | | | | | | | | | CULLER | |

**RECORD OF DAILY ACTIVITY**

INSTRUCTIONS:

In order to document Segregated Housing Conditions, Unit Staff must record all services and activities offered to segregated inmates and all significant activity (e.g., classification reviews). Maintain a record of the following:

1. CELL INSPECTION - A weekly inspection must be completed and recorded to ensure the cells are being properly maintained by the inmates.
2. EXERCISE - A record must be maintained on exercise offered and received to ensure each inmate is given the opportunity to exercise a minimum of ten (10) hours per week. Exercise may be suspended for disciplinary offenses. Number of hours received or refused shall be entered.
3. SHOWERS - Inmates must be allowed to shower three (3) times each week. Record all showers or refusals.
4. SUPPLIES - Cleaning and personal hygiene supplies shall be offered on a weekly basis to all inmates and provided on an as-needed basis. Record what was provided.
5. CLOTHING, LINEN - Clothing will be issued upon assignment and exchanged and laundered not less than every other week. Towels, sheets, and pillow cases will be laundered not less than once every two (2) weeks. Blankets shall be cleaned at least once every six (6) months. Record all exchanges.
6,7,8. MEALS - Record all meals served. Record any refusals of a meal served.
9. TRASH DISPOSAL - Daily trash disposal shall be offered. Record all disposals.

| DATE | CELL INSPECTION (1) | EXERCISE (2) | SHOWERS (3) | SUPPLIES (4) | CLOTHING / LINEN (5) | BREAKFAST (6) | LUNCH (7) | DINNER (8) | TRASH DISPOSAL (9) | STAFF COMMENTS | STAFF NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-9-06 | | | | | | | | | | 1/w c/o's R. PELETI + H. DANG ON DUTY. | PELETI |
| | | | | | | | | | | 2230 - TOOK OVER CUSTODY OF 1/m | |
| | | | | | | | | | | CULLER FROM CTF SOLEDAD | |
| | | | | | | | | | | TRANSPORTATION OFFICERS IN E.R. | |
| | | | | | | | | | | 0030 - STILL IN E.R. AND DR. IN TO SEE | |
| | | | | | | | | | | INMATE. | |
| | | | | | | | | | | 0040 - DR. IN TO SPEAK TO 1/m | |
| | | | | | | | | | | 0230 - RN IN | |
| | | | | | | | | | | 0245 - CALLED S.Q. TO RELAY COUNT | |
| | | | | | | | | | | TO CTF. | |
| | | | | | | | | | | 0400 - RN IN | |
| | | | | | | | | | | 0445 - CALLED S.Q. TO RELAY COUNT | |
| | | | | | | | | | | TO CTF. | |
| 11·9·06 | | | | | | | | | | 2/w c/o's R. PELETI + H. DANG ON DUTY. | PELETI |
| | | | | | | | | | | ALL EQUIP. ACCT'D FOR. | |
| | | | | | | | | | | 0845 - STILL IN E.R. AND DR, IN TO | |
| | | | | | | | | | | SEE 1/m. | |
| | | | | | X | | | | | 0900 - RN IN TO GIVE MEDS / SERVE | |
| | | | | | | | | | | BREAKFAST | |
| | | | | | | | | | | 0950 - DR's IN TO TALK TO 1/m | |
| | | | | | | | | | | 1030 · RN IN TO START BREATHING TREATMENT | |
| | | | | | | | X | | | 1340 - LUNCH SERVED | |
| H/9/06 | | | | | | | | | | 1400 c/o's LOZANO & FAAITA ON DUTY | |
| | | | | | | | | | | ALL EQUIP. ACCT'D FOR | |
| | | | | | | | | | | 1530 - ESCORT 1/m UP TO NUCLEAR MEDICINE | |
| | | | | | | | | | | 5TH FLOOR (MRI CHEST, LUNGS) | |
| | | | | | | | | | | 1630 - ESCORT 1/m TO VASCULAR DEPT 8TH | |
| | | | | | | | | | | FLOOR (ULTRASOUND LEGS) | |
| | | | | | | | | | | 1700 - CALLED COUNT IN TO C.T.F. | |
| | | | | | | | | | | 1750 - RN IN TO ADMINISTER INJECTION | |
| | | | | | | | | | X | 1825 - DINNER SERVED | |

SYMBOLS
X - ITEM COMPLETED
Q - CONFINED TO QUARTERS / PENDING DISCIPLINARY
L - LINEN EXCHANGED

R - REFUSED
N - NO YARD PENDING ICC/ REVIEW
C - CLOTHING EXCHANGED
S - LOCKDOWN

## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| Cullen, Terrial | H 31082 | CTF-C |

| DATE OF BIRTH | EPRD DATE | GENDER |
|---|---|---|
| 2/27/58 | Life | M |

| PRINCIPLE DIAGNOSIS | ICD-9 CODE | CPT CODE(S) |
|---|---|---|
| Chronic Steroid use | | |

| REQUESTED SERVICE(S) | # OF DAYS RECOMMENDED |
|---|---|
| Bone densitometry | |

*Please circle all that apply:* **Diagnostic** Procedure/Consultation        Outpatient/Inpatient        **Initial**/Follow-up

Requested Treatment/Service is:    **EMERGENT**        **URGENT**        **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*

Pt has been on steroids since 1998 for ventimatic disease on minimal chronic prednisone dose 12.5mg
Worsening pt 120mg QD QD

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| Allorine | | |

| REQUESTING PHYSICIAN SIGNATURE | DATE 11/6/06 | Utilization management tracking #: |
|---|---|---|

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

### Attach Progress Note page for additional information.
### THIS FORM MUST BE RETURNED WITH THE PATIENT!!!

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY  - CONSULTANT
PINK      - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

D - 15

# UC**SF** Medical Center

UNIT NUMBER

PT. NAME

```
515 77 51-5      OED   MED
CULLER,JERRYAL JEACHE
DOB 02/27/1958      45   A
18P5511      DOS 11/08/2005
```

BIRTHDATE

## PLEASE BRING THIS WITH YOU TO YOUR FIRST DOCTOR VISIT

LOCATION                          DATE

Diagnosis/Surgeries/Procedures _minimal change disease_

Doctor at the time of discharge: _Chinoward_

**Discharge to:** ☐ Home ☐ Acute facility ☐ Sub-acute facility ☐ Acute rehab ☐ Hospital based SNF
☐ Free standing SNF ☐ I/P Hospice ☐ Med psych ☐ Other (Specify) _Prison_
Name of facility _____

