E-filing

FILED
MAR 28 AM 10: 53

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jerryal J. Culler, Sr.

            Plaintiff,

    vs.

California Dept. of
Corrections           Defendant.

CASE NO. **CV 08 1694 WHA**

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS **(PR)**

I, Jerryal J. Culler, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received.  (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _LOCAL 3 Operators Engineers (out on call list)_
5   _$48,500.00_
6   _____

7   2.    Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9       a.   Business, Profession or                Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,             Yes ___ No _X_
12           or royalties?
13      c.   Rent payments?                         Yes ___ No _X_
14      d.   Pensions, annuities, or                Yes ___ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19   If the answer is "yes" to any of the above, describe each source of money and state the amount
20   received from each.
21   _____
22   _____
23   3.    Are you married?                         Yes ___ No _X_
24   Spouse's Full Name: _____
25   Spouse's Place of Employment: _____
26   Spouse's Monthly Salary, Wages or Income:
27   Gross $_____  Net $_____
28   4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).

5  _____
6  _____

7  5.  Do you own or are you buying a home?   Yes ____ No __X__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ____ No __X__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No __X__ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No __X__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No __X__
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
26 | _____ | $ _____ | $ _____ |
27 | _____ | $ _____ | $ _____ |
28 | _____ | $ _____ | $ _____ |

1  9.   Do you have any other debts?  (List current obligations, indicating amounts and to
2  whom they are payable.  Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16    3-14-08                    /s/ [signature]
17    DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                        - 4 -

1
2                                           Case Number: _____
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    **IN**
10                          **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of Jerry J. Culler Sr for the last six months
                                    [prisoner name]
14  Soledad State Prison _____ where (s)he is confined. #H31082
      [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ ___∅___ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $ ___∅___.
18
19  Dated: 3-25-08                Brenda Nation, Acct Technician
                                  [Authorized officer of the institution]
20
21  CORRECTIONAL TRAINING FACILITY        THE WITHIN INSTRUMENT IS A CORRECT
                                          COPY OF THE TRUST ACCOUNT MAINTAINED
22  P.O. BOX 686                          BY THIS OFFICE.
    SOLEDAD, CA  93960                    ATTEST: 3-25-08
23  ATTN: TRUST OFFICE                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                                          BY Brenda Nation
24                                        TRUST OFFICE
                                          Acct Technician
25
26
27
28

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 03/25/08
                                                                                     PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 26, 2007 THRU MAR. 25, 2008

ACCOUNT NUMBER : H31082                         BED/CELL NUMBER: CFBWT100000111L
ACCOUNT NAME   : CULLER, JERRYAL JEROME         ACCOUNT TYPE:    I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

                    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

 DATE     HOLD
 PLACED   CODE   DESCRIPTION          COMMENT            HOLD AMOUNT
 ------   ----   -----------          -------            -----------
10/11/2007  H110  COPIES HOLD         2023 MCOPY                6.40
06/13/2007  H118  LEGAL COPIES HOLD   3832 LCOPY                2.49
11/14/2007  H107  POSTAGE HOLD        1570 POST                 1.14
03/08/2008  H102  EYEGLASSES HOLD     2920 OPTIC               10.50

                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL          TOTAL        CURRENT       HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS      WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
  ---------      --------      -----------    -------      -------      ------------
     0.00          0.00           0.00          0.00        20.53           0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                             20.53-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-25-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

```
REPORT ID: TS3030 .701                                    REPORT DATE: 01/08/08
                                                          PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CTF SOLEDAD/TRUST ACCOUNTING
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER  : H31082                    BED/CELL NUMBER: CFBWT1000000111L
ACCOUNT NAME    : CULLER, JERRYAL JEROME    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE         DESCRIPTION              COMMENT        HOLD AMOUNT
  ----------   ----    ----------------------     -----------      -----------
  01/11/2007   H110    COPIES HOLD                 2023 MCOPY             6.40
  06/13/2007   H118    LEGAL COPIES HOLD           3832 LCOPY             2.49
  11/14/2007   H107    POSTAGE HOLD                1570 POST              1.14
  12/19/2007   H114    COPAY FEE, MED.             1935 87112             5.00

                              TRUST ACCOUNT SUMMARY
   BEGINNING       TOTAL        TOTAL         CURRENT       HOLDS      TRANSACTIONS
    BALANCE       DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
  -----------   -----------   -----------   -----------  -----------  -------------
       0.00          0.00          0.00          0.00        15.03           0.00
  -----------   -----------   -----------   -----------  -----------  -------------


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            ------------
                                                                 15.03-
                                                            ------------
```