IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRYAL J. CULLER, SR.,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; SOLEDAD STATE PRISON; SOLEDAD MEDICAL DEPARTMENT; DR. J. CHUDY, CMO; DR. T. FRIEDERICH; DR. GELWEL; DR. N. LOCUS; DR. M. DICUS; DR. D. PHAN; and LYNN MINMOCK, RN,<br><br>    Defendants.              / | No. C 08-1694 WHA (PR)<br><br>**ORDER DENYING MOTION FOR OF COUNSEL** |

     This is a civil rights case filed pro se by a state prisoner. He has filed a motion for "appointment" of counsel.

     There is no constitutional right to counsel in a civil case. *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981). 28 U.S.C. § 1915 confers on a district court only the power to "request" that counsel represent a litigant who is proceeding in forma pauperis. 28 U.S.C. § 1915(e)(1). This does not give the courts the power to make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989). In short, the Court has only the power to ask pro bono counsel to represent plaintiff, not the power to "appoint" counsel.

1  Plaintiff is capable of presenting his claims effectively, and the issues are not complex.
2  The motion (document number 12 on the docket) is **DENIED**.
3  **IT IS SO ORDERED.**
4  Dated: December __4__, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2