IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRYAL J. CULLER, SR., | No. C 08-1694 WHA (PR) |
| Plaintiff, | **ORDER FOR RENEWED SERVICE** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; SOLEDAD STATE PRISON; SOLEDAD MEDICAL DEPARTMENT; DR. J. CHUDY, CMO; DR. T. FRIEDERICH; DR. GELWEL; DR. N. LOCUS; DR. M. DICUS; DR. D. PHAN; and LYNN MINMOCK, RN, | |
| Defendants. / | |

This is a civil rights case brought pro se by a state prisoner. The court screened the complaint and ordered service in an order entered on October 22, 2008. Several summonses have been returned unserved because of errors in the name or address. Plaintiff has provided corrected names and addresses. .

The clerk shall issue summons and the United States Marshal shall serve, without prepayment of fees, copies of the complaint on the following defendants: Dr. N. Loca, Dr. I. Grewal, and L. Manglichest, R.N. (badge number 292932), all at Salinas Valley State Prison; Dr. M. Dicus, 917 Blanco Circle, Salinas, CA 93901; and Dr. Dennis Phan, 955 Blanco Circle, Salinas, CA 93901.

**IT IS SO ORDERED.**

Dated: December  16 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\CULLER1694.Renew Service.wpd