Person accepting responsibility for patient: ☐ self ☐ family ☐ other _Prison M.D._
Mode of transportation: ☐ self/family ☐ taxi ☐ ambulance/phone # _____ pick up date/time _____

### Referrals / Follow-up for your care

| Follow-up | Location | Phone # | Appointment/Delivery Date/Time |
|---|---|---|---|
| Dr. _Prison M.D._ | | | |
| Dr. | | | |
| Dr. | | | |

☐ Home Care Agency:
☐ RN ☐ PT/OT ☐ Home health aid ☐ SW ☐
☐ Infusion Company:
☐ Equipment Company:
☐ cane/walker ☐ crutches/wheelchair ☐ oxygen ☐ commode ☐ hospital bed ☐
☐ Supply Company
☐ ostomy ☐ tracheostomy ☐ wounds ☐ tube feedings

### Discharge Instructions until your first doctor's appointment:

Name(s) of teaching record(s) for self care instructions: _____ ☐ none
**Medications:** ☐ none ☐ reviewed by my nurse ☒ resume pre-hospital medications ☐ prescriptions
☐ see Medication Schedule (complex meds) as per doctor's orders    reviewed by my doctor
☐ reviewed by my pharmacist _d/c coumadin & Lovenox_

## DISCHARGE INSTRUCTIONS FOR PATIENTS WHO DO NOT RECEIVE A TEACHING RECORD:

Name(s) of pamphlet(s) given to patient: _____ ☐ none
Diet:    ☐ no restrictions ☒ special diet (specify) _Renal_
Activity: ☒ no restrictions ☐ no lifting > 10 pounds for ____ days ☐ no shower/tub for ____ days
☐ no driving for ____ days ☐ other _____
Treatments prescribed by your doctor: ☐ none ☐ incisional care _____
_Pt. required chem 7 (check creatinine) in 2-3 days and 5-6 d_
☐ place dry dressing on _____ after bathing ☐ place wet to damp dressing on(site) ____ every ____
☐ use nebulizer/inhaler every _____
☐ taught _____ with return demonstration.

Notify your doctor if you have any of the following, especially:
☐ fever              ☐ blood sugar < 70 or > 400      ☐ shortness of breathing/wheezing      ☐ dizziness/fainting
☐ worse pain      ☐ drainage from wound              ☐ burning, urgency, freq. of urination      ☐ palpitations
☐ numbness        ☐ bleeding from wound              ☐ blurry vision      ☐ chest pain **not relieved by Nitro**
☐ redness near wound                                    ☐ headache      ☐ new onset chest pain
☐ other _____                                                                    ☐ swelling rapid weight gain
                                                                                              ☐ confusion/seizures

**Signatures:** I understand the above instructions and have a copy of them. ☐ Interpreter used
Discharge RN: _Aida B_____ Patient/Family: _____
Other instructor/title: _____ Social Worker: _____
Other instructor/title: _____ Discharge date/time: _11/09/06   1940_

**DISCHARGE/FOLLOW-UP SUMMARY**

602-4402 (Rev. 01/03, 01/03) ORIGINAL – MEDICAL RECORD COPY    YELLOW – PATIENT COPY    PINK – NURSING COPY

STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS
# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME _Cullen Jerrin_ | CDC NUMBER _H 31093_ | INSTITUTION _CTF_ |
|---|---|---|

| DATE OF BIRTH _2-27-52_ | EPRD DATE _LIFE_ | | GENDER _M_ |
|---|---|---|---|

| PRINCIPLE DIAGNOSIS _Nephrotic Syndrome_ | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) _Renal Consult_ | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation   Outpatient/Inpatient   Initial/Follow-up

Requested Treatment/Service is: **EMERGENT**   **URGENT**   **ROUTINE**

*For the purpose of retrospective review, if emergent or urgent, please justify:*

Proposed Provider: _Nephrologist or (such as)_  Anticipated Length of Stay: _N/A_

Expected disposition (i.e.: outpatient, follow-up, return to institution, transfer): _N/A_

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* _Pt developed psychosis when taking predisone in the past, want to meet the_

Estimated time for service delivery, recovery, rehabilitation and follow-up: _2wks ??_

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _Disease follow pt while on predisone_

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _predisone_

| REQUESTING PHYSICIAN PRINTED NAME _T. FRIEDERICHS_ | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE | DATE _3-4-06_ | Utilization management tracking #: |
|---|---|---|

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**   CDC 7243 (Rev. 11/02)

D-17

UCSF MEDICAL CENTER

PT NAME:    CULLER, JERRYAL JEROME
UNIT #      157731-0
DOB:        02/27/1958  SEX: M
DOCUMENT #  1290158  Prelim
VISIT #     12255057

NEPHROLOGY, HYPERTENSION AND METABOLISM FACULTY PRACTICE
1701 Divisadero Street
Fifth Floor, Box 1211
San Francisco, California 94143-1211
Tel: (415) 353-7999    Fax: (415) 353-7901

November 8, 2006
San Quentin State Prison
San Quentin, CA
RE: Culler, Jerryal Jerome
U#: 01577310
DATE OF SERVICE: 11/08/06
Dear Colleagues:

I had the pleasure of seeing your patient in the Nephrology,
Hypertension, and Metabolism Faculty Practice at UCSF/Mt. Zion Medical
Center today in consultation for minimal change disease.
This is a 48-year-old African-American gentleman who is diagnosed with
minimal change disease in 1998. He presented to a hospital in Marin,
California with symptoms of anasarca, his evaluation ultimately led to
kidney biopsy, which reportedly was thought to represent minimal change
disease. Although I do not have the direct pathology report, other
accompanying documentation, including prior clinic visits, note that the
biopsy specimen was suboptimal with only three glomeruli present. This,
one wonders whether another glomerular process (such as FSGS) was
missed.
In any case, the patient was started on prednisone and had a good
response. However, attempts to wean his steroids have led to relapses.
In an effort to reduce his steroid exposure, cyclosporin was started
some time around 1999 or 2000. Although he had normal or near normal
renal function with a serum creatinine ranging from 0.9 to 1.1 mg/dl,
around the time of diagnosis, he developed acute renal failure in
conjunction with cyclosporin and concomitant ACE inhibitor therapy, with
peak serum creatinine of 7.0 mg/dl. These latter medications were
subsequently stopped. Some time after this episode, a trial of CellCept
was begun. This patient is quite adamant that the CellCept caused
symptoms of swelling and ultimately requested to be taken off these
medications. CellCept was later retried several months later, but,
again, subsequently stopped due to his feelings that it was causing
symptoms of swelling. Currently, he takes prednisone 60 mg once daily.
REVIEW OF SYSTEMS: On review of systems, he notes symptoms of swelling
involving his lower extremity trunk, up to his neck. He reports that he
had acute symptoms of swelling involving his lower extremities, trunk
and scrotum several weeks ago. He associated this with dyspnea and
paroxysmal nocturnal dyspnea. For relief, he took several doses of
prednisone and his swelling and breathing have subsequently improved.
He notes symptoms of chest pain, but cannot describe the duration,
intensity or frequency. He does not have shortness of breath at the
current time. He reports symptoms of difficulty urinating associated
with recent ACE inhibitor use. This medication has subsequently been
stopped with improvement in his symptoms. He denies symptoms of

12-18

Addendum

Addendum

hematuria or flank pain.  The remainder of his review of systems is
negative.
PAST MEDICAL HISTORY:
1.History of minimal change disease diagnosed by biopsy in 1998.
2.History of contrast nephropathy in 2005, associated with
     catheterization.
3.History of acute renal failure associated with cyclosporin and ACE
     inhibitor use.
4.Hypertension.
5.Hyperlipidemia.
6.Asthma.
MEDICATIONS:
1.Lipitor 20 mg q.d.
2.Albuterol inhaler 2 puffs q.4 hours.
3.Triamcinolone ointment p.r.n.
4.Prednisone 60 mg q.d.
5.Aspirin 81 mg q.d.
6.Furosemide 80 mg q.d.
ALLERGIES:  ACE INHIBITORS, the exact reaction is unclear, but may be
acute renal failure.
SOCIAL HISTORY:  He has been incarcerated for 15 years.  He smoked three
cigarettes per day for 40 years.
FAMILY HISTORY:  There is no significant history of renal disease.
PHYSICAL EXAMINATION:
VITAL SIGNS:  Blood pressure 152/103.  Pulse 133.  Respiratory rate 15.
Oxygen saturation 98%.
HEENT:  Sclerae are anicteric.  There is marked proptosis present.
Mucous membranes are moist.
NECK:  Supple.  No jugular venous distention present.
LUNGS:  Clear to auscultation.
CARDIAC:  Tachycardiac and regular.  No murmurs, rubs, or gallops.
ABDOMEN:  Soft, nontender, nondistended.  No hepatosplenomegaly
appreciated.
EXTREMITIES:  There is 1+ pitting edema to the knees bilaterally.
LABORATORY STUDIES:  Labs from March 2006, demonstrate a sodium of 142
millimoles/liter, potassium 4.4 mg/dl, chloride 107 millimoles/liter,
bicarbonate 30 millimoles/liter, BUN 12 mg/dl, and creatinine 1.1
mg/dl.  A 24-hour urine collection demonstrates 15.9 grams of protein
per day.  His total cholesterol is 575 mg/dl.  HDL is 73 mg/dl, LDL is
437 mg/dl and triglycerides are 325 mg/dl.  Over the past year, his
serum creatinine concentration has ranged from 0.8 mg/dl in April to 1.1
mg/dl in March.
EKG:  Sinus tachycardia with left ventricular hypertrophy.
A urinalysis was performed in clinic today.  This shows 4+ protein,
moderate blood and is negative for bilirubin and 2+ glucose.
IMPRESSION:
1.Steroid dependent minimal change disease.
2.Sinus tachycardia in the setting of a nephrotic syndrome.  This is
     concerning for pulmonary embolus.
3.Hyperlipidemia.
RECOMMENDATIONS:
1.This patient has steroid dependent nephrotic syndrome, most likely
     secondary to minimal change disease, although I cannot rule out the
     possibility that he may have focal sclerosis.  At this point, he has
     experienced adverse consequences from cyclosporin, namely acute
     renal failure.  He has also experienced side effects from CellCept.
     Although I suspect, as I told him, that he is confusing symptoms of

the underlying disease for side effects of the medication.
Therefore, we are left with few remaining treatment options. The
first option would be to continue prednisone. Other options would be
to try alternative immunosuppressive agents which have much less
evidence for the treatment of minimal change disease, such as
Cytoxan. I explained to the patient that my preference would be to
treat him with a steroid sparing regimen, and that I preferred
CellCept in his particular circumstances over the use of Cytoxan. I
explained the reasoning behind using a steroid-sparing regimen,
namely the avoidance of long-term side effects from steroid therapy
including glucose intolerance or frank diabetes, worsening
hypertension, obesity, weight gain, cataracts, osteoporosis and
hyperlipidemia, among others. The patient understands these
potential risks, but strongly prefers prednisone therapy over other
immunosuppressive agents, given his concerns regarding the other
side effects. In fact, he is not willing to retry these other
agents. Given this stated preference, I would suggest converting
his steroid therapy to every other day dosing. Thus, I would change
his prednisone to 120 mg once a day and begin to taper the dose by
10 mg, 5 mg every two weeks as tolerated, until he reaches a dose of
approximately 30-40 mg every other day. I would continue with his
diuretic regimen as well, as well as his aspirin. He is similarly
quite adamant that he is not willing to retry an ACE inhibitor,
although I do think that this would benefit in terms of both blood
pressure control and proteinuria reduction.
2. Sinus tachycardia. I am concerned, given the patient's high-grade
   proteinuria and his underlying hypercoagulability, I am most
   concerned for pulmonary embolus. I have taken the liberty of
   contacting the prison physician and explaining this situation and,
   together, we have decided to send the patient to the UCSF Emergency
   Department for further evaluation.
Thank you for allowing me to participate in the care of this fascinating
gentleman. I am not certain that I will be able to contribute
significantly to his long-term management, since he seems to have very
clear-cut and unchangeable ideas regarding his management.
Nevertheless, I would be happy to assist you in any way possible.
Please do not hesitate to contact me if I can be of any assistance.
Best regards,
MANJULA KURELLA, M.D.
ASSISTANT ADJUNCT PROFESSOR
NEPHROLOGY, HYPERTENSION AND METABOLISM FACULTY PRACTICE
EXTRA COPIES:
CARBON COPIES:
DICTATED BY:                        Manjula Tamura, MD 41489
                                    PRELIMINARY REPORT

ATTENDING PHYSICIAN:        Manjula Tamura, MD 41489
D:   11/08/2006  6:06 P
T:   11/11/2006  3:34 A wdn  CS#: 1290158

Ɵ - Z O

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE SEGREGATION RECORD**
CDC 114-A (Rev10/98)

| CDC NUMBER | | | | | | | | | | INMATE'S NAME | | CELL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H · 31082 | | | | | | | | | | CULLER | | |

**RECORD OF DAILY ACTIVITY**

INSTRUCTIONS:

In order to document Segregated Housing Conditions, Unit Staff must record all services and activities offered to segregated inmates and all significant activity (e.g., classification reviews). Maintain a record of the following:

1. CELL INSPECTION - A weekly inspection must be completed and recorded to ensure the cells are being properly maintained by the inmates.
2. EXERCISE - A record must be maintained on exercise offered and received to ensure each inmate is given the opportunity to exercise a minimum of ten (10) hours per week. Exercise may be suspended for disciplinary offenses. Number of hours received or refused shall be entered.
3. SHOWERS - Inmates must be allowed to shower three (3) times each week. Record all showers or refusals.
4. SUPPLIES - Cleaning and personal hygiene supplies shall be offered on a weekly basis to all inmates and provided on an as-needed basis. Record what was provided.
5. CLOTHING, LINEN - Clothing will be issued upon assignment and exchanged and laundered not less than every other week. Towels, sheets, and pillow cases will be laundered not less than once every two (2) weeks. Blankets shall be cleaned at least once every six (6) months. Record all exchanges.
6,7,8. MEALS - Record all meals served. Record any refusals of a meal served.
9. TRASH DISPOSAL - Daily trash disposal shall be offered. Record all disposals.

| DATE | CELL INSPECTION | EXERCISE | SHOWER | SUPPLIES | CLOTHING / LINEN | BREAKFAST | LUNCH | DINNER | TRASH DISPOSAL | STAFF COMMENTS | STAFF NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
| 11·9·06 | | | | | | | | | | 1/w c/o's R. PELETT + H. DANG ON DUTY. | PELETT |
| | | | | | | | | | | 2330 - TOOK OVER CUSTODY OF 1/M CULLER FROM CTF SOLEDAD TRANSPORTATION OFFICERS IN E.R. | |
| | | | | | | | | | | 0030- STILL IN E.R. AND DR. IN TO SEE INMATE. | |
| | | | | | | | | | | 0040- DR. IN TO SPEAK TO 1/M | |
| | | | | | | | | | | 0230- RN IN | |
| | | | | | | | | | | 0245- CALLED S.Q. TO RELAY COUNT TO CTF. | |
| | | | | | | | | | | 0400- RN IN | |
| | | | | | | | | | | 0445- CALLED S.Q. TO RELAY COUNT TO CTF. | |
| 11·9·06 | | | | | | | | | | 2/w c/o's R. PELETT + H. DANG ON DUTY. ALL EQUIP. ACCT'D FOR. | PELETT |
| | | | | | | | | | | 0845- STILL IN E.R. AND DR. IN TO SEE 1/M. | |
| | | | | | | X | | | | 0900- RN IN TO GIVE MEDS / SERVE BREAKFAST | |
| | | | | | | | | | | 0950- DR.'S IN TO TALK TO 1/M | |
| | | | | | | | | | | 1030- RN IN TO START BREATHING TREATMENT | |
| | | | | | | | X | | | 1340- LUNCH SERVED | |
| 11/9/06 | | | | | | | | | | 1400 3rd c/o's LOZANO & FAAITA ON DUTY ALL EQUIP. ACCT'D FOR | |
| | | | | | | | | | | 1530- ESCORT 1/m UP TO NUCLEAR MEDICINE 5th FLOOR (MRI CHEST, LUNGS) | |
| | | | | | | | | | | 1630- ESCORT 1/m TO VASCULAR DEPT 8th FLOOR (ULTRASOUND LEGS) | |
| | | | | | | | | | | 1700- CALLED COUNT IN TO C.T.F. | |
| | | | | | | | | | | 1750-RN IN TO ADMINISTER INJECTION | |
| | | | | | | | | X | | 1825- DINNER SERVED | |

SYMBOLS
X - ITEM COMPLETED                                    R - REFUSED
Q - CONFINED TO QUARTERS / PENDING DISCIPLINARY    N - NO YARD PENDING ICC/ REVIEW
L - LINEN EXCHANGED                                  C - CLOTHING EXCHANGED
D - CLOTHING PSYCH EXCHANGED                         S - LOCKDOWN               D-21



**UCSF Medical Center**
*at Mount Zion*

CTF

015-77-31-0    02/27/1958
Culler, Jerryal Jerome
Visit: 000012255057

H 31082

## NEPHROLOGY, HYPERTENSION AND METABOLISM FACULTY PRACTICE

**1701 Divisadero Street**
**Fifth Floor, Box 1211**
**San Francisco, California 94143-1211**

**Tel: (415) 353-7999    Fax: (415) 353-7901**

November 8, 2006

San Quentin State Prison
San Quentin, CA

RE: Culler, Jerryal Jerome
U#: 01577310
DATE OF SERVICE: 11/08/06

Dear Colleagues:

I had the pleasure of seeing your patient Jerome Culler in the Nephrology, Hypertension, and Metabolism Faculty Practice at UCSF/Mt. Zion Medical Center today in consultation for the nephrotic syndrome secondary to minimal change disease.

This is a 48-year-old African-American gentleman who was diagnosed with minimal change disease in 1998. He presented to a hospital in Marin, California with symptoms of anasarca; his evaluation ultimately led to kidney biopsy, which reportedly was thought to represent minimal change disease. Although I do not have the direct pathology report, other accompanying documentation, including prior clinic visits, note that the biopsy specimen was suboptimal with only three glomeruli present. This, one wonders whether another glomerular process (such as FSGS) was missed.

In any case, Mr. Culler was started on prednisone and had a good response. However, attempts to wean his steroids have led to relapses. In an effort to reduce his steroid exposure, cyclosporin was started some time around 1999 or 2000. Although he had normal or near normal renal function with a serum creatinine ranging from 0.9 to 1.1 mg/dl around the time of diagnosis, he developed acute renal failure in conjunction with cyclosporin and concomitant ACE inhibitor therapy, with peak serum creatinine of 7.0 mg/dl. These latter medications were subsequently stopped. Some time after this episode, a trial of CellCept was begun. Mr. Culler is quite adamant that the CellCept (not his underlying disease) caused symptoms of swelling and ultimately he requested to be taken off these medications. CellCept was later retried several months later, but, again, subsequently stopped due to his feelings that it was causing symptoms of swelling. Currently, he takes prednisone 60 mg once daily.

MZ-7298-007 (Rev 10/04) Relizon

# U<sub>C</sub>SF Medical Center
### *at Mount Zion*

REVIEW OF SYSTEMS: On review of systems, he notes symptoms of whole body anasarca. He reports that he had acute symptoms of swelling involving his lower extremities, trunk and scrotum several weeks ago. This was associated with symptoms of acute dyspnea. For relief, he took several doses of prednisone and his swelling and breathing have subsequently improved. He notes symptoms of chest pain, but cannot describe the duration, intensity or frequency. He does not have shortness of breath at the current time. He reports symptoms of difficulty urinating associated with recent ACE inhibitor use. This medication has subsequently been stopped with improvement in his symptoms. He denies symptoms of hematuria or flank pain. The remainder of his review of systems is negative.

PAST MEDICAL HISTORY:
1. History of minimal change disease diagnosed by biopsy in 1998.
2. History of contrast nephropathy in 2005, associated with cardiac catheterization.
3. History of acute renal failure associated with cyclosporin and ACE inhibitor use.
4. Hypertension.
5. Hyperlipidemia.
6. Asthma.

MEDICATIONS:
1. Lipitor 20 mg q.d.
2. Albuterol inhaler 2 puffs q.4 hours.
3. Triamcinolone ointment p.r.n.
4. Prednisone 60 mg q.d.
5. Aspirin 81 mg q.d.
6. Furosemide 80 mg q.d.

ALLERGIES: ACE INHIBITORS, the exact reaction is unclear, but may be acute renal failure.

SOCIAL HISTORY: He has been incarcerated for 15 years. He smoked three cigarettes per day for 40 years.

FAMILY HISTORY: There is no significant history of renal disease.

PHYSICAL EXAMINATION:
VITAL SIGNS: Blood pressure 152/103. Pulse 133. Respiratory rate 15. Oxygen saturation 98%.
HEENT: Sclerae are anicteric. There is proptosis present. Mucous membranes are moist.
NECK: Supple. No jugular venous distention present.
LUNGS: Clear to auscultation.
CARDIAC: Tachycardiac and regular. No murmurs, rubs, or gallops.
ABDOMEN: Soft, nontender, nondistended. No hepatosplenomegaly appreciated.
EXTREMITIES: There is 1+ pitting edema to the knees bilaterally.

LABORATORY STUDIES: Labs from March 2006, demonstrate a sodium of 142 millimoles/liter, potassium 4.4 mg/dl, chloride 107 millimoles/liter, bicarbonate 30 millimoles/liter, BUN 12 mg/dl, and creatinine of 1.1 mg/dl. A 24-hour urine collection

MZ-7298-007 (Rev. 10/04) Relizon

**UCSF Medical Center**
*at Mount Zion*

015-77-31-0          02/27/1958
**Culler, Jerryal Jerome**
Visit: 000012255057

demonstrates 15.9 grams of protein per day. His total cholesterol is 575 mg/dl. HDL is 73 mg/dl, LDL is 437 mg/dl and triglycerides are 325 mg/dl. Over the past year, his serum creatinine concentration has ranged from 0.8 mg/dl in April to 1.1 mg/dl in March.

EKG: Sinus tachycardia with left ventricular hypertrophy.

A urinalysis was performed in clinic today. This shows 4+ protein, 2+ glucose, moderate blood and is negative for bilirubin.

IMPRESSION:
1.Steroid dependent nephrotic syndrome.
2.Sinus tachycardia in the setting of a nephrotic syndrome, concerning for pulmonary embolus.
3.Hyperlipidemia.

RECOMMENDATIONS:
1.This patient has steroid dependent nephrotic syndrome, most likely secondary to minimal change disease, although I cannot rule out the possibility that he may have focal sclerosis. He has experienced adverse consequences from cyclosporin, namely acute renal failure. He may have also experienced side effects from CellCept, although I suspect, as I told him, that he is confusing symptoms of the underlying disease for side effects of the medication. Therefore, we are left with few remaining treatment options. The first option would be to continue prednisone. Another option would be to try an alternative immunosuppressive agent, such as Cytoxan. I explained to Mr. Culler that my preference would be to treat him with a steroid sparing regimen, and that I preferred CellCept in his particular circumstance over the use of Cytoxan, since the latter generally has more side effects. I explained the reasoning behind using a steroid-sparing regimen, namely the avoidance of long-term side effects from steroid therapy including glucose intolerance or frank diabetes, worsening hypertension, obesity, weight gain, cataracts, osteoporosis and hyperlipidemia, among others. He understands these potential risks, but strongly prefers prednisone therapy over other immunosuppressive agents, given his concerns regarding their side effects. In fact, he is not willing to retry these other agents. Given this stated preference, I would suggest converting his steroid therapy to every other day dosing, since this dosing schedule may be better tolerated in terms of side effects. Thus, I would change his prednisone to 120 mg once a day and begin to taper the dose by 5-10 mg every two weeks as tolerated, until he reaches a dose of approximately 30-40 mg every other day. I would continue with his diuretic regimen as well as his aspirin. He is similarly quite adamant that he is not willing to retry an ACE inhibitor, although I do think that this would be beneficial in terms of both blood pressure control and proteinuria reduction, with little risk for acute renal failure if closely monitored and not used in concert with calcineurin inhibitors such as cyclosporine. My hope is that by maintaining him on the lowest dose of prednisone possible, better lipid control can be achieved. Finally, I would recommend that his fasting blood sugar be periodically monitored, since today's urinalysis indicates glucosuria.

2.Sinus tachycardia. I am concerned, given the patient's underlying hypercoagulability, about the possibility of pulmonary embolus. I have taken the liberty of contacting the prison physician and explaining this situation and, together, we have decided to send the patient to the UCSF Emergency Department for further evaluation.

MZ-7298-007 (Rev. 10/04) Relizon

**UCSF Medical Center**
*at Mount Zion*

015-77-31-0        02/27/1958
**Culler, Jerryal Jerome**
**Visit: 000012255057**

Thank you for allowing me to participate in the care of this fascinating gentleman. I am not certain that I will be able to contribute significantly to his long-term management, since he seems to have very clear-cut and unchangeable ideas regarding his management. Nevertheless, I would be happy to assist you in any way possible. Please do not hesitate to contact me if I can be of any assistance.

Best regards,

MANJULA TAMURA, M.D.
ASSISTANT ADJUNCT PROFESSOR
NEPHROLOGY, HYPERTENSION AND METABOLISM FACULTY PRACTICE

EXTRA COPIES:

CARBON COPIES:

DICTATED BY:                    Manjula Tamura, MD 41489


**Electronically Signed by**
**Manjula Tamura, MD 12/18/2006 17:52**
_____
ATTENDING PHYSICIAN:            Manjula Tamura, MD 41489

D:      11/08/2006  6:06 P
T:      11/11/2006  3:34 A wdn  CS#: 1290158

MZ-7298-007 (Rev. 10/04) Relizon

015-77-31-0    02/27/1958
Culler, Jerryal Jerome
Visit: 000013150426

# UCSF Medical Center
### at Mount Zion

NEPHROLOGY, HYPERTENSION AND METABOLISM FACULTY PRACTICE

**1701 Divisadero Street**
**Fifth Floor, Box 1211**
Francisco, California 94143-1211

Phone: (415) 353-7999    Fax: (415) 353-7901

August 8, 2007

John Trent, M.D.
Correctional Training Facility
Hwy 101 N
P.O. Box 686
, CA 93960

RE:          Culler, Jerryal Jerome
U#:          01577310
DATE OF SERVICE: 08/08/07

Dear Dr. Trent:

It was our pleasure to see our mutual patient at the Nephrology, Metabolism, and
Hypertension Faculty Practice here at UCSF Mt. Zion today. He was last seen in our
clinic in February 2007.

As you know, he is a 49-year-old man with steroid-dependent minimal change disease
that was documented by kidney biopsy in 1998. Since that time, attempts to remove his
steroid therapy have resulted in relapses which cause him to develop profound lower
extremity edema and heavy proteinuria. However, on the higher doses of prednisone,
the patient has been relatively well controlled. At his last visit, we talked about initiating
Imuran therapy as a steroid-sparing agent in order to get the patient off prednisone as a
long-term goal. In the interim, the patient reports having taken 4 months of Imuran,
initially at a dose of 75  mg twice daily, and then at 100 mg twice daily and finally was
stopped abruptly per the patient in June for unclear reasons. He reports feeling quite
well, and in fact felt improved with improved lower extremity edema and decreased foam
in his urine on the Imuran. After the Imuran was stopped, he felt ill. The patient,
however, was stable on a decreasing dose of prednisone. He was at 100 mg every other
day of prednisone when he was seen by us in February. He was down to 40 mg every
other day just last week, and the plan was to decrease him to 30  mg every other day
and, per the patient, somehow the dose adjustment was mixed up and he has not
received prednisone for approximately 8 days. Over the last 5 days, he reports
increased swelling in his lower extremities with an increased shine on his lower
extremity skin consistent with edema.
He also reports pins and needles all over his body, which he characterizes as typical of
steroid withdrawal. Otherwise, the patient denies any chest pain or cough. He reports
feeling well overall.

# UCSF Medical Center
## at Mount Zion

015-77-31-0    02/27/1958
Culler, Jerryal Jerome
Visit: 000013150426

His current medications have been reviewed. He is currently on clonidine 0.2 mg 3 times a day, Lipitor 20 mg every evening, and is listed as being on 30 mg of prednisone every other day, although the patient denies this at present for the last 8 days.

In general, the patient is relaxed and in no apparent distress. His blood pressure is 162/100, which is poorly controlled compared with previous visits, with a pulse of 98. He weighs 167 pounds. In general, he is pleasant, with a mild cushingoid appearance. Sclerae are anicteric. His extraocular movements are intact. Ear, nose and throat shows that his oropharynx is clear, mucous membranes are moist. His lungs are clear to auscultation bilaterally. Inspiratory effort is symmetric bilaterally. His heart is regular rate and rhythm. There is no evidence of rubs or gallops. His abdomen is soft, nontender, nondistended. There is no evidence of costovertebral angle tenderness. His lower extremities show mild stasis changes with 1+ pitting edema to his knees bilaterally. He has 2+ pulses bilaterally. Neurologically, he is alert and oriented times 3. He does report a sensation of pins and needles, but he moves all extremities well and has a normal gait.

His laboratory data from July 2007 shows white count of 9.1 with a hematocrit of 49.3 and platelets of 247, sodium is 140, potassium 4.4, BUN and creatinine are 9 and 1 respectively, which is his baseline. Calcium is 8.9. His albumin, interestingly, is 2, which is decreased from 2.7 at his last visit. There is no evidence of urinary studies since his last visit.

In summary, the patient is a 49-year-old man with known minimal change disease that is steroid dependent, here for followup. With respect to his minimal change disease, we would recommend returning him to a dose of 40 mg every other day without any further plans for tapering until the patient sees us in approximately 1 month's time. Given the fact that he tolerated Imuran well, we would recommend restarting 75 mg orally of Imuran twice daily, and continue on this dose until he sees us again in 1 month's time. While on the Imuran, allopurinol should be avoided. Mr. Culler should also get monthly CBC, metabolic panel including liver function tests to monitor for any leukopenia and liver dysfunction respectively while on immunosuppression.

With respect to his hypertension, he is quite hypertensive today, although this may be related to an early flare of his minimal change disease. He has traditionally been well controlled on clonidine. If he remains hypertensive, please consider titrating the clonidine 0.3mg three times a day. Apparently, he has had adverse reactions to ACEI in the past, so he would benefit from the addition of ARB given history of proteinuria. If his lower extremity edema persists, please consider reinitiating Lasix 80mg daily.

Finally, we recommend initiating Bactrim therapy. We would use double strength 1 tablet on Mondays, Wednesdays, and Fridays only for prophylaxis given that he will be on both prednisone and Imuran. He is to continue calcium and vitamin D tablets, 1 with each meal, and finally we would recommend initiating Fosamax therapy at a dose of 70 mg every week given his chronic steroid use and osteoporosis.

Disposition: He will return to our clinic in one's month. He should get a repeat CBC, a chemistry-10 panel, liver function tests and spot urine protein, urine creatinine and urine microalbumin prior to his visit.

MZ-7298-007 (Rev. 10/04) WorkflowOne



**UCSF Medical Center**
*at Mount Zion*

015-77-31-0    02/27/1958
Culler, Jerryal Jerome
Visit: 000013562974

3. Hyperlipidemia- He should continue his Lipitor. Please obtain a fasting lipid panel prior to his next visit.
4. Steroid-induced osteoporosis- He should continue his Fosamax. He should also be taking calcium tablets with vitamin D supplementation.
5. Glucose intolerance- His serum glucose was elevated at 141. Now that he is going to be back on a higher prednisone dose, his blood sugars need to be monitored on a daily basis. He may require insulin therapy, should he develop worsening hyperglycemia.
6. Health Care Maintenance: Mr. Culler should be getting annual eye exams to evaluate for cataracts given his history of prednisone use.

Disposition: Prior to the next visit please obtain a urinalysis with a urine protein to urine creatinine ratio, CBC, chem-10, hemoglobin A1c, and fasting lipid panel.

Mr. Culler should follow up with Dr. Tamura in one month's time. Thank you very much for the opportunity to see this patient in our clinic. Please do not hesitate to contact us with any questions.

Sincerely,

MEI ZHU PENG, M.D.

I have seen and examined the patient. I reviewed and discussed the case with Dr. Keller and agree with the findings and treatment plan as documented above.

EXTRA COPIES:

Addendum: On October 4, 2007, I had spoken with Dr. N. Dayalan regarding Mr. Culler. I had relayed the above recommendations to him. I told Dr. Dayalan that Mr. Culler needed to take Prednisone 120mg every other day for at least a month as he is having a relapse. His blood pressure needs to be under better control. It was important to monitor his blood sugars very closely.

CARBON COPIES:                    Manjula Tamura, MD
                                   Box 1211


DICTATED BY:                       Christopher R. Keller, MD 47341

                                   Electronically Signed by
                                   Mei Zhu Peng, MD 10/15/2007 22:33

ATTENDING PHYSICIAN:               Mei Zhu Peng, MD 57732

D:    10/03/2007  2:07 P
T:    10/03/2007  3:22 P D57  CS#: 1558004

MZ-7298-007  (Rev. 10/04) WorkflowOne



**UCSF Medical Center**
*at Mount Zion*

015-77-31-0        02/27/1958
Culler, Jerryal Jerome
Visit: 000013150426

Thank you very much for allowing me to participate in the care of this patient. If you have any questions, please do not hesitate to call.

I have seen and evaluated the patient. I reviewed and discussed the case with the resident/fellow, Dr. Keller, and agree with the findings and treatment plan as documented above.

Sincerely,

MEI ZHU PENG, M.D.
CLINICAL INSTRUCTOR
DIVISION OF NEPHROLOGY
DICTATED BY:                    Christopher R. Keller, MD 47341

Electronically Signed by
Mei Zhu Peng, MD 09/20/2007 14:50

ATTENDING PHYSICIAN:          Mei Zhu Peng, MD 57732

D:      08/08/2007  4:49 P
T:      08/08/2007  8:15 P D07  CS#9 1512113

MZ-7298-007 (Rev. 1004) WorkflowOne

CULLER, JERRYAL JEROME      0157731-0            USER: GORDON
============================================================

Document # 1558004
Visit # 13562974
Full Text of Report:                    Signed         MT. ZION

NEPHROLOGY, HYPERTENSION AND METABOLISM FACULTY PRACTICE
1701 Divisadero Street
Fifth Floor, Box 1211
San Francisco, California 94143-1211
Phone: (415) 353-7999      Fax: (415) 353-7901
October 3, 2007
John Trent, M.D.
Correctional Training Facility
Highway 101 North
P.O. Box 686
Soledad, CA 93960
RE:                        Culler, Jerryal Jerome
U#: 01577310
DATE OF SERVICE:           10/03/2007
Dear Doctor Trent:
It was our pleasure to see our mutual patient here at the Nephrology,
Hypertension, and Metabolism Faculty Practice at Mount Zion today in
consultation for steroid dependent minimal change disease. He was last
seen in our clinic in August 2007.
In brief, he is a 49-year-old man with biopsy proven steroid dependent
minimal change disease in 1998. When he came to see us in August 2007,
he was not taken prednisone or Imuran for several weeks. He did not
have any urine studies at that time. Since his last visit, he was
restarted on his prednisone and Imuran and he reports feeling quite well
overall with minimal lower extremity edema that is well relieved with
occasional doses of Lasix. He also reports has seasonal asthma with
mild shortness of breath from time to time but reports no chronic
shortness of breath, orthopnea, chest pain, or palpitations.   His
recent labs done in September 2007 showed a urine protein to urine
creatinine ratio of 11.3 grams/24 hours. Despite the development of
nephrotic proteinuria, Mr. Culler has minimal edema.
Review of systems: He denies having any fevers, chills, shortness of
breath, chest pain, nausea, vomiting, diarrhea, dysuria or gross
hematuria. A complete review of systems was done. The rest of the
review of systems was otherwise negative.
His current dose of prednisone is 40 mg every other day. He takes
Imuran 75 mg p.o. b.i.d., clonidine 0.2 mg p.o. t.i.d., Lasix 80 mg as
needed for lower extremity edema, Lipitor 20 mg p.o. daily, Fosamax 70
mg p.o. every week, Septra DS one tablet p.o. every Monday, Wednesday
and Friday for PCP prophylaxis.
On physical exam the patient's blood pressure was 161/99, pulse 83, and
weight 165 pounds. The patient is a very pleasant relaxed man in no
apparent distress. On HEENT exam oropharynx is clear. Mucous membranes
are moist. Neck is supple without lymphadenopathy. Lungs have
decreased breath sounds in the bases bilaterally but otherwise are clear
to auscultation bilaterally. Inspiratory effort is symmetric
bilaterally. There is no evidence of wheezes. Heart exam is not
tachycardiac. He has a regular rate and rhythm with a normal S1 and S2
and no evidence of an S3. Abdomen is soft, nontender, and nondistended.
Lower extremities reveal 1+ pitting edema of the ankles to the mid shin
bilaterally with 2+ pulses bilaterally. Neurologic: alert and oriented.
Psychiatric: normal affect; Lymphatics: no lymphadenopathy.
Outside laboratory studies obtained on September 27, 2007 demonstrated a

ORIGINAL

CULLER, JERRYAL JEROME    0157781-0    USER: GORDON
====================================================================
white count 8300, hematocrit 53.5 and platelet count 252,000. Sodium
was 143, potassium 4.4, chloride 105, bicarbonate 24, BUN 7, and
creatinine 1, which is stable. Glucose is slightly elevated at 141,
calcium 9.2. Phosphorus 3.8. Total protein is 5.5 with an albumin of
2.2. Urinalysis showed 4+ protein, trace blood, 5 to 10 red cells and
otherwise negative. Protein to creatinine is 1568/138.4, which is about
11 to 12 gm of protein per day.
Urine dip done in our clinic showed trace blood and 3+ protein.
Urine microscopy which I personally reviewed: bland sediment. No RBC's
or casts.
In summary, the patient is a 49-year-old man with biopsy proven steroid
dependent minimal change disease who currently has high-grade
proteinuria without dramatic symptoms.
DIAGNOSTIC IMPRESSION:
1. Steroid dependent minimal change disease in relapse.
2. Hypertension- suboptimal control.
3. Hyperlipidemia, on Lipitor.
4. Steroid-induced osteoporosis5. glucose intolerance
PLAN:
1. Minimal change disease- It is clear that he is having a relapse
with nephrotic range proteinuria. At this time we will increase his
oral prednisone to 120 mg every other day in an attempt to control the
patient's high-grade proteinuria. The long-term plan would be to
increase his Imuran in order to achieve a steroid sparing effect.
However, we will wait until the patient is in remission. Ideally we
would start an angiotensin receptor blocker but he was averse to the
idea. Most importantly, he should take his medications every day.
While he is on the high-dose prednisone, he should receive Prilosec
therapy at a dose of 30 mg p.o. daily or another proton pump inhibitor
to prevent steroid induced gastritis. He should continue his Fosamax
and Septra therapy. If his proteinuria does not improve, he may need a
repeat renal biopsy.
2. Hypertension. We would recommend increasing his clonidine to 0.3 mg
p.o. t.i.d.  As mentioned before, the patient has been resistant to the
use of an ARB which would actually benefit his proteinuria. If his
blood pressure remains elevated, please start a beta-blocker or a
nondihydropyridine calcium channel blocker for better blood pressure
control. His goal blood pressure should be less than 130/80.
3. Hyperlipidemia- He should continue his Lipitor. Please obtain a
fasting lipid panel prior to his next visit.
4. Steroid-induced osteoporosis- He should continue his Fosamax.  He
should also be taking calcium tablets with vitamin D supplementation.
5. Glucose intolerance- His serum glucose was elevated at 141. Now
that he is going to be back on a higher prednisone dose, his blood
sugars need to be monitored on a daily basis. He may require insulin
therapy, should he develop worsening hyperglycemia.
6. Health Care Maintenance: Mr. Culler should be getting annual eye
exams to evaluate for cataracts given his history of prednisone use.
Disposition: Prior to the next visit please obtain a urinalysis with a
urine protein to urine creatinine ratio, CBC, chem-10, hemoglobin A1c,
and fasting lipid panel.
Mr. Culler should follow up with Dr. Tamura in one month's time.  Thank
you very much for the opportunity to see this patient in our clinic.
Please do not hesitate to contact us with any questions.
Sincerely,
MEI ZHU PENG, M.D.
I have seen and examined the patient.  I reviewed and discussed the case

CULLER, JERRYAL JEROME          0157731-0          USER: GORDON
====================================================================

with Dr. Keller and agree with the findings and treatment plan as
documented above.
EXTRA COPIES:
Addendum: On October 4, 2007, I had spoken with Dr. N. Dayalan regarding
Mr. Culler.  I had relayed the above recommendations to him.  I told Dr.
Dayalan that Mr. Culler needed to take Prednisone 120mg every other day
for at least a month as he is having a relapse.  His blood pressure
needs to be under better control.  It was important to monitor his blood
sugars very closely.

CARBON COPIES:                  Manjula Tamura, MD
                                Box 1211
DICTATED BY:                    Christopher R. Keller, MD 47341
                                Electronically Signed by
                                Mei Zhu Peng, MD 10/15/2007 22:33

ATTENDING PHYSICIAN:            Mei Zhu Peng, MD 57732
D:   10/03/2007  2:07 P
T:   10/03/2007  3:22 P D57  CS#: 1558004

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _Jeremial J. Culler Sr._____, declare:

I am over 18 years of age and I am party to this action.  I am a

resident of CORRECTIONAL TRAINING FACILITY prison, in the County

of Monterrey, State of California.  My prison address is:

_Soledad State Prison_ CDCR #: _H31082_

CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _____
SOLEDAD, CA  93960-0689.

On _3-14-08_____, I served the attached:

_____Civil complaint § 1983_____

on the parties herein by placing true and correct copies

thereof, enclosed in a sealed envelope (verified by prison

staff), with postage thereon fully paid, in the United States

Mail in a deposit box so provided at the above-named institution

in which I am presently confined.  The envelope was addressed as
follows:

California Dept of Justice
Attorney Gen. Office
455 Golden Gate Ave. Suite 11000
S.F. CA. 94102

I declare under penalty of perjury under the laws of the

State of California that the foregoing is true and correct.

Executed on _3-14-08_____.

_____
Declarant

Jerry Wilson, Cullen Sr. # #431082
Soledad State Prison (c.t.f.
P.O. Box 689 # Bw-111
Soledad, CA 93960



United States Dist Court
For The Northern Dist Of Calif.
450 Golden Gate Ave.
San Francisco, CA 94110

$ 05.700
UNITED STATES POSTAGE